United States District Court for the Northen District

U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483

FILED

AUG 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Pro se

555
NW

CW

Malik Jones,
            Plaintiff,

            -against-

    Warden, Mike Evans
  Sergeant L. Washington, Officer D. Lang,
  Officer E. Contraz s, Office Jane Doe,
  and counselor   Martinez, sued in
  their individual and official capacites, et al.,

C 07 4277

Civil Rights complaint (PR)
under 42 U.S.C 1983 And

          Jury Trial Demanded

                        Defendants.

_Introduction_
 This is a civil rights action filed by Malik Jones, a state prisoner, for
Damages and injunctive relief under 42 U.S.C. 1983, alleging excessive use
of force and denial of medical care, and safety and security. In violation
of the Eighth Amendment to the United States Constitution and 14th-fourteenth
Amendment Due Process clause to the constitution. The plaintiff also alleges the
torts of assault and Battery and negligence.

_Jurisdiction_
1. The court has Jurisdiction over the Plaintiffs' claims of violation of
federal constitutional rights under U.S.C. §§ 1331 (a) and 1343.

2. The court has supplemental jurisdiction over the Plaintiff's state law
tort claims under 28 U.S.C. § 1367.

## Parties

3. The Plaintiff Malik Jones was incarcerated at Salinas Valley State Prison (SVSP) durin events described in this complaint.

4. Defendant L. Washington is a correctional sergeant at Salinas Valley (Employed). He is sued in his individual capacity.

5. Defendant D. Lang is a correctional officer employed at Salinas Valley. He is sued in his individual capacity.

6. Defendant E. Contrazs is a correctional officer employed at Salinas Valley. He is sued in his individual capacity.

7. Defendant Jane Doe is a correctional officer employed at Salinas Valley, whose name is presently unknown to Plaintiff. She is sued in her individual capacity.

8. Defendant . Martines is a correctional counselor at Salinas Valley (Employed). She is sued in her individual capacity.

9. Defendant Mike Eveans is the warden at Salinas Valley State Prison, (Employed). He is sued in his individual capacity

10. Defendant Bailey is a correctional officer employed at Salinas Valley. He is sued in his individual capacity.

11. All defendants have acted and continue to act, under color of state law At all times relevant to this complaint.

## Statement of Facts

12. On July 7, 2006 Plaintiff was at correctional treatment center, ctc or medical clinic. Receiving medication from Doctor Bowman.

13. Due to back spams that had gotten sever, Due to lifing item that was to havey for Plaintiff to be attempling to left.

14. Prior to this Plaintiff also seen Doctor Rogregus, Due to same problem,

15. Well Plaintiff was told he was being transfered to High Desert Stat Prison (HDSP) on 7-7-06

16. About a week befor this officer Bird came and told me, Plaintiff He (Plaintiff) was on list for High Desert.

2.

17. Plaintiff asked PCO A&W LOUIS this be Plaintiff never Got any endor-
sement PAPERS and high DESERT is A adverse transfer, and Plaintiff
hasn't done anything wrong to Warrant this."SEE Exhibit TC602" (NOT BEING TRANSFERED)
(A)

18. Officer Biard Byrd worked on D-Yard several times, so he knew
what Plaintiff was stating WAS true, stated Your right this dosn't make
Any sense.

19. So Plaintiff wrote counselor Defendant Martines, Due to this
also Due to Defendant BAiley  That work D-VARD buildin 2

20. Plaintiff and Defendant BAiley had Gotten in to hEAted verbal
altercations befor even to the point wherein Defendant pushed
Plaintiff out of his wheelchair.

21. WELL Defendant BAiley made or some Kinda way Got a hold of
false 1286 chronol with fabricated information on Plaintiff statinb
Plaintiff WAS A child molester/had Lewd and/or LAscivious crimes aGAinst
children."(SEE Exhibit (A) 1286 chrono of 5-15-03")

22. Defendant BAiley passed this false 1286 chronol out/around to
other inmate that were tranferinb out To other prison, and
To some that were stayinb at (SVSP) in order To Get Plaintiff killed
or seriously injured.

23. Defendant BAiley not Knowinb out so GAve a copy of this 1286 he WAS
passinb around to other inmates, To A inmate nAmed Edward THomas
that was in L.A. County Jail with Plaintiff SAme unit.

24. So this inmate Knew Plaintiff Knew what Plaintff WAS in Jail/
Prison for and Knowinb it had nothinb to do with Children, gave Plaintiff
this false 1286 And informed Plaintiff whAt Defendant BAiley WAS Doinb.

25. Plaintiff then confronted Defendant BAiley, itis response to Plaintiff
yeAh this is boinb to follow You what ever Prison You Go to And You will
be fucked up I.E meaninb killed or seriously injured.

26. Plaintiff ended up stayinb At (SVSP) D-yARd and with the help of Edward
and a couple of other inmate, helped Plaintiff explain to most inmates
on D-Yard that 1286 chronol is false and Defendant BAiley WAS
Doinb this to Get Plaintiff killed or seriously injured.

27. So Plaintiff can state for the most part very shortly because Edward THomAs (or it could pronounced THomAs Edwards) Being at (SVSP) at At the time, office/Defendant BAiley. PAssed out false 1286 chronol (SEE Exhibit (A) 1286 Chrono of 5-15-03).

28. Plaintiff states this, Due To while on Yard (D-YArd) at At (SVSP) Plaintiff was approached at several time by different inmates on different occasions, that stated to to Plaintiff Your lucky Edward or You would have been through I.E meaning Killed or seriously injured, Also Plaintiff was suppose to be Put up for trANSfer to A southern Prison, . Plaintiff Due to investigation that internal Affairs And I belive The office of inspector General was conducting Due to this And other illegal Actions officers were committing AGAinst Plaintiff, Plaintiff was told it would be best to stay at (SVSP) And let investigation Go on. (SEE Exhibit (A) Letter JAne Khan Also 602 Plaintiff wrote on transfer situation, SEE Exhibit (A) )

4.

29. Plaintiff ASKED DEFENDANT Martines about this Defendant Martines NEVER called Plaintiff in for interview nor EVER CAME to SEE Plaintiff, so Plaintiff figured these mistake had been corrected.

30. LIHIE Plaintiff DID Know, Defendant Martines didn't And WASN'T correcting Anything, Defendant Martines was falsely Telling my mother Doris Reed, when she was Explaining situation To Defendant Martines.

31. That I WASN'T EVEN at (SVSP), so their's nothing she CAN do About situation, And I At (SVSP) in CELL, About to come out of cell to Get the Phone from someone Plaintiff had call mother Prior to coming out of cell.

32. So AS Priorly STATED while At CTC (correctional treatment center) plaintiff was told his I'm going to (HDSP) Doctor Bowman CAME in trEAtment room, and stated to Plaintiff me I Don't Know whats these officers Problem, But they told me not to stop You tranfering Your out of here.

33. Doctor Bowman KNEW Plaintiff WAS in Pain And suffering From increased bACK SPASM DUE TO HE had Just SEEN Plaintiff me A FEW dAYS AGO, And PrEScibed Plaintiff me MEDICATION

34. Doctor Bowman then stated since officers or so Adamant on transfering you I going to Give You SOME stronger medication that will help your bAck SPASM spams And PAIN. SEE Exhibit (B) CDC 7221 DATED 7-7-06.

35. Doctor left out of room and About 10 minutes 1Ater, DEFEndANTS E. contraz S, D. LANb, L. WASHington And JAn DoE Entered the room, where Plaintiff was At.

36. E. contraz S stated to Plaintiff Give ME Your chain and Plaintiff complied then ASK For A ProPerty slip, And could HE SEE A Counselor or LiEUTENANT.

37. DUE To FACT Plaintiff NEVER Got Any ENdoSEMENT PAPERS, I'm GENEAL PopulAtion And I'm in 7 building where (G.P.) inmate or suABSE To bE And I hAVE JAfty And Security concerns, "SEE Exhibit (A) 602 DATED 7-1-06, WITH SCREEN FORM DATE 7-7-06"

38. DEFENDAntS E. contraz S And L. WASHington state To Plaintiff FuCK You, Your Property and Your not SEEing ANYonE.

39. This response from Defendant L. WAShinton didn't surPrise Plaintiff. DUE To Prior To this Plaintiff WAS involved in incident with Defendant L. WAShington

39. WHEREin Defendant L. WAshinbton Attempted to break Plaintiff's then wrote Plaintiff A CDC 115 to cover his UP. And stated to Plaintiff if you state what happen I'm boing to put you in the hole (Administrative Sebrebation) SEE Exhibit (B) "CDC 115

40. Well After Plaintiff was denied the right to see Lieutenant or a counselor, Defendant L. washinbton stated, throw Plaintiff in his wheelchair.

41. Plaintiff was then cuffed shackled Around Ankles then waist chained around waist. and wrist.

42. Plaintiff was then snatch, pulled And threw in wheelchair, then took out of CTC. Defendant D. Lanb Attempted to break Plaintiff's Thumb by bendin it in wronb Direction.

43. Then Plaintiff heard throw him on the ground. Plaintiff was threw on ground. CAU. J. 16 Plaintiff to hit head on ground, causinb pain and injury.

44. Then Plaintiff was ordb to a van, there were two other inmates in van that were witnessinb officers assaultinb Plaintiff, on of the inmates named is Brown.

45. Defedants realized this. Plaintiff then heard someone state drab his ass to the car. once Again Defendant OL. washinbton attempted to break Plaintiff's wrist

46. Plaintiff was then to drdb to a car (while beinb ordb to van and out of van to car, this Drabinb caused Plaintiff to scrap top of head causinb more pain and injury to head.)

47. Plaintiff was then ordb threw back seat of car by neck and shoulder, And while Plaintiff was half way in car Defendant D. Lanb used car door to repeatedly slam Plaintiff knees between it causinb pain and injury.

48. Then when Plaintiff was accross back seat of car one of Defendants slammed car door with force. so that it would hit Plaintiff in the head causinb Plaintiff more pain in head.

49. Plaintiff laid accross back seat of car in chronic pain with massive head ache fadinb in and out of consciousness, while beinb forciably taken to hibh Desert state Prison (HDSP)

50. Plantiff remembers stopinb alonb the way and Defendants D. Lanb and Jane Doe forcibly made Plaintiff swallow a liquid substance lauchinb statinb its your medication.

6.

51. This DiDn't case DR. Bowman PreSCribeD me Pill form medication, after this Plaintiff WAS AWAKEN bY bEing Pulled out of baCK SEAt of car.

52. Plaintiff hEARD DEFEDANt D.LANb, E. ContrAZs and JANE DOE TELLing (HDSP) OfficERs I WAS A ProblEM. I belivE to JUStiFy to officers that WASn't in on forcibly brinbing Plaintiff to (HDSP) why Plaintiff WAS bEing PullED out of baCK SEAt of caR.

53. Also somthing that should bE notED CAPtian J Cumming At High DESERt StAtE PRison whEn he SEEN Plaintiff me and looK in Plaintiff's cEntRAl File (C-file) For PLACEMEnt StAtED To Plaintiff. I don't Know why you WE'RE SEnt hERE.

54. Your 270 mEDium A. And havE bEEn ProGrAming At (SUSP) YARD For 2 YEARS with no Problems and WE don't EVEN hAVE ANy room For you hERE.

55. Plaintiff also informed CAPtain J. Cummings about assault AND situation on how Plaintiff WAS Forcibly madE To comE To (HDSP) J. Cummings WAS Goin To hAVE A 7219 mEDICAL rEPort DonE on Plaintiff's inJuries, But thEiR WAS A OFFICER thERE that PullED coming to the sidE and PErsuaded him not to, Also % HAZELton WAS ThEiR.

56. DEFENDANt MiKE EVEANS WAS CAllED And information of Plaintiff situAtion WAS EXPLAINED, And DEFENDANt MiKE EVEANS, Should hAVE StoP this bias maLicous and indEFFERENt trEAtment that his stAff At (SUSP) committed against Plaintiff.

5. Eirst claim for Relief    (Eighth AmEndmEnt To U.S. Constitutio)
                            "Federal cruel and unusual Punishment"

57. Plaintiff reallebes and incorPorates here in bY reference each and everY allebation of ParabraPhs (1) throuGh (●) (56) (36).

58. The undustified and Penolobicall unnecessarY attack on Plaintiff "while Plaintiff was shackled from in full restraints"

59. WHERE Defendants L. WAShinbton, D.LANb E. Contrazs and JanE DOE snatch, Pulled, DraG and Picked lol Plaintiff uP by chain he WAS shacklED with and slammed To the Ground. Defendant L. WAShinGton bEnding wrist AttEmPtinG To brEaK it, And Defendant D. LANG bending Thumb AttEmPtinG To break it.

7

60. Defendant Ballies for passing prisoners Around
to other imates tranfering out To other Prisons. And
Some Prisoners stay At (SVSP), so that Plaintiff
will Get Killed or seriously indured

61. Defendants M. EVEANS And Martines (Counselor) Being Told by plaintiff and Plaintiff mother Doris, that this transfer will put my safty And security ENDANGER And its An Adverse transfer And Plaintiff have'nt done Anything wrong to warrent this bias treatment. And Doing nothing to stop transfer. ←

<u>Second claim for Relief</u>
(Fourteenth Amendment to U.S. constitution)
"Federal Due Process/Equal Protection"

62. Plaintiff realleges and incorporates herein reference each And every allegation of ParaGraphs (1) through (~~(1) to (56~~) (56)

63. The undustified and Penologically unnecessary Attack on Plaintiff By Defendants L. Washington, D. Lang, E. Contrazs And Jane Doe. Defendants Jane Doe And D. Lang ~~for~~ forcing Plaintiff To swallow liquid substance fasely stating it was Plaintiff Medication.

64. defendants Counselor Martines And Mike EVEANS Knowing About Adverse transfer. And Being Told About FALSE 1286 chrono (DATED 5-15-03) that Defendant Bailey made or some how Got A hold of, that Put Plaintiff safty And security ENDANGER. which fourteenth Amendment U.S. constitution

65. But Due to Edward Thomas being At (SVSP) at the time of FALSE 1286 chrono Being Passed out To other inmates transfering To other Prison And Some staying At (SVSP) And most of the inmates At (SVSP) on Yard Plaintiff

66. And most of the inmates At (SVSP) on Yard Plaintiff was on, Knew 1286 chrono was False. And was Told what ~~off~~ Defendant Bailey was doing.

<u>Third claim for Relif</u>
(State Tort Law/Assault And Battery)

67. ~~The undust~~ Plaintiff realleges and incorporates herein by referance each and every allegation of Paragraphs (1) through (56)

68. The undustified and Penologically unnecessary Attack on Plaintiff. while Plaintiff was in full shackles (restraints),

III. <u>Statement of Claim</u>

State here as briefly as possible the <u>facts</u> of your case. Be
sure to describe how each defendant is involved and to include dates,
when possible. Do not give any legal arguments or cite any cases or
statutes. If you have more than one claim, each claim should be set
forth in a separate numbered paragraph.

— SEE ATTACHED

IV.  <u>Relief</u>

    Your complaint cannot go forward unless you request specific relief.  State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

    — SEE Attached —

DATED: _____

_____
(Plaintiff's signature)

----------------------------------------------------------------

**VERIFICATION**
(optional)

    I am the plaintiff in the above-entitled action.  I have read the foregoing complaint and know the contents thereof.  The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
(Plaintiff's signature)

----------------------------------------------------------------

**JURY TRIAL DEMAND**
(optional)

    I demand a jury trial for all claims for which a jury trial is allowed.

    YES (✓)        NO ( )    (check one only)

Dated: _____

_____
(Plaintiff's signature)

(rev. 11/98)

4

where Defendants L.WASHington, D.LANG, E.ContrAZS and Jane Doe (repeatedly) snatched, pulled, DrAG and slammed Plaintiff on ground with chains Plaintiff was shackled with.

69. Defendant L. WASHington Attempting to break Plaintiff's wrist, by bending it even After it Poped And Plaintiff was unable to move wrist.

70. And Defendant D.LANG bending thumb even After it Poped And Plaintiff was unable to move thumb. Defendant D.LANG obviously Attempted to break Plaintiff Thumb.

_Prayer for Relief_

Wherefore Plaintiff PrAys for relief as follows:

1. For Defendants L.WASHington, D.LANG, E.ContrAZS and Jane Deliberate Attack on Plaintiff, while he was in full restraints /constituting cruel and unusual Punishment" As Also Knowing if trAnsfered Plaintiff And Assaulting Plaintiff And not Getting Plaintiff medical Attention for injuries. SAfty and security would be endangered. Due to fabricated 1286 chronol

2. Defendant Baliey Pass out fabricated 1286 chronol. to imates transfering out to other Prisons And To some stAying At (SUSP) So Plaintiff will be killed or seriously indured. violated 8th & 14th Amendment To the constitution.

3. Defendants ~~miek~~ mike EvEAns, a counselor MArtines, L.WASHington, D.LANG, E.ContrAZS and Jane Doe, not Stoping transfer After Plaintiff And Plaintiff's mother Doris Reed informed them Plaintiffs SAfty And security would be Put endanger if transfered. Due to false 1286 chronol. Also Plaintiff never received Any endosment PAPers and transfer was And is Adverse, And Plaintiff has done nothing wrong to warrant this. This violated Plaintiff's rights under the Due Process clause of the fourteenth Amendment to the U.S. constitution. ~~Award compensatory damages in the following Amounts.~~

1. $ 300,000 Jointly and severally against Defendants L.WASHington, E.contrAZS, D. LanG and Jane Doe for the Physical and emotional induries sustained as a result of Plaintiff being Physically Assaulted by them.

2. AGainst Defendant Baliey $ 300,000. for the emotinal And Physical injuries sustained as a result of PAssing Around false 1286 chronol to other inmates that will Get Plaintiff killed or ~~serio~~ seriously injured.

10.

3.200,000 joint & several r Doument1 against Defedants M.EVEANS and Counselor Martines,for the Punishment and emotional /And physical injury resulting from their denial of due Process in connection with Knowing,by being informed by Plaintiff and Plaintiff's mother Doris Reed,Plaintiff being transfered would endanber Plaintiff's Safty and security Due to 1286 chronol,That Defendant Bailey Passed Around to other inmates transfering out to other Prisons,Also Plaintiff never received Any Endosement PAPeRS and trAnsfer wAs and is advers And Plaintiff did nothing To warrant advers transfer.

4. 100,000 Jointly and severally against Defendants L.WAshinGton, D.LAnGi,E.contra2s and Jane Doe,for the Punishment And emotional indury resulting from their denial of due Process in conne ction with Knowing by being informed by PlAintiff that transfer would endanber Plaintiff's SAfty and securitY,Due to FAls 1286 chronol that is TALKed About in this complaint,Also that Plaintiff never received Any endorsement PAPers,And Plaintiff done nothing wronG to warrant Adverse trAnsfer.

Issue an injunction ordering M.EVEANS,Counselor Martines And L. WAshinGton or their agents to:

1.Immediately arrange for Plaintiff to be trAnfered Down south to A ~~Prion~~ Prison that closer To southern california,where Plaintiff has family support to help Plaintiff Deal with emotional and Physical indury in connection with the FActs of this complaint,andor trAnfered back To(SVSP) to Await transfer To A ~~To A southeren~~ Southern Prison "if their no room at the time"As most of (SVSP) inmates ~~Knew~~ Knew 1286 chronol WAs fAlse And Plaintiff wAs sAfe their for the most Part.

Award Punitive Damages In the Following Amount

1 150,000 each against defendants L. Washinton, D. Lanbi, E. contra2s and Jane Doe.

2. 100,000 each against defendants ~~L. Washinton~~ M. EVEvans, counselor martines and Bailey.

3. For such Further relief as this court deems Just, Proper And Plaintiff is Entitled.

Plaintiff maliK Jones hereby Demand a Jury trial on these issues

Respectfully submitted...
maliK Jones K-09065
In Pro se.

High Desert State Prison
P.D. Box 3030
Susanville, CA. 96127

12.

State of California  **INMATE / PAROLEE APPEAL SCREENING FORM**    Department of Corrections and Rehabilitation

CDCR-695

INMATE: _Jones_____  CDC #: _K-09065____  CDC HOUSING: _D7-117___

**THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.**

<u>**YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):**</u>

[ ] Duplicate Appeal; Same Issue

[ ] Do Not Combine Staff Complaints with Other Issues

[ ] Time Constraints Not Met

[ ] Cannot Submit On Behalf Of another Inmate

[X] No Significant Adverse Effect Demonstrated

[ ] Pointless Verbiage/Appeal is vague

[ ] Incomplete 602

[ ] Attempting to Change Original Appeal Issue

[ ] Not Authorized to Bypass Any Level

[ ] Request for Interview; Not an Appeal

[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached

[ ] Inappropriate Statements

[ ] Action / Decision Not Taken By CDCR

[ ] DRB Decisions Are Not Appealable

[ ] Appealing Action Not Yet Taken

[ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Not A Request Form; Use CDCR-7362 – to access Medical
    Services, submit your request on a CDCR-Form 7362.
    If necessary, sign up for sick call.

[ ] Write your appeal in black or blue ink, this is a legal
    document and pencil/inks other than black or blue do
    not copy legibly

**PLEASE FOLLOW INSTRUCTIONS AND <u>RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS</u>**

**Comments:  You may write on back of this form to clarify or respond to the above.**

CDCR is experiencing severe bed shortages. All I/ms are provided documentation regarding their housing status (128Gs). No adverse effect demonstrated.

DELIVERED JUN 2 4 2008

Eloy Medina, CC-II
Appeals Coordinator

NOTE SEE back of screening Form.

Date: _7/17/06_

This screening action may not be appealed.  If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.*  Please return this form to the Appeals Coordinator with the necessary information attached.

**PERMANENT APPEAL ATTACHMENT - *DO NOT REMOVE***

As stated in 602 This will put G.P inmates safety And security in severe Danger This 602 needs To be filed And given log# ASAP, "And granted"

STATE OF CALIFORNIA

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region _____   Log No. _____   DEPARTMENT OF CORRECTIONS

Category **9**

1. _____   1. _____

2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME *[handwritten] Housing Assignment*   *SNY: GP Some building*

D-Facility G.P D7-(B&C) Section    NUMBER *K30005*   ASSIGNMENT   D-Facility D7-(B&C) Section   UNIT/ROOM NUMBER D7-(B&C)

A. Describe Problem: G.P inmate's at SVSP who are housed in D7 unit are being mistakenly labeled as "SNY" simply because Prison Officials have designated D7-unit as a "Protective Housing Unit" under CCR title 15, #3341.5 (a) which puts a false label on all D7 GP inmate's abroad. All "SNY" inmate's are suppose to be placed in their own housing units that are **not** combined with GP inmate's who are the primary reason for such seperation! Prison Officials now become liable for any false rumors that can develope into incidents against G.P inmate's housed in D7. This "602" serves as a Group Appeal.

If you need more space, attach one additional sheet.   **RECEIVED JUL 17 2006**   (See Attached Signatures)

B. Action Requested: For the Warden to rehouse **all** "SNY" inmate's from out of D7 housing unit ASAP to avoid a major liability among G.P inmate's being mistakenly identified as "SNY" elsewhere!   **AND THE Ad-Seg To Leave The Building**

Inmate/Parolee Signature: ██████████ *in 7building*   Date Submitted: 6/30/06

C. INFORMAL LEVEL (Date Received: _____ )   **DELIVERED JUN 24 2006**

Staff Response: _____

**REC'D OCT 13 2006**

Staff Signature: _____   **REC'D NOV 14 ....**   Date Returned to Inmate: _____

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

ATTACHMENT TO CDC 602 GROUP GRIEVANCE LIST OF ALL THE PARTICIPATING INMATES' NAMES, THEIR SIGNATURES, THEIR DEPARTMENTAL INDENTIFICATION NUMBER, AND THEIR HOUSING QUARTERS.

| PRINT NAME | SIGNATURE | CDC NUMBER | HOUSING UNIT |
|---|---|---|---|
| MaliK Jones | | K-09065 | D-7-117 |
| CURRY | Marion Cury | P74588 | D7126 |
| C. DIBBLE | Chris Dibble | P 29078 | D7-221-U |
| M. Robinson | Mhead Robenson | H-47608 | D.7.237 |
| GAINES JEFFLY | Jeff J Gain | H-77582 | D-7-217 |
| Shedeick | | L-64430 | D-7-115 |
| KNIGHT.C | C Knight | C07508 | D7.119 |
| BRANDON | Ron Brandon | H-91536 | D7-117-L |
| Campos | Lee campos | V 39489 | D7-216 |
| ABROVE | Willy Abrodi | P-27726 | D-7-220 |
| TUCKER | Mylie T | J.16674 | D7.129 |
| Taylor Jeffrey | Jeffry T. Taylor | D-4755 | D-7-115 |
| Smith B | Smith B | K-71165 | D-7-131 |
| Harris | Ronnie W Harris | P-60566 | D-7-124 |
| Lafayette John | LAFAYETTE JOHNSON | H-14885 | D.7126 |
| RODNEY WILLIAMS | Rodney willlem | K77155 | D 7 227 |
| Victor Gallagher | Victor Gallagher | H-72904 | D7-131 |
| VELASQUEZ, RAYMOND | Raymond Velasquez | | D7-215-L |
| Breckenridge | Grant | H-23357 | D7 230 |
| J. JAMES | S Court | J57241 | D7 22 |
| J. BRIGGS | G Briss | P06725 | D7.221 |
| J. Cunningham | | D-61239 | D-7-120 |
| C. JENKINS | | P91247 | D-7-227 |
| J. Turner | | P36717 | D-7.228 |
| Rudy Ramos | Rudy Ramos | H03486 | D-7125 |
| E. LELEI | | P.67909 | D7.125 |

# APPEALS SCREENING FORM

TO: _Jones_          _R09065_          _Dill_
   **NAME**                      **CDC NUMBER**                     **HOUSING**

**PER CCR TITLE 15 SECTION 3084.3, SCREENING APPEALS**

☐ 1. **The action or decision being appealed is not within the jurisdiction of the department.** Per CCR 3084.3(c)(1)
    ☐ Submit BPT-1040 directly to the Records Office.
    ☐ Submit directly to your Parole Region.

☐ 2. **You have submitted a duplicate appeal containing the same issue.** Per CCR 3084.3(c)(2)
    ☐ Your first appeal is currently under review at the _____ level.    Log # _____
    ☐ Your first appeal has been completed at the _____ level.    Log # _____
    ☐ Your first appeal was screened-out and returned to you with instructions.

☐ 3. **The appeal concerns an anticipated action or decision.** Per CCR 3084.3(c)(3)

☐ 4. **You have not attempted to resolve the grievance at the informal level.** [Per CCR 3084.3(c)(4)]
    **Obtain an informal response by sending your appeal directly to:**
    ☐ The Property Officer (R&R)    ☐ The Staff member(s) You Refer To _____    ☐ The Clothing Room
    ☐ Your Counselor    ☐ Unit Staff    ☐ Food Services
    ☐ Inmate Assignment    ☐ Trust Office    ☐ The Mailroom
    ☐ The Medical Department    ☐ Other _____    ☐ Records Office

☐ 5. **The appeal is incomplete or necessary supporting documents are not attached.** *(If necessary, you may obtain copy(ies) of requested documents by sending your request with a signed trust withdrawal form to the Records Office.)* Per CCR 3084.3(c)(5)
    ☐ CDCR 115 Hearing Officer's results and Supplemental Reports (entire completed 115.)    ☐ CDCR 128G ICC/UCC/CSR
    ☐ CDCR 839/840 Class/Reclass Score Sheet    ☐ CDCR 114D Lock Up Order
    ☐ Attach copy of CDCR-1819 (Notice of Disallowed Mail Form)
    ☐ Complete/Sign/Date the CDCR-602 section(s) _____ return to ☐ appeal's office  ☐ see above.
    ☐ Remove excess attachments and attach only (1) additional written page (front and back), per DOM 54100.
    ☐ Receipts:  ☐ CDCR 143 Prop Transfer Receipt  ☐ Cell Search Slip  ☐ CDCR-1083  ☐ _____

☐ 6. **15-Day Time limit for submitting the appeal is exceeded and the appellant had the opportunity to file within the prescribed time constraints.** Per CCR 3084.6(c) and 3084.3(c)(6) _____ / _____

☐ 7. **The appeal is filed on behalf of another inmate or parolee.** Per CCR 3084.3(c)(7)

☒ 8. **Abuse of the Appeal Process:**
    ☐ Inappropriate Statements. An appeal containing false information, profanity, or obscene language shall be rejected, per California Code of Regulations CCR 3084.4(b).
    ☐ Excessive Verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation, per CCR 3084.4(c).
    ☐ Lack of cooperation. Refusal to interview or cooperate with reviewer shall result in cancellation of the appeal, per CCR 3084.4(d):
        ☐ Failure to sign CDCR-1858 as required
        ☐ Failure to return a completed copy of CDCR-115 as requested
        ☐ Failure to return signed and dated CDCR-602 as requested
        ☐ Other _____
    ☐ You have not reasonably demonstrated that your appeal issue(s) has adversely affected your welfare, per CCR 3084.1(a)
    ☒ This is a request for information; it is not an appeal. Use form GA-22, Inmate Request for Interview.
    ☐ You may only submit one (1) non-emergency appeal within a seven-calendar day period. Per CCR 3084.4(a)(1-4)
    ☐ You are attempting to change your original appeal issue.

☐ 9. **Other**
    ☐ Staff complaints shall not be combined with other appeal issues, per administrative bulletin 05-03.
    ☐ You have more than one issue in your appeal that cannot be addressed by one department. One issue per appeal.

_You can contact your counselor and maybe he can get a copy of the 1st Level response from your C-File. We do not have append in HDSP Appeals Office because it is from SVSP._

_"NOTE I TRIED THIS. I HAS FALLEN ON DEAF EAR. WHICH IS WHY I WROTE THE 602"_

S. BABICH / M. DANGLER
**Appeals Coordinator**

DATE _11.29.06_

## SEE REVERSE FOR ADDITIONAL INSTRUCTIONS
## PERMANENT ATTACHMENT

CDCR FORM 695
HDSP APPEALS OFFICE
(rev 2/8/06)

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|
| | 1. _____ | 1. _____ | | 10 Legal |
| | 2. _____ | 2. _____ | | Processing Appeals |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly. Emergency/Appel Per 3084.7 (a)

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| M. Jones | K-09065 | | D-7-111 |

**A. Describe Problem:** I received 602 back on 11-23-06 Log# SVSP C06-02436 when I received this 602 it was missing first level response I have no idea what it states I need these documents. Then it state on 602 Denied, Cancelled and Time constraints not met. This is show blatant biasness toward my appeal if time constraints wasn't met it would have never got log# Then Denied then cancelled and the first level response is missing when I receive it so I have no idea what it states.

_____

If you need more space, attach one additional sheet.

**B. Action Requested:** Due to the true facts stated above I beg given these first level response documents, my 602 be processed and granted refering to 602 log# SVSP C06-20436

Inmate/Parolee Signature: _____     Date Submitted: 11-26-06

## C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____
_____
_____
_____

Staff Signature: _____     Date Returned to Inmate: _____

## D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: **Received**     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

NOV 2 8 2006

HDSP Appeals

CDC Appeal Number:

S\o 11·29·06

State of California                  **iNMATE / PAROLEE APPEAL SCREENING FORM**         Department of Corrections and Rehabilitation
**CDCR-695**

NMATE: _Jones_      CDC #: _K-09065_      CDC HOUSING: _C5-107_

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR
RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

**YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):**

[ ] Duplicate Appeal; Same Issue
[ ] Do Not Combine Staff Complaints with Other Issues
[X] Time Constraints Not Met
[ ] Cannot Submit On Behalf Of another Inmate
[ ] No Significant Adverse Effect Demonstrated
[ ] Pointless Verbiage/Appeal is vague
[ ] Incomplete 602
[ ] Attempting to Change Original Appeal Issue
[ ] Not Authorized to Bypass Any Level
[ ] Request for Interview; Not an Appeal
[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached
[ ] Inappropriate Statements
[ ] Action / Decision Not Taken By CDCR
[ ] DRB Decisions Are Not Appealable
[ ] Appealing Action Not Yet Taken
[ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Not A Request Form; Use CDCR-7362 – to access Medical
   Services, submit your request on a CDCR-Form 7362.
   If necessary, sign up for sick call.
[ ] Write your appeal in black or blue ink, this is a legal
   document and pencil/inks other than black or blue do
   not copy legibly

**PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS**
Comments:  You may write on back of this form to clarify or respond to the above.

Eloy Medina, CC-II
Appeals Coordinator                    (Note)      Date: _8/8/06_

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

This is A blank Case 2:07-cv-04267-CWy Document 7 Filed 08/20/2007 Page 22 of 81
As claime wasn't met, its not the fault of Jones K-09065 And b2x will have
Never gotten a 100# so for my b2x needs to be granted And officers involved in assaulting
me downsize with no benirits.

MATICK JONES K-09065
11-23-06

TO: WARDEN MIKE EVENS

I WAS Told To MAKE copy of 60d AND sEND you the origorginal so that it
Will GEt procEss correctly At your prison.

- THANK you in advance -

K-09065 MAliK JonES
DAte 7-25-06

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: _____ Institution/Parole Region _SVSP C_    Log No. _DO-0243_ Category _7_

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly. EMERGENCY APPEAL PER 3084.7(a) Staff Complaint   transportation

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| M. JONES | K-09065 | ✓ | C-5-107 |

A. Describe Problem: This is a citizens complaint pursuant To Title 15, ADM, 3391
ETC. This act violated my constitional rights per 8th Amendment cruel And
unusual punishment and 14th amendment Due process clause. on 7-7-06 writer was
assaulted by several officer mainly officer From Transportation Team At SVSP. The names writer
Remember That assaulted me is D.LANG, E.contraras, and sergant WASHontion After seeing doctor
Bowman receiving meds To help back spasm that I had proudly been having trouble with from Attempt to
left item that were To have (I'm in wheelchair). Well while laying in bed in ER I was told my trans
portation ride About to leave And they or going To make me get on VAN. Officer E.contraras told me
To give him my watch and chain. which I did.

If you need more space, attach one additional sheet.    SEE ADDitional sheet RECD AUG 08 2006

B. Action Requested: Due To the true facts stated Above officers involed be DEALT
For wrongly assualting me, And I receive a incident report that should have been done
the DATE 07-7-06 when writer was assaulted by officers After seeing Doctor At CTC.
And Be givin reason why I was told And forcfully made to transfer to HDSP, without being Able To see counselor or Live tenant,
And %in involed Be Down sized with Nobenfits.

Inmate/Parolee Signature: _____ RECD AUG 08 2006    Date Submitted: 7-25-07 -06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

RECD NOV 14 2006

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

BYPASS

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

TO WARDEN of (SVSP) MIKE EVENS

CDC Appeal Number: _____

CANCELLED

RECEIVED SEP 21 2006

CANCELLED

REC'D SEP 27 2006

First Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 8/6/06    Due Date: 9/20/06

Interviewed by: SEE ATTACHED

Staff Signature: _____    Title: CT.    Date Completed: 9/14/06

Division Head Approved: _____    Returned

Signature: _____    Title: Capt    Date to Inmate: 9-16-06

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.    To day 11-23-06

602 was missing first level respons when I received it, I have no Idea what it states. This 602 is True, fact and correct and needs to be granted and officers involved in assaulting me 2-7-06 need to be Down sized with No Benifits.

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

more severe due to me attempting to left A item that was to havey for me, To be lifting. I just seenOr Rodrigo due to upper back spasam ing, up severly TRANSPORTATION STAFF came in room I was in, Telling Doctor not to stop or try to stop TRANSFER. This TRANSFER was to high Desert and was suppose to be stoped, as I never ask to go to high desert (HDSP) and I didn't do anything wrong to be given An Adverse transfer which (HDSP) is, I had already wrote counselor martines And had mother call, I was never seen or called in for interview so I figured it was stoped, but it wasn't, counselor martines was Falsely telling my mother I wasn't at (SVSP) Any more so it was nothing she could doe, The warden was also told this and it fell on Def ears. (Psycolgis even called counselor About this, martined didnt care.

Also was explain to counselor martinas And warden that due to A officer name Bailey falsifying or some kinda way having A 1286 chronol typed up on me or getting Ahold of this false 1286 chronol which Falsely stated I was A child molester/had crimes Against children "Lwed". Bailey passed this 1286 Around to other inmates transfering out to other prison and some staying At (SVSP) but didnt know that one of the inmates he gave this false 1286 chronol to, knew me was in L.A. county Jail with me, same unit and knew I was not in prison for Anything that has to do with children. so this inmate named Edward Thomas gave this fabracated Document to me And told me what office Baily was no doubt doing. Passing Around False document to get me kill or seriously indured, only thing that saved me At (SVSP) yard was Edward thomas being there at the time which with him most of the yard knew 1286 chronol was False, as he help me explain this to most of the yard.

I Attempted to ask to see A Lt or counsel, also Attempted to explain this to officers, officers did'nt care I was pulled/snatched, and then threw in wheelchair, and the Assault didn't end their And the whole time I was being Assaulted I was fully chained up waist, wrist and ankle shackeled. pushed and dragged out of TC. then threw on ground causing me to hit my head and indure it Then I was dragg And threw in van, where it was Two inmates witnessing me being Absaulted. After sgt L. washington bent my left hand back until my wrist poped And I couldnt move it C.Lang also did this to my tumb while snatching/ and pulling me out of bed) I was then Drabbed to a car causing top of head to scrap ground induring head even more, I was then dragged by neck and shoulders threw in back seat of car, and while half way in

CAr D.LANG even times, I then remember leaving the then car door WAS SlAMed on my heAd. I then felt cAr move off while I lAy Across bAck seat in chronic pAin. Then I remember stoping And D.LAng And his pArtner A femAle officer forceing me to drink A liquid substAnce lAusing stating its your meds. I Also remeber fAding in and out of conscious ness with chronic head heAd Aches. I WAS AWAKened by being pulled out of bAck seAt At (HDSP) Even when CAptaing J. cumming (plAcment cAptAin) look ED. in C-File he stated we don't Even hAve room for you heRe, I don't now why they sent you here, your from down south I AND hAve severAl hardships' in yourc- file your 270 And medium A. cAptAin Also WAS going To Do A 7219 on indusies AS he did'nt see one in file, but their wAS A officer in R+R that persaueded him not to. Also To BE NoTeD sergent L. wAshinton Attempted To breAk my wrist by Doin this sAme crimimAl Act befor, HE Told ME if I report it HE would hAve ME put in hole And write ME up For AssAult on OFFICER, so in A FEAr of this I Didn't sAy Anything About it At the time.

**INMATE / PAROLEE APPEAL SCREENING FORM** CDCR-695

INMATE: _Jones_    CDC #: _K09065_    CDC HOUSING: _C5-107_

## THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR

### RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.

## PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

[ ] Requested Action Already Taken
[X] Duplicate Appeal; Same Issue
[ ] Appealing Action Not Yet Taken
[ ] Incomplete Appeal – Documents Not Attached
[ ] Time Constraints Not Met
[ ] Cannot Submit On Behalf Of another Inmate
[ ] Appeal Process Abuse – Inappropriate Statements
[ ] No Significant Adverse Effect Demonstrated
[ ] Action / Decision Not Taken By CDCR
[ ] Action Sought Is Under Sentencing Court Jurisdiction
[ ] Submit Issue to Assigned Parole Office
[ ] Appeal Matter to VCGCB
[ ] DRB Decisions Are Not Appealable
[ ] Request for Interview; Not an Appeal
[ ] More than one issue –one issue per appeal

[ ] Requested Appeal Withdrawn
[ ] Appeal Previously Received and Processed
[ ] Incomplete 602 – Complete Next Appropriate Section
[ ] Incomplete 602 – Sign and Date Appropriate Section
[ ] Limit of One Continuation Page May Be Attached
[ ] Incomplete Disciplinary Appeal – Missing Documents*
[ ] Incomplete Property Appeal – Missing Documents*
[ ] Failed to Provide Necessary Copies of Chrono(s)*
[ ] Appeal Process Abuse – Pointless Verbiage
[ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Attempting to Change Original Appeal Issue
[ ] Not Authorized to Bypass Any Level
[ ] Appeal Issue & Reasonable Accommodation Not 1824
[ ] Do Not Combine Staff Complaints with Other Issues
[ ] Emergency Not Warranted-CCR 3084.7

[ ] Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.*

### PLEASE ATTACH AS NOTED BELOW:

[ ] CDC 115/Hearing Officer's Results
[ ] CDC 115 with IE/DA information
[ ] Supplemental Reports to CDC 115
[ ] CDC 1030 Confidential Disclosure
[ ] CDC 114D Lockup Order
[ ] CDC 128G ICC/UCC
[ ] CDC 128G CSR Endorsement Chrono
[ ] CDC 839/840 Class/Reclass Score Sheet
[ ] CDC 7219 Medical Report
[ ] Other: **SEE COMMENTS BELOW**

[ ] CDC 128C Medical Chrono
[ ] CDC 1819 Denied Publications
[ ] CDC 128 A
[ ] CDC 128 B
[ ] CDC 143 Property Transfer Receipt
[ ] Cell Search Slip
[ ] Receipts
[ ] Qtr. Pkg. Inventory Slip
[ ] Trust Account Statement
[ ] Property Inventory Receipt

**Comments:** **You may write on back of this form to clarify or respond to the above.**

T. Vaaz, Correctional Counselor-II
Appeals Coordinator
Salinas Valley State Prison

RET'D DEC 0 4 2006

Date: _10/31/06_

**This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out –** *do not write any more on the appeal itself.* **Please return this form to the Appeals Coordinator with the necessary information attached.**

## PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|
| | 1. _____ | 1. _____ | | *10* |
| | 2. _____ | 2. _____ | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

*Processing Appeals -*

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| M, Jones | K-09065 | | C-5-107 |

**A. Describe Problem:** *This is A citizens complaint pursuant To penal code 8.325 143.8 "in part" 3004 (A)(B) And c. 3172, 3281, 3391 Etc And violation of my (rights "constitutional") 8th Amendment (cruel and unusal punishment) 14th Amendment (due process & equal protection clauses) on 7-7-06 I was Maliciously Absualted by officers The ones I rember or transporting officers of that day the female officer's name I don't recall the other officers names our E. contraz s, D.Lang And L.Washington After receiving some meds from Doctor Brown, For back pain and spasams that I deal that had be come*

If you need more space, attach one additional sheet.   *- SEE ADDItioNAl sheet -*

**B. Action Requested:** *That this officers need to be down sized with no benifits Due to this Malicous, deliberate, indeferant Attack they commited on me.*

RET'D DEC 04 2006

**Inmate/Parolee Signature:** _____  RECD OCT 01 2006  Date Submitted: 10-17-06

**C. INFORMAL LEVEL (Date Received:** _____ **)**  DELIVERED DEC 14 2006

**Staff Response:** _____

DUPLICATE 06-2436

**Staff Signature:** _____     **Date Returned to Inmate:** _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

**Signature:** _____     **Date Submitted:** _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

**CDC Appeal Number:**

DUE TO ME LIFTING AN OBJECT THAT WAS TO HAVEY FOR ME. AFETER
Doctor left out of room I WAS IN. [OFFICERS CAME in ABOUT 10 minUTES lATER. (prior to
this DoctoR Bowman came in room And stated to ME I don't Know what it is but set/officers
want you gone they told me I better not AttEmpt to stop trANSFER, So I'll give you some
medicAtion thAt will help put pAin At eAse) I informed officErs And s'ERgeAnt OF TrANSpor-
tation stAff I nEed To TAlk with hEAd counselor Lt/cpt To Ask why I'm being FORCED
To (HOSP), I never Ask To bE trANSFEREd thEir And I never was given Any endosment pApers-
stating this, Why I WAS being sent theirs. Also Do to ANY SAFEty And security, DUE To officER
BAilEy. worked D-yArd & builDing pAssing out FALSE info to othER prisonERS trAnsfering out To
other prisons And some stAying At (svsp) KNowin it would get mE killed, seriously induEd,
Follow me where or whAt ever prison I go to, put my sAFEty And security EndAngEr the rest
of my time in prison, And mAb maybe beyon.
This FALSE info I tAlk about, WAS on A 1256 chrono And stAtEd I WAS A child molEstER/hAd
LewD Acts AgAinst children. Only thing thAt SAVEVED me At (SVSP) yArd I WAS on, is
prisonER thAt WAS in L.A. COUNty JAil, SAME unit I WAS, offs (When I WAS in L.A county
JAil beFORE comin to prison) OFFicER BAilEy not Known this gAVE this prisonER A copy
OF FALSE 1256 chrono. EithER DO to prisonER (THOMAS) Knowing 1256 chrono WAS FALSE (DO to
the priorly stAteD of him being in L.A county JAil when I WAS Knowin whAt I WAS in prison FOR)
gAVE FALSE 1256 To ME And explAinED To me whAt s/o BAilEy wAs Doing. So I confonted
bAily And he stAted to me yeAh Jones now whAt ever prison you go to, this will follow
you And you will be FUCK up. I.E KillED OR seriously induRED. WELL like priorly stAted
I stAyed At (svsps) yArd And the only thing thAt sAVIED ME thEiR WAS DO to prisonER THOMAs
being thEiR At the time this hAppEn, And help ME explAin To most of prisonER on
yArd At (SVSP) I WAS on thAt 1256 chrono is FalsE. I state this AS FACT DUE to
While on yArd At (SUSP) several prisorER on several diffErent OccAsion AppROAChed me.
And stAted your lucky THOMAS wAs here, our you woulD'VE bEEN through I.E. KillEd or
seriously induRed.
AS offICERS DiDn't cARE About me being in pAin, or thAt DUE To my mobility bE limitEd
AlreAdy DUE To spinAl TrAumA, And I hAVE to USE WHEEl chair To help me get AROUND. I WAS
Told I WASn't seeing Any bodY, (I WAsn't surprisED At this responsE FROM s/ot wAShonton
DUE to I WAS in prior inciVEnt with sot wherein he AttEmprEd to breAck my wrist beFOR, then
told me I bettER not sAy Any thing About incidEnt or hE will put mE in hole/AD-SEG FOR
AssAult on officER. so in fEAR of this I DiDn't sAy Anything, it should bE A incidEnt report in
c-file on this.) then I WAs snAtchEd out of bEd, And threw, in wheel chAir (OffIcER D.LANG
Pullin LEFt Thumb bAck unti it popED, And I couldn't mOVE it.) this WAS At CTC, (bEFOR I
SNAtch our of bEd I WAS shifielEd AnkIEO chAins And wrAist chAinED). I WAS pullEd chokED
And swNg Around by chAins like A rAg Doll which cAUSED/mORE me pAin A inJuriEs. then took
outside of ctc, threw on ground which cAUSEd me to bump heAd on grund, cAUSing hEAd To
throb in pAin, then pullEd in VAn, there wERE To othER prisonErs in VAn which WAS sEEing this
Jo sot stAtEd drAg his Ass To cAR (one of prisonErs nAmes in VAn is Brown). I WAS DrAged
CAUSing top of hEAD To scRAp the concrEt (cAUsin pAin And inJurY) then I WAS DrAgEd

by recieving/or being throw in back seat ... ge 34 of 81 ... ing in
back seat officer D.Lang intentionally repeatedly slammed car door on My Knee,
(causing pain and injury).Then while I finally was put in car, door of ... 
car was intentionally slammed so that it would hit me in head with force.

While being Forced to high desert, I lay across back seat of car, fading
in and out of consiousness with chronic head aches and pain. Then I reme-
mber officer D.Lang and his partner a female officer Forced me to drink a
liqued substance, stating to me it was my medication "Hushing". Next thing I
remember is being awakinged by being pulled out the back seat of car put in
wheelchair at (HDSP) due to I remebered Doctor Bowman prescribe me pill form
medication.And officers making me drink liqued substance didn't seem nor feel right while
at high desert in front of some other staff at (HDSP) I ask officer from (SVSP) For meds
and was given pills, officers from (SVSP) also told some (HDSP) staff I was a problem
To justify pulling me out of back seat of car. While in RHR at (HDSP) I informed
staff/officers of the prorly stated "I fell on deaf ears" Then finally I seen captain J.
Cummings of this. He stated not much I could do here I can do ... have a 7219 done
... on your injuries, but their was an officer in RHR persuaded him not to. Then cpt.
J. Cummings stated well lets see why you were sent here, open C-File and state that-
odd, I don't know why they sent you here. you were put up for corcoran or DelViVO, you have
several hardships in c-file your From down south, your 270 medium A and been programing
at (SVSP) yard for about 2 years with no problems, plus we don't even have room for
You here (that odd) no I have to put you on E-yard I/so that's on lockdown. And due
to me being in chronic pain and having mental health issue I went to crisis bed at
CTC for help And this is when I starte to realize several officers/staff at
(HDSP) was involved in me being forced to (HDSP) I state thas due to being
refused medical treatment at (HDSP) And a counselor that sat on one of
my IDOT when I explain what happen to me, stated to me, your Jones the one
they made come here, and now that they beat and roffed you up your mad and want
to cause trouble for us.

UNITED STATES District court for the Northern District

U.S. court House
450 GOLDEN GATE AVENUE
SAN Francisco, CA 94102-3483

In Pro se

Malik Jones,

       Plaintiff,

      -against-

  WARDen, Mike EVEANS

 Sergeant L. Washington, Officer D. Lang,

Officer E. Contra2s, Office Jane Doe,

and counselor  Martines, Sued in

their individual and official capacites. et al.,

               Defendants.

Civil Rights complaint
under 42 U.S.C 1983 And

      JURy TRIAL DEMANDED)

## I. Introduction

This is a civil rights action filed by Malik Jones, a state Prisoner, For Damages and injunctive relief under 42 U.S.C. §1983, alleging EXCESSIVE USE of Force and denial of medical care, and safty and security. In violation of the Eighth Amendment to the United States Constitution and 14th-Fourteenth Amendment Due Process clause to the constitution. The Plaintiff also alleges the torts of assault and Battery and negligence.

## Jurisdiction

1. The court has Jurisdiction over the Plaintiffs' claims of violation of Federal constitutional rights under U.S.C. §§ 1331 (a) and 1343.

2. The court has supplemental jurisdiction over the Plaintiff's state law tort claims under 28 U.S.C. § 1367.

Plaintiff Attempted To send 602 on Assault issue several times, Even writting WARDEN three times After send 602 To his office To make sure 602 be Filed correctly. SEE ATTACHED 119 Forms, High lighted with pencil, Plaintiff Also sent one (602) To Appeal coordinator, To Attempt To have it properly processed. Plaintiff was not Allowed to send letter to Appeals- Legal per officer/staff WAS sent OFF To Appeals coordinator 10-17-06. ALSO "SEE" LETTER Plaintiff SENT To (HDSP) Litigtion, Attempting To get CDC 115, And incident reports/packet WITH no resaults. Its claimed I got A copy of CDC 115 "writeup" And incident Reports/packet, WHICH is FALSE. Letter Plaintiff SENT To (HDSP) Litigtion is ATTACHED After Documents/CDC 119 Forms, showing PLAINTIFF ATTEMPTED To get 602 APPEAL/Grievance on him Being Assaulted And Forced To (HDSP) FROM (SVSP) UNDER FALSE preTence. Filed And processed correctly.

MALIK Jones

I Declare under penalty Perjury The fore going TRUE And correct.

# CDC-119

## SPECIAL PURPOSE LETTERS

| JONES | K09065 | ADDRESS | TYPE OF LETTER REC'D/SENT | SENT | REC'D |
|---|---|---|---|---|---|
| | | ROSEN, BIEN & ASARO, ATTY-155 MONTGOMERY ST SF, CA 94104 | 193 | 7/24/2006 | |
| | | PRISON LAW OFFICE GENERAL DEL. SAN QUENTIN, CA. 94964 | 193 | 7/26/2006 | |
| | | PRISON LAW OFFICE, GEN DEL., S.Q., CA 94464 | I | 7/26/2006 | |
| | | WARDEN MIKE EVENS, SALINAS VALLEY STATE PRISON, PO BOX 1050, SOLEDAD CA 93960 | 193 | 7/26/2006 | |
| | | WARDEN HDSP | 193 | 7/31/2006 | |
| | | DOC   SAC, CA  95827 | 193 | 8/7/2006 | |
| | | OMBUDSMEN CHRIS WEAVER, PO BOX 348760, SAC CA. 95814 | S | 8/10/2006 | |
| | | OFFICE OF THE INSPECTOR GENERAL-PO BOX 348780 SAC, CA 95834 | 193 | 8/11/2006 | |
| | | CHIEF I/M APPEALS, P.O. BOX 942883, SAC., CA 94283 | S | 8/14/2006 | |
| | | OFF OF INTERNAL AFFAIRS, PO BOX 3009, SAC CA. | S | 8/14/2006 | |
| | | WARDEN EAVENS CSVSP, SOLEDAD CA. | S | 8/14/2006 | |
| | | PRISON LAW OFFICE GENERAL DEL. SAN QUENTIN, CA. 94964 | S | 8/16/2006 | |
| | | CHIEF I/M APPEALS, P.O. BOX 942883, SAC., CA 94283 | S | 8/23/2006 | |

Wednesday, September 27, 2006

Page 1 of 2

| JONES | K09065 | | ADDRESS | TYPE OF LETTER REC'D/SENT | SENT | REC'D |
|---|---|---|---|---|---|---|
| | | | US DEPT OF JUSTICE WASHINGTON, DC 20530 | S | 8/23/2006 | |
| | | | PRISON LAW OFFICE GENERAL DEL. SAN QUENTIN, CA. 94964 | S | 8/25/2006 | |
| | | | LEGAL EASE SERVICES, 2205 E. ALONDRA, BLVD. E. RANCHO DOMINGUEZ, CA. | S | 8/31/2006 | |
| | | | DOC SAC, CA 95827 | S | 9/1/2006 | |
| | | | CHIEF CLERK ST CAPITOL P.O. BOX 942849 SAC, CA. 94249 | S | 9/5/2006 | |
| | | | LEGAL EASE SERVICES, 2205 E. ALONDRA, BLVD. E. RANCHO DOMINGUEZ, CA. | 193 | 9/11/2006 | |
| | | | NAACP LEGAL DEFENSE AND EDUCATION FUNDS, INC 1055 WILSHIRE BLVD #1480 LA, CA 90017 | S | 9/11/2006 | |
| | | | SALINAS VALLEY STATE PRISON WARDEN P.O. BOX 1050 SOLEDAD, CA 93960 | S | 9/15/2006 | |
| | | | COMMUNITY LEGAL INFO CENTER, CHICO, CA 95929 | S | 9/25/2006 | |

Wednesday, September 27, 2006

# CDC-119

## SPECIAL PURPOSE LETTERS

| JONES | K09065 | ADDRESS | TYPE OF LETTER REC'D/SENT | SENT | REC'D |
|---|---|---|---|---|---|
| | | LA CO SUP CT CLK, 111 N. HILL STREET, L.A., CA 90010 | 193 | 10/16/2006 | |
| | | STATE BAR OF CA-1149 S.HILL LA CA 90015 | 193 | 10/23/2006 | |
| | | LA CO SUP CT CLK, 210 W. TEMPLE STREET, L.A., CA 90012 | 193 | 10/24/2006 | |
| | | SALINAS VALLEY STATE PRISON-WARDEN P.O. BOX 1050 SOLEDAD, CA. 93960 | 193 | 10/24/2006 | |

R Glaa   11/08/06

YOU MAY REQUEST COPIES FROM YOUR
C-FILE THRU YOUR ASSIGNED COUNSELOR
FILL OUT A REQUEST FORM ALONG WITH
A COMPLETED TRUST WITHDRAWAL FORM
SEE YOUR ASSIGNED COUNSELOR
CHARGE IS .10¢ PER PAGE COPIED
YOU WERE ALREADY GIVEN A COPY WITH RVR

to prison litigation coordinator

I maliik Jones write this Authorized
Legal Document, for you to send the
report in c-File of The
Type of forced
tran

To: prison litigation coordinator

I MALIK JONES write this Authorized Legal Document, For you to send the incident report in c-File of The Amount, and what Type of forced was used To FORCE me To transfer As I denied and pysically Fought refusing To transfer, 7-7-06, FROM (SVSP) To (HDSP)

I want you to send incident report To said Address LEGAL-EASE ASAP.
2205 E. ALONDRA BLVD
East RANCHO DOMINGUEZ, CA. 90221

- THANK you in ADVANCE -

MALIK JONES K-09065

I declar under penalty of purdury,    Date 11-8-06
The Foregoing is true And correct.

EXHIBITS (A)

## CALIFORNIA DEPARTMENT OF CORRECTIONS

NAME: JONES      CDC #: K09065      BED: D2-117U

### COMMITTEE ACTION SUMMARY

REFER TO THE CSR RECOMMENDING SHU AUDIT ONLY & TRANSFER TO SAC-IV(180)/PBSP-IV (180). ASSESS & COMMUTE A 4 MONTH AGGRAVATED SHU TERM W/MERD OF 3/16/03, FOR RVR C02-12-0037, BATTERY ON AN INMATE, DATED 12/16/02. RETAIN IN ASU PENDING CSR REVIEW & TRANSFER. CONTINUE DOUBLE CELL. CONTINUE ASU YARD WALK ALONE. PSYCH IS CCCMS

### COMMITTEE'S COMMENTS

Inmate JONES appeared before Salinas Valley State Prison's (SVSP's) Administrative Segregation Unit (ASU) Institutional Classification Committee (ICC) today for his Program Review. JONES stated that his health was good and was willing to proceed. JONES received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, JONES was introduced to the committee members. According to JONES'S CDC 114D, he was placed into SVSP's ASU on 2/13/2003 for: Battery on a Peace Officer. Based upon a review of JONES'S CDC 114D, CDC 115, Central File, case factors, and through discussion with him, committee elects to: Refer to the CSR recommending SHU audit only & transfer to SAC-IV(180)/PBSP-IV (180). Assess & Commute a 4 month aggravated SHU term W/MERD of 3/16/03, for RVR C02-12-0037, Battery on an Inmate, dated 12/16/02. Retain in ASU pending CSR review & transfer. Continue double cell. Continue ASU yard walk alone. Psych is CCCMS. ICC notes the inmate was placed in ASU for Battery on a Peace Officer. The RVR was adjudicated and reduced to a lesser charge for Obstructing a Peace Officer. At ICC, the I/M indicated that he wished to be placed on Fac. D instead of Fac. C. He continued to say; I have issues with certain C/O's on Fac. C. While reviewing the I/M central file, he has a documented enemy on Fac. D and noting that the I/M is 180 not 270 and he cannot be placed on Fac. A or B. ICC elects to retain him in ASU pending alternate Level-IV(180) institution, even though the RVR was reduced ICC agreed to avoid conflict of interest with the C/O who is still assigned to Fac. C. This will be a non-adverse transfer. His custody will be CLOBR A2B effective upon the receiving institution committee.

At the conclusion of this review, JONES was informed of his Appeal Rights with regards to this committee's actions. JONES acknowledged his understanding and disagreement with committee's actions. The inmate disagreed with the ASU placement.

STAFF ASSISTANT

Assigned: (Participant in MHSDS but able to comprehend issues) SA Present: CCI Martines

### INMATE CASE FACTORS

| CUSTODY | CS/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | AGE | ETHNIC | TERMER | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| MAX R | 233/IV | DID - 2/13/2003 | EPRD 1/31/2013 | NTR | 6/2003 | 26 | BLA | 1st | N/A |

| RECEIVED SVSP | RECEIVED FROM & TYPE OF TX | RECEIVED CDC | COUNTY OF COMMITMENT | SENTENCE | RESTITUTION |
|---|---|---|---|---|---|
| 5/13/2002 | OTC - Non-Adverse | 5/24/1996 | Los Angeles | 17 years 4 months | $0.00 |

**COMMITMENT OFFENSE**

2 counts of Oral Copulation and False Imprisonment with a Non-controlling Case of Robbery 2nd

| PRIOR ARREST HISTORY | DISCIPLINARY HISTORY |
|---|---|
| Robbery, Oral Copulation -14/ETC w/Force/Violence X2, False Imprisonment, Crimes against children/Lewd or Lascivious, Battery on a Prisoner | Disobeying Orders, Delaying a Peace Officer in the performance of Duty, Threatening to Commit Battery, Dangerous contraband, Flooding, Attempted Battery on a Peace Officer, Out-of-Bounds, Refusing to Work, Threatening Staff, Refusing a Cellmate, Obstructing a P/O in the Performance of his/her Duties, Battery on an Inmate |

| SEX OFFENSES | ARSON OFFENSES | ESCAPES |
|---|---|---|
| PC 290 registration is required. Subject was convicted of 2 counts of PC 288A-C Oral Copulation with Force. Based upon an extensive review of this case, it was determined that an 'R' Suffix is warranted. | None | None |

| ENEMIES | GANG/TIP | CONFIDENTIAL |
|---|---|---|
| Noted on CDC 812 | Blood | Noted & Reviewed |

| MEDICAL | TB - DATE 128C | DENTAL | DPP | SUBSTANCE ABUSE |
|---|---|---|---|---|
| Full Duty | 22 - 4/29/2003 | 3 | N/A | Inmate denies usage |

| PSYCH | | MDO | DDP |
|---|---|---|---|
| CCCMS 5/8/2003 Psychotropic Medication prescribed | | Meets MDO Criteria | Not Tested (NT) |

| HOUSING | CELL STATUS | CAMP, MSF, CCF, CCRC, REST. CENTER, SAP ELIGIBILITY | | |
|---|---|---|---|---|
| 180 Design (A1) | Double Cell | Camp Eligible: No SEX PSY | CCF Eligible: No SEX PSY | CCRC Eligible: No SEX PSY |
| | | MSF Eligible: No SEX PSY | SAP Eligible: No SEX PSY | Rest. Center Eligible: No SEX PSY |

| FPTTP | HWD | JOB ASSIGNMENT |
|---|---|---|
| US Citizen | Clear as of 5/12/2003 | Unassigned |

### COMMITTEE MEMBERS

**MEMBERS**

CHAIRPERSON      A. Hedgpeth, FC.; W. Campbell, Ph.D      RECORDER
P. Tingey, CDW(A)                                               A. Williams, CCII

Committee Date: 5/15/2003      **PROGRAM REVIEW**      Committee: S051S03IAM1

State of California   **INMATE / PAROLEE APPEAL SCREENING FORM**   Department of Corrections and Rehabilitation

C5-101L   CDCR-695

INMATE: _Jones_   CDC #: _K-09065_   CDC HOUSING: _D7-47_

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

<u>YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):</u>

[ ] Duplicate Appeal; Same Issue
[ ] Do Not Combine Staff Complaints with Other Issues
[ ] Time Constraints Not Met
[ ] Cannot Submit On Behalf Of another Inmate
[ ] No Significant Adverse Effect Demonstrated
[ ] Pointless Verbiage/Appeal is vague
[X] Incomplete 602
[ ] Attempting to Change Original Appeal Issue
[ ] Not Authorized to Bypass Any Level
[ ] Request for Interview; Not an Appeal
[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached
[ ] Inappropriate Statements
[ ] Action / Decision Not Taken By CDCR
[ ] DRB Decisions Are Not Appealable
[ ] Appealing Action Not Yet Taken
[ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Not A Request Form; Use CDCR-7362 – to access Medical
   Services, submit your request on a CDCR-Form 7362.
   If necessary, sign up for sick call.
[ ] Write your appeal in black or blue ink, this is a legal
   document and pencil/inks other than black or blue do
   not copy legibly

PLEASE FOLLOW INSTRUCTIONS AND <u>RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS</u>
Comments:   You may write on back of this form to clarify or respond to the above.

Attach copy of 1286 (ICC: CSR) Due To more investigation this 1286 is in file I belive it should be 1286 of 5-15-02. I was given A copy when I ask for it, this means from my First ICC at reception I been been classifid incorrectly their for my c-file should be destroyed And I be reclassifid like I Just got to recepti on. Also never received Any endorsement papers

Eloy Medina, CC-II
Appeals Coordinator

DELIVERED JUN 2 4 2006

Date: _7/7/06_

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

<u>PERMANENT APPEAL ATTACHMENT - *DO NOT REMOVE*</u>

STATE OF CALIFORNIA

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS

Location: Institution/Parole Region

Log No.

Category __15__

1. _____  1. _____
2. _____  2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

*emergency appeal    hardship    doesn't want tx to HDSP*

NAME **M. Jones**   NUMBER **K-09065**   ASSIGNMENT **ed**   UNIT/ROOM NUMBER **D-3-117**

A. Describe Problem: This is a emergency appeal that has to do with my safety and security. I was put up for transfer to Cocoran or Delano. I still haven't received any endosement papers. Now out of no where they or telling me I'm transfering to high desert. I havent received any endosement papers or any thing saying thats where I'm going, or I was put up to transfer their. I'm medium A should be 270 and have been disciplinary free for about 2½ years now or longer. Me being transfered to high desert is a adverse transfer.

If you need more space, attach one additional sheet.   — see additional sheet —   REC'D JUL 0 6 2006

B. Action Requested: that I be sent down south and until a place that suitable for me due to the above stated that I remain here Officer acted indeferent and with malicious intent obviously, this is not the fault of something I did and should not be punished for it

Inmate/Parolee Signature: _____   Date Submitted: 2-1-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____    **DELIVERED JUN 24 2006**

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____
Note: Property/~~Received~~ appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

**SEP 14 2006**
**HDSP Appeals**

Date Submitted: _____
CDC Appeal Number: _____

Additional sheet

which should not be the case. If I'm to be transfered
fine, but until a place down south opens where I
could be sent, their is no reason why I shouldn't be
left here until I can go. Due to False documents
getting passed around in the hole by officer that puts
my life in danger what ever prison I go to, And this
prison being the one where alot of inmates inmates
know about the document being False, And I been here A
while now I'm obviously ok on this yard so to send me
some where else would be bias and if I am
to be sent some where to take the chance of been
killed or seriouly injuried due to these False
documents officer passed around to other Iamates, that
were being transfered out to other prison, I should
be sent down south. I have a hart ship also and
this will no doubt empede my mental heath. And this long
travel will empede my mobility impared body. Also I
receive visits and its already burdens my Family
And Their friends to come here to visit. So no dobt
once again this will empede my mental health. Also
Due to these False documents officer passed out to
other Farmate, then stated yoah dones now what
ever prison you go to this is going to follow you And
your gonna get Fuck up. I have problems eating and
I don't take showers, and thats here at this prison.
where I know alot of people on yard knows documents

That officer passed out was false. At another prison I know I will be worse off and expeded at all points. This is not the fault of something I did, but the fault of a obviosly indeferent, ~~maltous~~ malicious officer, name Bailey work D-yard 2 block

ExHibiTs (B)

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART B1 - INMATE
CDC 837-B1 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __1__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| Salinas Valley State Prison | Facility D | SVP-FDP-05-01-0017 |

### INMATE (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| JONES | ▓▓▓▓▓ | | K09065 | M | BLACK | ▓▓▓▓ | ▓▓▓ |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | 229 | ☐ YES | | | | ☐ YES | 07 / 09 / 76 | D5-115 |
| ☒ SUSPECT | | ☒ NO | 05 / 28 / 96 | 08 / 15 / 01 | 01 / 13 / 13 | ☒ NO | | |
| ☐ WITNESS | ☒ CCCMS  ☐ EOP  ☐ DPP  ☐ DMH | | | COMMITMENT OFFENSE ▓▓▓▓▓▓▓ | | | | |
| | ☐ MHCB  ☐ DDP  ☐ N/A | | | | | | COUNTY OF COMMITMENT ▓▓▓▓ | |

DESCRIPTION OF INJURIES.

NONE

PRISON GANG / DISRUPTIVE GROUP

☐ N/A

☐ VALIDATED  ☐ ASSOCIATED  ☒ N/A

☐ HOSPITALIZED  ☒ TREATED & RELEASED  ☐ REFUSED TREATMENT   NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ DECEASED DATE: _____   ☐ N/A   ☐ N/A   D5-117

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES | | | | ☐ YES | | |
| ☐ SUSPECT | | ☐ NO | / / | / / | / / | ☐ NO | / / | |
| ☐ WITNESS | ☐ CCCMS  ☐ EOP  ☐ DPP  ☐ DMH | | | COMMITMENT OFFENSE | | | | |
| | ☐ MHCB  ☐ DDP  ☐ N/A | | | | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES.

PRISON GANG / DISRUPTIVE GROUP

☐ N/A

☐ VALIDATED  ☐ ASSOCIATED  ☐ N/A

☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT   NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ DECEASED DATE: _____   ☐ N/A   ☐ N/A

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES | | | | ☐ YES | | |
| ☐ SUSPECT | | ☐ NO | / / | / / | / / | ☐ NO | / / | |
| ☐ WITNESS | ☐ CCCMS  ☐ EOP  ☐ DPP  ☐ DMH | | | COMMITMENT OFFENSE | | | | |
| | ☐ MHCB  ☐ DDP  ☐ N/A | | | | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES.

PRISON GANG / DISRUPTIVE GROUP

☐ N/A

☐ VALIDATED  ☐ ASSOCIATED  ☐ N/A

☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT   NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ DECEASED DATE: _____   ☐ N/A   ☐ N/A

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES | | | | ☐ YES | | |
| ☐ SUSPECT | | ☐ NO | / / | / / | / / | ☐ NO | / / | |
| ☐ WITNESS | ☐ CCCMS  ☐ EOP  ☐ DPP  ☐ DMH | | | COMMITMENT OFFENSE | | | | |
| | ☐ MHCB  ☐ DDP  ☐ N/A | | | | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES.

PRISON GANG / DISRUPTIVE GROUP

☐ N/A

☐ VALIDATED  ☐ ASSOCIATED  ☐ N/A

☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT   NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ DECEASED DATE: _____   ☐ N/A   ☐ N/A

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART B2- STAFF
CDC 837-B2 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __2__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SALINAS VALLEY STATE PRISON | D | SVP-FDP-05-01-0017 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| HUGHES | | | LIEUTENANT | M | WHT | S/M |

CHECK ONE: ☐ PRIMARY  ☐ CAMERA  ☐ RESPONDER  ☒ WITNESS  ☐ VICTIM
BADGE # | ID # | POST ASSIGN # | POSITION: FACILITY D PROGRAM LT.
DESCRIPTION OF INJURIES: ☒ N/A
☐ HOSPITALIZED ☐ TREATED & RELEASED  NAME/LOCATION OF HOSP./TREAT. FACILITY  ☐ REFUSED TREATMENT ☐ DECEASED DATE: ☒ N/A  ☒ N/A
USED FORCE ☐ YES ☒ NO  TYPE:
PROCESSED EVIDENCE ☐ YES ☒ NO

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| WASHINGTON | L | | SERGEANT | M | BLK | S/S |

CHECK ONE: ☒ PRIMARY ☐ CAMERA ☐ RESPONDER ☐ WITNESS ☐ VICTIM
BADGE # | ID # | POST ASSIGN # | POSITION: D1&D2 SERGEANT
DESCRIPTION OF INJURIES: ☒ N/A
☐ HOSPITALIZED ☐ TREATED & RELEASED  NAME/LOCATION OF HOSP./TREAT. FACILITY  ☐ REFUSED TREATMENT ☐ DECEASED DATE: ☒ N/A ☒ N/A
USED FORCE ☒ YES ☐ NO  TYPE: PHYSICAL
PROCESSED EVIDENCE ☐ YES ☐ NO

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| RICHARDSON | | | SERGEANT | M | BLK | S/M |

CHECK ONE: ☐ PRIMARY ☐ CAMERA ☐ RESPONDER ☒ WITNESS ☐ VICTIM
BADGE # | ID # | POST ASSIGN # | POSITION: FACILITY D PROGRAM SGT.
DESCRIPTION OF INJURIES: ☒ N/A
☐ HOSPITALIZED ☐ TREATED & RELEASED  NAME/LOCATION OF HOSP./TREAT. FACILITY  ☐ REFUSED TREATMENT ☐ DECEASED DATE: ☒ N/A ☒ N/A
USED FORCE ☐ YES ☒ NO  TYPE:
PROCESSED EVIDENCE ☐ YES ☒ NO

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| MERCADO | | | OFFICER | M | MEX | M/T |

CHECK ONE: ☐ PRIMARY ☐ CAMERA ☒ RESPONDER ☐ WITNESS ☐ VICTIM
BADGE # | ID # | POST ASSIGN # | POSITION: FACILITY D S&E #2
DESCRIPTION OF INJURIES: ☒ N/A
☐ HOSPITALIZED ☐ TREATED & RELEASED  NAME/LOCATION OF HOSP./TREAT. FACILITY  ☐ REFUSED TREATMENT ☐ DECEASED DATE: ☒ N/A ☒ N/A
USED FORCE ☐ YES ☒ NO  TYPE:
PROCESSED EVIDENCE ☐ YES ☒ NO

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| PATINO | | | OFFICER | F | MEX | T/W |

CHECK ONE: ☐ PRIMARY ☐ CAMERA ☐ RESPONDER ☒ WITNESS ☐ VICTIM
BADGE # | ID # | POST ASSIGN # | POSITION: FACILITY D 2 YARD
DESCRIPTION OF INJURIES: ☒ N/A
☐ HOSPITALIZED ☐ TREATED & RELEASED  NAME/LOCATION OF HOSP./TREAT. FACILITY  ☐ REFUSED TREATMENT ☐ DECEASED DATE: ☒ N/A ☒ N/A
USED FORCE ☐ YES ☒ NO  TYPE:
PROCESSED EVIDENCE ☐ YES ☒ NO

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B2- STAFF**
CDC 837-B2 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __2__ OF __2__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SALINAS VALLEY STATE PRISON | D | SVP-FDP-05-01-0017 |

### STAFF (ENTIRE SHEET)

**NAME: LAST** HOPKINS | **FIRST** ▓ | MI | **TITLE** LVN | **SEX** F | **ETHNICITY** BLK | **RDO'S** T/W

CHECK ONE
☐ PRIMARY  ☐ CAMERA
☐ RESPONDER
☒ WITNESS
☐ VICTIM

BADGE # | ID # ▓ | POST ASSIGN. # | POSITION FACILITY D MEDICAL
DESCRIPTION OF INJURIES:
☒ N/A

☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES ☒ NO | PROCESSED EVIDENCE ☐ YES ☒ NO
☐ REFUSED TREATMENT
☐ DECEASED DATE ___ ☒ N/A  ☒ N/A  TYPE: ___

---

**NAME: LAST** | **FIRST** | MI | **TITLE** | **SEX** | **ETHNICITY** | **RDO'S**

CHECK ONE
☐ PRIMARY  ☐ CAMERA
☐ RESPONDER
☐ WITNESS
☐ VICTIM

BADGE # | ID # | POST ASSIGN. # | POSITION
DESCRIPTION OF INJURIES:
☐ N/A

☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES ☐ NO | PROCESSED EVIDENCE ☐ YES ☐ NO
☐ REFUSED TREATMENT
☐ DECEASED DATE: ___ ☐ N/A  ☐ N/A  TYPE: PHYSICAL

---

**NAME: LAST** | **FIRST** | MI | **TITLE** | **SEX** | **ETHNICITY** | **RDO'S**

CHECK ONE
☐ PRIMARY  ☐ CAMERA
☐ RESPONDER
☐ WITNESS
☐ VICTIM

BADGE # | ID # | POST ASSIGN. # | POSITION
DESCRIPTION OF INJURIES:
☐ N/A

☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES ☐ NO | PROCESSED EVIDENCE ☐ YES ☐ NO
☐ REFUSED TREATMENT
☐ DECEASED DATE: ___ ☐ N/A  ☐ N/A  TYPE: ___

---

**NAME: LAST** | **FIRST** | MI | **TITLE** | **SEX** | **ETHNICITY** | **RDO'S**

CHECK ONE
☐ PRIMARY  ☐ CAMERA
☒ RESPONDER
☐ WITNESS
☐ VICTIM

BADGE # | ID # | POST ASSIGN. # | POSITION
DESCRIPTION OF INJURIES:
☐ N/A

☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES ☐ NO | PROCESSED EVIDENCE ☐ YES ☐ NO
☐ REFUSED TREATMENT
☐ DECEASED DATE: ___ ☐ N/A  ☐ N/A  TYPE: ___

---

**NAME: LAST** | **FIRST** | MI | **TITLE** | **SEX** | **ETHNICITY** | **RDO'S**

CHECK ONE
☐ PRIMARY  ☐ CAMERA
☐ RESPONDER
☒ WITNESS
☐ VICTIM

BADGE # | ID # | POST ASSIGN. # | POSITION
DESCRIPTION OF INJURIES:
☐ N/A

☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES ☐ NO | PROCESSED EVIDENCE ☐ YES ☐ NO
☐ REFUSED TREATMENT
☐ DECEASED DATE: ___ ☐ N/A  ☐ N/A  TYPE: ___

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __1__

| INCIDENT LOG NUMBER |
|---|
| SVP-FDP-05-01-0017 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Washington | L. | | 01/07/05 | 15:55 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 340376 | D1&D2 SERGEANT | 14 YR. 2 MO. | 01/07/05 | FACILITY D PROGRAM |

| RDOs | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | N/A |
|---|---|---|---|---|
| S/S | 1400-2200 | OBSTRUCTING A PEACE OFFICER/USE OF FORCE PHYSICAL | 3005 (b) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| [X] PRIMARY | T. Richardson (S) | Jones K-25609 (S) |
| [ ] RESPONDER | | K-09065 |
| [ ] WITNESS | | |
| [ ] VICTIM | | |
| [ ] CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | | |
|---|---|---|---|---|---|---|
| [ ] WEAPON | [ ] MINI-14 | CHEM. TYPE: | | TYPE: | NO: | |
| [X] PHYSICAL | [ ] 9 MM | [ ] OC ___ | 37 MM | ___ | ___ | 9 MM ___ |
| [ ] NONE | [ ] 38 CAL | [ ] CN ___ | L8 | ___ | ___ | 38 CAL ___ |
| FORCE OBSERVED BY YOU | [ ] SHOTGUN | [ ] CS ___ | 40 MM | ___ | ___ | MINI-14 ___ |
| [ ] WEAPON | [ ] 37 MM [ ] L8 | [ ] OTHER: ___ | | | | |
| [ ] PHYSICAL | [ ] 40 MM [ ] 40 MULTI [X] N/A | 40 MULTI | | | [X] N/A | |
| [X] NONE | [ ] HFWRS [ ] BATON | SHOTGUN ___ | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| [ ] YES | | | [ ] YES | [ ] YES |
| [X] NO | [X] N/A | [X] N/A | [X] NO | [X] NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| [ ] YES | | | [ ] BODILY [X] N/A | [ ] YES |
| [X] NO | [X] N/A | [X] N/A | [ ] UNKNOWN [ ] OTHER: ___ | [X] NO |

**NARRATIVE:**

On January 7, 2005, at approximately 1555 hours. I gave Inmate Jones K-09065, FDB5-115L, a direct order to hand over the earring he had secreted in his left nostril area. I explained to Jones that earrings are considered contraband at Salinas Valley State Prison, Jones refused this order by stating, "No", "give me a receipt first." It was explained to Jones a receipt would be forthcoming as soon as he relinquished the earring. At this time, I had my right hand out in front of Jones awaiting the placement of the earring. I gave Jones several more orders to hand over the earring with negative results. Jones suddenly with a very quick motion, utilized his right hand and reached into his right jacket pocket. Fearing for the safety of staff and myself and not sure of what Jones was reaching for. I utilized my right hand and grabbed his left wrist and my left hand to maintain control of his left hand. At the same instance, Jones removed his right hand from his jacket pocket. Jones right hand was closed obstructing my ability to see the inner portion of his right hand. Jones then placed his right hand near his mouth as if he placed something within his mouth. At this time, I released Jones left hand and wrist. Jones then reached for the earring with his right hand and placed his right hand to his mouth area and stated, "I swallowed it." Jones is aware of this report and its specific charges. There was no use of force other than physical force utilized as a result of this incident. This completes my report.

[ ] CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| L. Washington M. | Sergeant | 44966 | 286188 | 01/07/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| Hughes J C4 | 1-7-05 | [X] YES [ ] NO | [ ] YES [X] NO | 1-7-05 |

Distribution: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

PAGE ___1___ OF ___1___

| INCIDENT LOG NUMBER |
|---|
| SVP-FDP-05-01-0017 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| RICHARDSON | T | | 01/07/05 | 15:55 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 340340 | FAC D HSG SGT. | 9 YR. 9 MO. | 01/07/05 | Facility D Program |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| S/M | 1400-2200 | Obstructing A Peace Officer/Use of Physical Force | 3005(b) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | (S)SGT.L.WASHINGTON | (S)JONES K-25609 TC |
| ☐ RESPONDER | (S)SGT.T.RICHARDSON | K 09005 |
| ☒ WITNESS | | |
| ☐ VICTIM | | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | | SHOTS FIRED BY YOU | | | |
|---|---|---|---|---|---|---|---|
| | | | | | TYPE: | NO: | NO: |
| ☐ WEAPON | ☐ MINI-14 | CHEM. TYPE: | | 37 MM | | | 9 MM |
| ☐ PHYSICAL | ☐ 9 MM | ☐ OC | | L8 | | | 38 CAL |
| ☒ NONE | ☐ 38 CAL | ☐ CN _____ | | | | | |
| | ☐ SHOTGUN | ☐ CS _____ | | 40 MM | | | MINI-14 |
| FORCE OBSERVED BY YOU | ☐ 37 MM  ☐ L8 | ☐ OTHER: _____ | | 40 MULTI | | | ☒ N/A |
| ☐ WEAPON | ☐ 40 MM  ☐ 40 MULTI | ☒ N/A | | 40 MULTI | | | |
| ☒ PHYSICAL | ☐ HFWRS  ☐ BATON | | | SHOTGUN | | | |
| ☐ NONE | | | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: _____ | |

NARRATIVE:

On January 07, 2005 at approximately 1555 hours while performing my duties as Facility D Housing Sergeant, I was conducting an interview with Inmate Jones ( K-25609, D5-115 ), Correctional Sergeant Washington gave Inmate Jones approximately three direct orders to remove his earring from his left nostril. Inmate Jones refused and replied he wanted a receipt first. Correctional Sergeant Washington informed Inmate Jones he will provide him with a receipt when he removes the earring. Inmate Jones made a sudden movement with his right hand into his right coat pocket, Correctional Sergeant Washington grabbed the left wrist of Inmate Jones to gain control. Inmate Jones placed his hands near his mouth and attempting to place something in it, when Sergeant Washington ordered Inmate Jones to surrender the earring, Inmate Jones said " I swallowed it ". Inmate Jones was escorted to his assigned housing without further incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | SERGEANT | 51417 | 2863352 | 01/07/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| Hughes J Lt | 1-7-05 | ☒ YES  ☐ NO | ☐ YES  ☒ NO | 1-7-05 |

Distribution:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __1__

INCIDENT LOG NUMBER  oc:76 m
SVSP-FDP-05-01~~0047~~

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| MERCADO | G | M | 01/07/05 | 15:55 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 341456 | FAC D S&E #2 | 1 YR. 9 MO. | 01/07/05 | FAC D Program |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | N/A |
|---|---|---|---|---|
| M/T | 1400-2200 | ~~OBSTRUCTING~~ willfully resisting a p/o with use of physical force | 3005 (b) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | S) LT. HUGHES | JONES K-09065 (S) |
| ☒ RESPONDER | S) SGT. L WASHINGTON | |
| ☐ WITNESS | S) C/O L. PATINO | |
| ☐ VICTIM | S) C/O G. MERCADO | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | | |
|---|---|---|---|---|---|---|
| | | | | TYPE: | NO: | NO: |
| ☐ WEAPON | ☐ MINI-14 | CHEM. TYPE: | 37 MM | | 9 MM | |
| ☐ PHYSICAL | ☐ 9 MM | ☐ OC ____ | L8 | | 38 CAL | |
| ☒ NONE | ☐ 38 CAL | ☐ CN ____ | | | | |
| | ☐ SHOTGUN | ☐ CS ____ | 40 MM | | MINI-14 | |
| FORCE OBSERVED BY YOU | | ☐ OTHER:____ | | | | |
| ☐ WEAPON | ☐ 37 MM ☐ L8 | | 40 MULTI | | ☒ N/A | |
| ☐ PHYSICAL | ☐ 40 MM ☐ 40 MULTI ☒ N/A | | | | | |
| ☒ NONE | ☐ HFWRS ☐ BATON | | SHOTGUN | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN  ☐ OTHER:____ | ☒ NO |

**NARRATIVE:**

On Friday January 7 2005, at approximately 1555 hours while performing my duties a Facility D S&E # 2 I was instructed by Sgt. L. Washington to escort Inmate Jones to facility D5 cell 115 without any further incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/O | 67398 | 2863049 | 1/7/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| L. Washington M. Sgt Washington | 1-7-05 | ☐ YES ☐ NO | ☐ YES ☒ NO | 1-7-05 |

Distribution: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __1__

INCIDENT LOG NUMBER  DO·170
SVSP-FDP-05-01-817

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| PATINO | L. | M | 01/07/05 | 15:55 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 342492 | FAC D 2 Yard | 1 YR. 10 MO. | 01/07/05 | FAC D Program |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| T/W | 1400-2200 | wilfully resisting a p/o with use of physical force | 3005 (b) | |

**YOUR ROLE**
- ☐ PRIMARY
- ☒ RESPONDER
- ☐ WITNESS
- ☐ VICTIM
- ☐ CAMERA

**WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)**
S LT. HUGHES
S SGT. L WASHINGTON
S C/O L. PATINO
? C/O G. MERCADO

**INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS)**
JONES K-09065 (S)

**FORCE USED BY YOU**
- ☐ WEAPON
- ☐ PHYSICAL
- ☒ NONE

**FORCE OBSERVED BY YOU**
- ☐ WEAPON
- ☐ PHYSICAL
- ☒ NONE

**WEAPONS USED BY YOU**
- ☐ MINI-14
- ☐ 9 MM
- ☐ 38 CAL
- ☐ SHOTGUN
- ☐ 37 MM   ☐ L8
- ☐ 40 MM   ☐ 40 MULTI
- ☐ HFWRS  ☐ BATON

**CHEM. TYPE:**
- ☐ OC
- ☐ CN
- ☐ CS
- ☐ OTHER: _____
- ☒ N/A

**SHOTS FIRED BY YOU**

| | TYPE: | NO: | | NO: |
|---|---|---|---|---|
| 37 MM | | | 9 MM | |
| L8 | | | 38 CAL | |
| 40 MM | | | MINI-14 | |
| 40 MULTI | | | ☒ N/A | |
| SHOTGUN | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES  ☒ NO | ☒ N/A | ☒ N/A | ☐ YES  ☒ NO | ☐ YES  ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES  ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A  ☐ UNKNOWN  ☐ OTHER: | ☐ YES  ☒ NO |

**NARRATIVE:**

On Friday January 7, 2005, at approximately 1555 hours while performing my duties as Facility D 2 Yard Officer I was instructed by Sgt. L. Washington to escort inmate Jones to facility D, building 5, cell 115 without any further incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/O | 66674 | 2862805 | 1/7/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| L. Washington M. Sgt. Wes/week | 1-7-05 | ☒ YES ☐ NO | ☐ YES ☒ NO | 1-7-05 |

Distribution:  Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

STATE OF CALIFORNIA

# MEDICAL REPORT OF INJURY
## OR UNUSUAL OCCURRENCE

DEPARTMENT OF CORRECTION

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|---|
| SVSP | Dyard | USE OF FORCE   INJURY   (UNUSUAL OCCURRENCE) | | | PRE AD/SEG ADMISSION | 1/7/05 |

| THIS SECTION FOR INMATE ONLY | NAME LAST Jones | FIRST Malik | CDC NUMBER K09066 | HOUSING LOC. | NEW HOUSING LOC. |
|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME LAST | FIRST | MIDDLE | DOB | OCCUPATION |
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) | | | | |
|---|---|---|---|---|---|---|
| Dyard | 1/7/05  1905 | | | | | |
| TIME NOTIFIED 1900 | TIME SEEN 1905 | ESCORTED BY | MODE OF ARRIVAL (circle) AMBULATORY  LITTER  WHEELCHAIR  (ON SITE) | AGE 26 | RACE B | SEX M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"No statement"

| INJURIES FOUND?   YES (NO) | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| | |
|---|---|
| O.C. SPRAY EXPOSURE? | YES (NO) |
| DECONTAMINATED? | YES (NO) |
| Self-decontamination instructions given? | YES (NO) |
| Refused decontamination? | YES (NO) |
| Q 15 min checks | |
| Staff issued exposure packet? | YES (NO) |

| RN NOTIFIED/TIME N/A | PHYSICIAN NOTIFIED/TIME N/A |
|---|---|

| TIME/DISPOSITION 1905 | RTC | REPORT COMPLETED BY/TITLE (PRINT AND SIGN) C.F Hopkins   C/Hopkins LVN | BADGE # 23603/55 | RDOs T/N |
|---|---|---|---|---|

Medical data is to be included in progress note or emergency care record filed in UHR

CDC 7219 (Rev. 11/02)       DISTRIBUTION   ORIGINAL - UHR     CANARY - CUSTODY     PINK - HEALTH AND SAFETY/RTW COORDINATOR

STATE OF CALIFORNIA

# RULES VIOLATION REPORT

DEPARTMENT OF CORRECTION

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| K-09065 | JONES | | | SVSP | D5-115 | FD-05-01-0 |
| VIOLATED RULE NO(S). | SPECIFIC ACTS | | | LOCATION | DATE | TIME |
| CCR §3005(b) | Willfully Obstructing A Peace Officer | | | "D" PROGRAM | 01/07/05 | 1555 hou |
| CIRCUMSTANCES | | | | | | |

On January 7, 2005, at approximately 1555 hours, I gave Inmate JONES (K-09065, D5-115), a direct order to hand over the earring he had secreted in his left nostril area. I explained to JONES that earrings are considered contraband at Salinas Valley State Prison, JONES refused this order by stating, "NO", "give me a reciept first." It was explained to JONES that a reciept would be forthcoming as soon as he relinquished the earring. At this time, I had my right hand out in front of JONES awaiting the placement of the earring. I gave JONES several more orders to hand over the earrin with negative results. JONES suddenly with a very quick motion, utilized his right hand and reached into his right jacket pocket. Fearing for the safety of staff and myself and not sure of what JONES wa reaching for, I utilized my right hand and grabbed his left wrist and my left hand to maintain control of his left hand. At the same instance, JONES removed his right hand from his jacket pocket. JONES right hand was closed obstructing my ability to see the inner part of his right hand. JONES than placed his right hand near his mouth as if he placed something within his mouth. At this time, I released JONES left hand and wrist. JONES then reached for the earring with his right hand and placed his right hand to his mouth area and stated, "I swallowed it." Jones is aware of this report and it's specific charges. There was no use of force other than physical force utilized as a result of this incident. This completes my report. Inmate JONES is a participant in the Mental Health Delivery Services System at the CCCMS level of care

| REPORTING EMPLOYEE (Typed Name and Signature) | | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|---|
| L. Washington, Correctional Sergeant | | | D1 & D2 Sergeant | S/S |
| REVIEWING SUPERVISOR'S SIGNATURE | | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
| | | 1/12/05 | | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | | LOC. | HEARING REFERRED TO |
|---|---|---|---|---|---|---|
| ☐ ADMINISTRATIVE | D | 1-12-05 | ▶ L4 Hughes | | | |
| ☒ SERIOUS | | | | | | ☐ HO  ☒ SHO  ☐ SC  ☐ |

| | COPIES GIVEN INMATE BEFORE HEARING | | | |
|---|---|---|---|---|
| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
| | ▶ | | | |
| ☒ INCIDENT REPORT LOG NUMBER: SVP-FDP-05-01-0017 | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ |
| HEARING | | | | DATE  TIME |

| REFERRED TO  ☐ CLASSIFICATION    ☐ BPT/NAEA | | | | | |
|---|---|---|---|---|---|
| ACTION BY: (TYPED NAME) | | | SIGNATURE | | DATE  TIME |
| REVIEWED BY: (SIGNATURE) ▶ | | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | | DATE |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | | BY: (STAFF'S SIGNATURE) ▶ | | | DATE  TIME |

CDC 115 (7/88)

FORNIA

**...CIDENT REPORT**
**...RT A - COVER SHEET**
CDC 837-A (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

| | |
|---|---|
| PAGE 1 OF ___2___ | INCIDENT LOG NUMBER: SVP-FDP-05-01-0017 — INCIDENT DATE: 01/07/05 — INCIDENT TIME: 15:55 |

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | | USE OF FORCE |
|---|---|---|---|---|---|---|
| SVSP | D | ☐ I ☐ II ☐ III ☒ IV | FACILITY D | PROGRAM OFFICE | ☐ ASU ☐ SHU ☐ PSU ☐ PHU<br>☐ SNY ☒ GP ☐ CTC ☐ RC<br>SEG. YARD: ☐ CC ☐ WA ☐ RM | ☒ YES ☐ NO |

SPECIFIC CRIME / INCIDENT

OBSTRUCTING A PEACE OFFICER/ USE OF PHYSICAL FORCE

☒ CCR ☐ PC ☐ N/A
NUMBER/SUBSECTION: 3005 (B)

| D. A. REFERRAL ELIGIBLE | SERT ACTIVATED | NMT ACTIVATED | MUTUAL AID REQUEST | PIO/AA NOTIFIED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☒ YES ☐ NO |

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

| DEATH | CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY | |
|---|---|---|---|---|
| ☐ INMATE | ☐ ACCIDENTAL ☐ SUICIDE | ☐ ON INMATE | ☐ BEATING | ☐ SPEARING |
| ☐ STAFF | ☐ EXECUTION ☐ NATURAL | ☐ ON STAFF | ☐ GASSING | ☐ STABBING |
| ☐ VISITOR | ☐ HOMICIDE | ☐ ON VISITOR | ☐ POISONING | ☐ STRANGLING |
| ☐ OTHER: | ☐ OVERDOSE | ☐ OTHER: | ☐ SEXUAL | ☐ OTHER: |
| | ☐ UNKNOWN | | ☐ SHOOTING | |
| ☒ N/A | ☒ N/A | ☒ N/A | ☐ SLASHING | ☒ N/A |

| SERIOUS INJURY | INMATE WEAPONS | | SHOTS FIRED / TYPE WEAPON / FORCE | | | |
|---|---|---|---|---|---|---|
| ☐ INMATE | ☐ CHEMICAL SUBSTANCE | **TYPE:** | **WEAPON:** | WARNING # | EFFECT # | **TYPE:** NO: |
| ☐ STAFF | ☐ CLUB / BLUDGEON | ☐ COMMERCIAL WEAPON | ☐ MINI 14 | | | **BATON ROUND:** |
| ☐ VISITOR | ☐ EXPLOSIVE | | ☐ 38 CAL. | | | WOOD |
| ☐ OTHER: | ☐ FIREARM | ☐ INMATE MANUFACTURED | ☐ 9MM | | | RUBBER |
| | ☐ HANDS / FEET | WEAPON | ☐ SHOTGUN | | | FOAM |
| ☒ N/A | ☐ KNIFE | | **LAUNCHER:** | | | **STINGER:** |
| | ☐ SAP/SLUNG SHOT | | ☐ 37MM | | | .32 (A) |
| **ESCAPES** | ☐ PROJECTILE | | ☐ L8 | | | .60 (B) |
| | ☐ SPEAR | | ☐ 40MM | | | **EXACTIMPACT** |
| ☐ W / FORCE | ☐ SLASHING INSTRUMENT | | ☐ 40MM MULTI | | | CTS 4557 |
| ☐ W/O FORCE | ☐ STABBING INSTRUMENT | | ☐ HFWRS | | | XM 1006 |
| ☐ ATTEMPTED | ☐ OTHER: _____ | | **FORCE:** | | | **CHEMICAL:** |
| | | | ☐ SIDE-HANDLE BATON | | | ☐ OC |
| ☒ N/A | ☐ BODILY FLUID ☐ OTHER FLUID: | | ☒ PHYSICAL FORCE | | | ☐ CN |
| | ☐ UNKNOWN LIQUID | | ☐ X10 | | | ☐ CS |
| | ☒ N/A | | ☐ OTHER: _____ | | | ☐ N/A |

| CONTROLLED SUBSTANCE / WEIGHT | | | PROGRAM STATUS | EXCEPTIONAL ACTIVITY | | |
|---|---|---|---|---|---|---|
| ☐ POSITIVE UA | ☐ CONTROLLED MEDS | | ☐ MODIFIED PROGRAM | ☐ EMPLOYEE JOB ACTION | | ☐ WEATHER |
| ☐ WITH PACKAGING | ☐ WITHOUT PACKAGING | | ☐ LOCKDOWN | ☐ ENVIRONMENTAL HAZARD | | ☐ SEARCH WARRANT |
| | PRELIMINARY | LAB | ☐ STATE OF EMERGENCY | ☐ EXPLOSION | | ☐ ARREST |
| ☐ AMPHETAMINE | | | | ☐ FIRE | | ☐ OTHER: |
| ☐ BARBITURATES | | | IF YES, LIST AFFECTED | ☐ GANG/DISRUPTIVE GROUP | | |
| ☐ COCAINE | | | PROGRAMS: | ☐ HOSTAGE | | |
| ☐ CODEINE | | | | ☐ INMATE STRIKE | | EXTRACTION: |
| ☐ HEROIN | | | | ☐ MAJOR DISTURBANCE | | ☐ CONTROLLED |
| ☐ MARIJUANA/THC | | | | ☐ MAJOR POWER OUTAGE | | ☐ IMMEDIATE |
| ☐ METHAMPHETAMINE | | | | ☐ NATURAL DISASTER | | |
| ☐ MORPHINE | | | | ☐ PUBLIC DEMONSTRATION | | |
| ☐ OTHER: | | | ☒ N/A | ☐ SPECIAL INTEREST I/M | | ☒ N/A |
| ☒ N/A | | | | | | |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES):

On Friday, January 07, 2004, at approximately 15:55 hours in Facility "D" Program Office, Inmate JONES (K-09065, D5-115), committed an act of "Willfully Obstructing a Peace Officer" Necessitating Staff Use of Force -- Physical.

COMPLETE SYNOPSIS / SUMMARY ON PART A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| J. J. Hughes | Lt | 286976 | 49316 |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) | DATE |
|---|---|---|
| | 6702 | 01/08/05 |

| NAME OF WARDEN / AOD (PRINT/SIGN) | | TITLE | DATE |
|---|---|---|---|
| Cuman, J  F(A) | | FC(A) | 1/8/05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT
PART A1 - SUPPLEMENT**
CDC 837-A1 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __2__ OF __2__

INCIDENT LOG NUMBER
SVP-FDP-05-01-0017

| INSTITUTION SVSP | FACILITY D | DATE OF INCIDENT 01/07/05 | TIME OF INCIDENT 15:55 |
|---|---|---|---|

TYPE OF INFORMATION:
[X] SYNOPSIS/SUMMARY OF INCIDENT  [ ] SUPPLEMENTAL INFORMATION  [ ] AMENDED INFORMATION  [ ] CLOSURE REPORT

NARRATIVE:

On Friday, January 07, 2004, at approximately 15:55 hours in the Facility "D" Program Office, Sergeant T. Richardson was conducting an interview with Inmate JONES (K-09065, D5-115) (Disability Displacement Wheelchair) relative to housing. Sergeant L. Washington was present and noticed Inmate JONES wearing a ring (pierced) in his nose. Sergeant Washington then issued a direct verbal order for Inmate JONES to relinquish the ring. Inmate JONES refused to comply and stated that he wanted a receipt first. Inmate JONES then quickly utilized his right hand to reach into his right jacket pocket. Uncertain of Inmate JONES motive, Sergeant Washington grasped and maintained control of Inmate JONES left wrist. Inmate JONES then utilized his right hand to remove the ring from his left nostril and placed the ring in his mouth and swallowed it. Sergeant Washington then relinquished control of Inmate JONES left hand. Inmate JONES was then medically evaluated/examined and subsequently escorted to assigned cell without incident.

Suspect(s): Inmate JONES (K-09065, D5-115).

Victim(s): N/A.

Use of Force: Sergeant L. Washington utilized physical force.

Escort: Officer's G. Mercado and L. Patino escorted JONES from Facility "D" Program Office to JONES assigned cell (D5-115).

Video Tape: N/A.

Crime Scene/Evidence: N/A.

Medical Mental Health Evaluation(s)/Treatment: Licensed Vocational Nurse C.F. Hopkins performed a medical evaluation/examination and completed a CDC-7219 medical report on JONES, "No injuries." MHSDS: CCCMS level of care.

Conclusion: JONES will be issued a Serious RVR (CDC-115) for the violation of CCR 3005(b), specifically, "Willfully Obstructing a Peace Officer", a Division "D(6)" offense.

Notifications: This incident will be not referred to the Monterey County District Attorney's office, as it will be best handled on the Administrative level. All appropriate Administrative Staff was notified of this incident. You will be apprised of any further developments in this matter via supplemental reports.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) J. J. Hughes | TITLE Lt | ID # 286976 | BADGE # 49316 |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) 6702 | DATE 01/08/05 |
| NAME OF WARDEN / AOD (PRINT/SIGN) Cummin, J FC(A) | | TITLE FC(A) | DATE 1/8/05 |

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART B1 - INMATE
CDC 837-B1 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __1__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| Salinas Valley State Prison | Facility D | SVP-FDP-05-01-0017 |

**INMATE (ENTIRE SHEET)**

| NAME: LAST | FIRST | | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|---|
| JONES | | | | K09065 | M | BLACK | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | 229 | ☐ YES | 05 / 28 / 96 | 08 / 15 / 01 | 01 / 13 / 13 | ☐ YES | 07 / 09 / 76 | D5-115 |
| ☒ SUSPECT | | ☒ NO | | | | ☒ NO | | |
| ☐ WITNESS | | ☒ CCCMS ☐ EOP ☐ DPP ☐ DMH | | | | | | |
| | | ☐ MHCB ☐ DDP ☐ N/A | COMMITMENT OFFENSE | | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:
   NONE

PRISON GANG / DISRUPTIVE GROUP
☐ VALIDATED  ☐ ASSOCIATED  ☒ N/A

☐ N/A

☐ HOSPITALIZED  ☒ TREATED & RELEASED  ☐ REFUSED TREATMENT ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A
☐ DECEASED DATE: _____ | D5-117

| NAME: LAST | FIRST | | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES | | | | ☐ YES | | |
| ☐ SUSPECT | | ☐ NO | | | | ☐ NO | | |
| ☐ WITNESS | | ☐ CCCMS ☐ EOP ☐ DPP ☐ DMH | | | | | | |
| | | ☐ MHCB ☐ DDP ☐ N/A | COMMITMENT OFFENSE | | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP
☐ VALIDATED  ☐ ASSOCIATED  ☐ N/A

☐ N/A

☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A
☐ DECEASED DATE: _____ |

| NAME: LAST | FIRST | | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES | / / | / / | / / | ☐ YES | / / | |
| ☐ SUSPECT | | ☐ NO | | | | ☐ NO | | |
| ☐ WITNESS | | ☐ CCCMS ☐ EOP ☐ DPP ☐ DMH | | | | | | |
| | | ☐ MHCB ☐ DDP ☐ N/A | COMMITMENT OFFENSE | | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP
☐ VALIDATED  ☐ ASSOCIATED  ☐ N/A

☐ N/A

☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A
☐ DECEASED DATE: _____ |

| NAME: LAST | FIRST | | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOS | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES | / / | / / | / / | ☐ YES | / / | |
| ☐ SUSPECT | | ☐ NO | | | | ☐ NO | | |
| ☐ WITNESS | | ☐ CCCMS ☐ EOP ☐ DPP ☐ DMH | | | | | | |
| | | ☐ MHCB ☐ DDP ☐ N/A | COMMITMENT OFFENSE | | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP
☐ VALIDATED  ☐ ASSOCIATED  ☐ N/A

☐ N/A

☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A
☐ DECEASED DATE _____ |

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B2- STAFF**
CDC 837-B2 (09/03)

PAGE ___1___ OF ___2___

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SALINAS VALLEY STATE PRISON | D | SVP-FDP-05-01-0017 |

**STAFF (ENTIRE SHEET)**

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| HUGHES | ▓▓▓ | | LIEUTENANT | M | WHT | S/M |

**CHECK ONE**
- [ ] PRIMARY  [ ] CAMERA
- [ ] RESPONDER
- [x] WITNESS
- [ ] VICTIM

| BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | FACILITY D PROGRAM LT. |

DESCRIPTION OF INJURIES:
[x] N/A

| HOSPITALIZED [ ]  TREATED & RELEASED [ ] | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE [ ] YES [x] NO | PROCESSED EVIDENCE [ ] YES [x] NO |
|---|---|---|---|
| REFUSED TREATMENT [ ] | | TYPE: _____ | |
| DECEASED DATE [ ]  [x] N/A | [x] N/A | | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| WASHINGTON | L | | SERGEANT | M | BLK | S/S |

**CHECK ONE**
- [x] PRIMARY  [ ] CAMERA
- [ ] RESPONDER
- [ ] WITNESS
- [ ] VICTIM

| BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | D1&D2 SERGEANT |

DESCRIPTION OF INJURIES:
[x] N/A

| HOSPITALIZED [ ]  TREATED & RELEASED [ ] | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE [x] YES [ ] NO | PROCESSED EVIDENCE [ ] YES [x] NO |
|---|---|---|---|
| REFUSED TREATMENT [ ] | | TYPE: PHYSICAL | |
| DECEASED DATE: [ ]  [x] N/A | [x] N/A | | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| RICHARDSON | ▓▓▓ | | SERGEANT | M | BLK | S/M |

**CHECK ONE**
- [ ] PRIMARY  [ ] CAMERA
- [ ] RESPONDER
- [x] WITNESS
- [ ] VICTIM

| BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | FACILITY D PROGRAM SGT. |

DESCRIPTION OF INJURIES:
[x] N/A

| HOSPITALIZED [ ]  TREATED & RELEASED [ ] | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE [ ] YES [x] NO | PROCESSED EVIDENCE [ ] YES [x] NO |
|---|---|---|---|
| REFUSED TREATMENT [ ] | | TYPE: _____ | |
| DECEASED DATE: [ ]  [x] N/A | [x] N/A | | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| MERCADO | ▓▓▓ | | OFFICER | M | MEX | M/T |

**CHECK ONE**
- [ ] PRIMARY  [ ] CAMERA
- [x] RESPONDER
- [ ] WITNESS
- [ ] VICTIM

| BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | FACILITY D S&E #2 |

DESCRIPTION OF INJURIES:
[x] N/A

| HOSPITALIZED [ ]  TREATED & RELEASED [ ] | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE [ ] YES [x] NO | PROCESSED EVIDENCE [ ] YES [x] NO |
|---|---|---|---|
| REFUSED TREATMENT [ ] | | TYPE _____ | |
| DECEASED DATE ___ [ ]  [x] N/A | [x] N/A | | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| PATINO | ▓▓▓ | | OFFICER | F | MEX | T/W |

**CHECK ONE**
- [ ] PRIMARY  [ ] CAMERA
- [ ] RESPONDER
- [x] WITNESS
- [ ] VICTIM

| BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | FACILITY D 2 YARD |

DESCRIPTION OF INJURIES:
[x] N/A

| HOSPITALIZED [ ]  TREATED & RELEASED [ ] | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE [ ] YES [x] NO | PROCESSED EVIDENCE [ ] YES [x] NO |
|---|---|---|---|
| REFUSED TREATMENT [ ] | | TYPE: _____ | |
| DECEASED DATE: ___ [ ]  [x] N/A | [x] N/A | | |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT
PART B2- STAFF**
CDC 837-B2 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __2__ OF ____2____

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SALINAS VALLEY STATE PRISON | D | SVP-FDP-05-01-0017 |

**STAFF (ENTIRE SHEET)**

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| HOPKINS | | | LVN | F | BLK | T/W |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA RESPONDER<br>☒ WITNESS<br>☐ VICTIM | | | | FACILITY D MEDICAL |

DESCRIPTION OF INJURIES:
☒ N/A

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED<br>☐ REFUSED TREATMENT<br>☐ DECEASED DATE: _____ ☒ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY<br>☒ N/A | USED FORCE<br>☐ YES  ☒ NO<br>TYPE: _____ | PROCESSED EVIDENCE<br>☐ YES  ☒ NO |
|---|---|---|---|

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| | | | | | | |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA RESPONDER<br>☐ WITNESS<br>☐ VICTIM | | | | |

DESCRIPTION OF INJURIES:
☐ N/A

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED<br>☐ REFUSED TREATMENT<br>☐ DECEASED DATE: _____ ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY<br>☐ N/A | USED FORCE<br>☐ YES  ☐ NO<br>TYPE: PHYSICAL | PROCESSED EVIDENCE<br>☐ YES  ☐ NO |
|---|---|---|---|

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| | | | | | | |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA RESPONDER<br>☐ WITNESS<br>☐ VICTIM | | | | |

DESCRIPTION OF INJURIES:
☐ N/A

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED<br>☐ REFUSED TREATMENT<br>☐ DECEASED DATE: _____ ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY<br>☐ N/A | USED FORCE<br>☐ YES  ☐ NO<br>TYPE: _____ | PROCESSED EVIDENCE<br>☐ YES  ☐ NO |
|---|---|---|---|

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| | | | | | | |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA<br>☒ RESPONDER<br>☐ WITNESS<br>☐ VICTIM | | | | |

DESCRIPTION OF INJURIES:
☐ N/A

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED<br>☐ REFUSED TREATMENT<br>☐ DECEASED DATE: _____ ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY<br>☐ N/A | USED FORCE<br>☐ YES  ☐ NO<br>TYPE: _____ | PROCESSED EVIDENCE<br>☐ YES  ☐ NO |
|---|---|---|---|

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| | | | | | | |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA<br>☐ RESPONDER<br>☒ WITNESS<br>☐ VICTIM | | | | |

DESCRIPTION OF INJURIES:
☐ N/A

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED<br>☐ REFUSED TREATMENT<br>☐ DECEASED DATE: _____ ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY<br>☐ N/A | USED FORCE<br>☐ YES  ☐ NO<br>TYPE: _____ | PROCESSED EVIDENCE<br>☐ YES  ☐ NO |
|---|---|---|---|

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**

DEPARTMENT OF CORRECTION

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| SVSP | D yard | USE OF FORCE    INJURY    (UNUSUAL OCCURRENCE) | | PRE AD/SEG ADMISSION | 1/7/05 |

| | NAME    *LAST* | *FIRST* | CDC NUMBER | HOUSING LOC. | NEW HOUSING LOC. |
|---|---|---|---|---|---|
| **THIS SECTION FOR INMATE ONLY** | Jones | Malik | K09065 | | |

| | NAME    *LAST* | *FIRST* | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|
| **THIS SECTION FOR STAFF ONLY** | | | | | |

| | NAME    *LAST* | *FIRST* | *MIDDLE* | DOB | OCCUPATION |
|---|---|---|---|---|---|
| **THIS SECTION FOR VISITOR ONLY** | | | | | |
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) | | | | |
|---|---|---|---|---|---|---|
| D yard | 1/7/05  1905 | | | | | |
| TIME/NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL  *(circle)*  LITTER  WHEELCHAIR | AGE | RACE | SEX |
| 1900 | 1905 | | AMBULATORY  (ON SITE) | 26 | B | M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE:

*"No statement"*

| INJURIES FOUND?    YES/NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| | |
|---|---|
| O.C. SPRAY EXPOSURE? | YES (NO) |
| DECONTAMINATED? | YES (NO) |
| Self-decontamination instructions given? | YES (NO) |
| Refused decontamination? | YES (NO) |
| Q 15 min checks | |
| Staff issued exposure packet? | YES (NO) |

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| N/A | N/A |



| TIME/DISPOSITION | | REPORT COMPLETED BY/TITLE    (PRINT AND SIGN) | BADGE # | RDOs |
|---|---|---|---|---|
| 1905 | RTC | C F Hopkins    C Hopkins LVN | 23663V55 | T/N |

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

CDC 7219 (Rev. 11/02)    DISTRIBUTION    ORIGINAL - UHR    CANARY - CUSTODY    PINK - HEALTH AND SAFETY/RTW COORDINATOR

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

PAGE __1__ OF __1__

INCIDENT LOG NUMBER
SVP-FDP-05-01-0017

| NAME: LAST Washington | FIRST L. | MI | DATE OF INCIDENT 01/07/05 | TIME OF INCIDENT 15:55 |
|---|---|---|---|---|

| POST # 340376 | POSITION D1&D2 SERGEANT | YEARS OF SERVICE 14 YR. 2 MO. | DATE OF REPORT 01/07/05 | LOCATION OF INCIDENT FACILITY D PROGRAM |
|---|---|---|---|---|

| RDO's S/S | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT OBSTRUCTING A PEACE OFFICER/USE OF FORCE PHYSICAL | CCR SECTION / RULE 3005 (b) | ☐ N/A |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☒ PRIMARY | T. Richardson (S) | Jones K-25009 (S) ~ K-09065 |
| ☐ RESPONDER | | |
| ☐ WITNESS | | |
| ☐ VICTIM | | |
| ☐ CAMERA | | |

**FORCE USED BY YOU:** ☐ WEAPON  ☒ PHYSICAL  ☐ NONE

**WEAPONS USED BY YOU:** ☐ MINI-14  ☐ 9 MM  ☐ 38 CAL  ☐ SHOTGUN  ☐ 37 MM  ☐ L8  ☐ 40 MM  ☐ 40 MULTI  ☐ HFWRS  ☐ BATON

**CHEM. TYPE:** ☐ OC  ☐ CN  ☐ CS  ☐ OTHER  ☒ N/A

**FORCE OBSERVED BY YOU:** ☐ WEAPON  ☐ PHYSICAL  ☒ NONE

**SHOTS FIRED BY YOU:** TYPE/NO: 37 MM, L8, 40 MM, 40 MULTI, SHOTGUN; 9 MM, 38 CAL, MINI-14 ☒ N/A

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A  ☐ UNKNOWN  ☐ OTHER | ☐ YES ☒ NO |

**NARRATIVE:**

On January 7, 2005, at approximately 1555 hours. I gave inmate Jones K-09065, FDB5-115L, a direct order to hand over the earring he had secreted in his left nostril area. I explained to Jones that earrings are considered contraband at Salinas Valley State Prison. Jones refused this order by stating, "No", "give me a receipt first." It was explained to Jones a receipt would be forthcoming as soon as he relinquished the earring. At this time, I had my right hand out in front of Jones awaiting the placement of the earring. I gave Jones several more orders to hand over the earring with negative results. Jones suddenly with a very quick motion, utilized his right hand and reached into his right jacket pocket. Fearing for the safety of staff and myself and not sure of what Jones was reaching for, I utilized my right hand and grabbed his left wrist and my left hand to maintain control of his left hand. At the same instance, Jones removed his right hand from his jacket pocket. Jones right hand was closed obstructing my ability to see the inner portion of his right hand. Jones then placed his right hand near his mouth as if he placed something within his mouth. At this time, I released Jones left hand and wrist. Jones then reached for the earring with his right hand and placed his right hand to his mouth area and stated, "I swallowed it." Jones is aware of this report and its specific charges. There was no use of force other than physical force utilized as a result of this incident. This completes my report.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE Sergeant | BADGE # 44966 | ID # 286188 | DATE 01/07/05 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) Hughes J Lt | DATE RECEIVED 1-7-05 | APPROVED ☒YES ☐NO | CLARIFICATION NEEDED ☐YES ☒NO | DATE 1-7-05 |

Distribution: Original Incident Package    Copy Reporting Employee    Copy Reviewing Supervisor

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __1__

| INCIDENT LOG NUMBER |
|---|
| SVP-FDP-05-01-0017 |

| NAME: LAST RICHARDSON | FIRST T | MI | DATE OF INCIDENT 01/07/05 | TIME OF INCIDENT 15:55 |
|---|---|---|---|---|

| POST # 340340 | POSITION FAC D HSG SGT. | YEARS OF SERVICE 9 YR. 9 MO. | DATE OF REPORT 01/07/05 | LOCATION OF INCIDENT Facility D Program |
|---|---|---|---|---|

| RDO's S/M | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT Obstructing A Peace Officer/Use of Physical Force | CCR SECTION / RULE 3005(b) | ☐ N/A |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | (S)SGT.L.WASHINGTON | (S)JONES K-25609 |
| ☐ RESPONDER | (S)SGT.T.RICHARDSON | K-09005 |
| ☒ WITNESS | | |
| ☐ VICTIM | | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | | |
|---|---|---|---|---|---|---|

| FORCE USED BY YOU | | | | | TYPE: | NO: | | NO: |
|---|---|---|---|---|---|---|---|---|
| ☐ WEAPON | ☐ MINI-14 | CHEM. TYPE: | | | | | 9 MM | _____ |
| ☐ PHYSICAL | ☐ 9 MM | ☐ OC ____ | 37 MM | _____ | | | 38 CAL | _____ |
| ☒ NONE | ☐ 38 CAL | ☐ CN ____ | L8 | _____ | | | MINI-14 | _____ |
| | ☐ SHOTGUN | ☐ CS ____ | 40 MM | _____ | | | | |
| FORCE OBSERVED BY YOU | | ☐ OTHER: ____ | | | | | | |
| ☐ WEAPON | ☐ 37 MM  ☐ L8 | | 40 MULTI | _____ | | | ☒ N/A | |
| ☒ PHYSICAL | ☐ 40 MM  ☐ 40 MULTI  ☒ N/A | | SHOTGUN | _____ | | | | |
| ☐ NONE | ☐ HFWRS  ☐ BATON | | | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN  ☐ OTHER: ____ | ☒ NO |

NARRATIVE:

On January 07, 2005 at approximately 1555 hours while performing my duties as Facility D Housing Sergeant, I was conducting an interview with Inmate Jones ( K-25609,D5-115 ), Correctional Sergeant Washington gave Inmate Jones approximately three direct orders to remove his earring from his left nostril. Inmate Jones refused and replied he wanted a receipt first, Correctional Sergeant Washington informed Inmate Jones he will provide him with a receipt when he removes the earring. Inmate Jones made a sudden movement with his right hand into his right coat pocket, Correctional Sergeant Washington grabbed the left wrist of Inmate Jones to gain control. Inmate Jones placed his hands near his mouth and attempting to place something in it, when Sergeant Washington ordered Inmate Jones to surrender the earring, Inmate Jones said " I swallowed it ". Inmate Jones was escorted to his assigned housing without further incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE SERGEANT | BADGE # 51417 | ID # 2863352 | DATE 01/07/05 |
|---|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) Hughes S Lt | DATE RECEIVED 1-7-05 | APPROVED ☒ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☒ NO | DATE 1-7-05 |
|---|---|---|---|---|

Distribution    Original Incident Package    Copy Reporting Employee    Copy Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __1__

INCIDENT LOG NUMBER OC.76~
SVSP-FDP-05-01~~0017~~

| NAME: LAST | | FIRST | | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|---|---|
| MERCADO | | G | | M | 01/07/05 | 15:55 |

| POST # | POSITION | YEARS OF SERVICE | | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|---|
| 341456 | FAC D S&E #2 | 1 YR. | 9 MO. | 01/07/05 | FAC D Program |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| M/T | 1400-2200 | OBSTRUCTING ~~willfully resisting~~ a p/o with use of physical force | 3005 (b) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | LT. HUGHES | JONES K-09065 (S) |
| ☒ RESPONDER | SGT. L WASHINGTON | |
| ☐ WITNESS | C/O L. PATINO | |
| ☐ VICTIM | C/O G. MERCADO | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | |
|---|---|---|---|---|---|---|
| | | | | | TYPE: | NO: | NO: |

FORCE USED BY YOU
☐ WEAPON
☐ PHYSICAL
☒ NONE

FORCE OBSERVED BY YOU
☐ WEAPON
☐ PHYSICAL
☒ NONE

WEAPONS USED BY YOU
☐ MINI-14
☐ 9 MM
☐ 38 CAL
☐ SHOTGUN
☐ 37 MM   ☐ L8
☐ 40 MM   ☐ 40 MULTI   ☒ N/A
☐ HFWRS   ☐ BATON

CHEM. TYPE:
☐ OC _____
☐ CN _____
☐ CS _____
☐ OTHER: _____

SHOTS FIRED BY YOU
| | TYPE: | NO: | | NO: |
|---|---|---|---|---|
| 37 MM | _____ | _____ | 9 MM | _____ |
| L8 | _____ | _____ | 38 CAL | _____ |
| 40 MM | _____ | _____ | MINI-14 | _____ |
| 40 MULTI | _____ | _____ | ☒ N/A | |
| SHOTGUN | _____ | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY   ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: _____ | |

**NARRATIVE:**

On Friday January 7 2005, at approximately 1555 hours while performing my duties a Facility D S&E # 2  I was instructed by Sgt. L. Washington  to escort Inmate Jones to facility D5 cell 115  without any further incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| *[signature]* | C/O | 67398 | 2863049 | 1/7/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| L. Washington M. Sgt Washington | 1-7-05 | ☒ YES ☐ NO | ☐ YES ☒ NO | 1-7-05 |

Distribution:  Original- Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

PAGE __1__ OF __1__

INCIDENT LOG NUMBER
SVSP-FDP-05-01-017

| NAME: LAST | FIRST | | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|---|
| PATINO | L. | | M | 01/07/05 | 15:55 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 342492 | FAC D 2 Yard | 1 YR. 10 MO. | 01/07/05 | FAC D Program |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | N/A |
|---|---|---|---|---|
| T/W | 1400-2200 | wilffully resisting a p/o with use of physical force | 3005 (b) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | LT. HUGHES | JONES K-09065 (S) |
| ☒ RESPONDER | SGT. L WASHINGTON | |
| ☐ WITNESS | C/O L. PATINO | |
| ☐ VICTIM | C/O G. MERCADO | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | SHOTS FIRED BY YOU |
|---|---|---|
| ☐ WEAPON ☐ PHYSICAL ☒ NONE | ☐ MINI-14  CHEM. TYPE: ☐ OC ☐ 9 MM ☐ CN ☐ 38 CAL ☐ CS ☐ SHOTGUN ☐ OTHER: ☐ 37 MM ☐ L8 ☐ 40 MM ☐ 40 MULTI ☒ N/A ☐ HFWRS ☐ BATON | TYPE: NO: NO: 37 MM _ _ 9 MM _ L8 _ _ 38 CAL _ 40 MM _ _ MINI-14 _ 40 MULTI _ _ ☒ N/A SHOTGUN _ _ |
| FORCE OBSERVED BY YOU ☐ WEAPON ☐ PHYSICAL ☒ NONE | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ OTHER: | ☐ YES ☒ NO |

**NARRATIVE:**

On Friday January 7, 2005, at approximately 1555 hours while performing my duties as Facility D 2 Yard Officer I was instructed by Sgt. L. Washington to escort Inmate Jones to facility D, building 5, cell 115 without any further incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # 66674 | ID # 2862805 | DATE 1/7/05 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED 1-7-05 | APPROVED ☒YES ☐NO | CLARIFICATION NEEDED ☐YES ☒NO | DATE 1-7-05 |

Distribution: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTION

80t to Records: _____ Date: _____

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| K-09065 | JONES | | | SVSP | D5-115 | FD-05-01-( |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | | LOCATION | DATE | TIME |
|---|---|---|---|---|---|
| CCR §3005(b) | Willfully Obstructing A Peace Officer | | "D" PROGRAM | 01/07/05 | 1555 ho |

CIRCUMSTANCES

On January 7, 2005, at approximately 1555 hours, I gave Inmate JONES (K-09065, D5-115), a direct order to hand over the earring he had secreted in his left nostril area. I explained to JONES that earrings are considered contraband at Salinas Valley State Prison. JONES refused this order by stating, "NO", "give me a recipt first." It was explaine to JONES that a recipt would be forthcoming as soon as he relinquished the earring. At this time, I had my right han out in front of JONES awaiting the placement of the earring. I gave JONES several more orders to hand over the earri with negative results. JONES suddenly with a very quick motion, utilized his right hand and reached into his right jacket pocket. Fearing for the safety of staff and myself and not sure of what JONES wa reaching for, I utilized my right hand and grabbed his left wrist and my left hand to maintain control of his left hand. At the same instance, JONES removed his right hand from his jacket pocket. JONES right hand was closed obstructing my ability to see the inner part of his right hand. JONES than placed his right hand near his mouth as if he placed something within his mouth. At this time, I released JONES left hand and wrist. JONES then reached for the earring with his right hand an placed his right hand to his mouth area and stated, "I swallowed it." Jones is aware of this report and it's specifi charges. There was no use of force other than physical force utilized as a result of this incident. This completes my report. Inmate JONES is a participant in the Mental Health Delivery Services System at the CCCMS level of care.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ L. Washington, Correctional Sergeant | | D1 & D2 Sergeant | S/S |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| ▶ | 1/12/05 | DATE _____ LOC. _____ | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | D | 1-12-05 | ▶ 22 L 4 Hughes | ☐ HO ☒ SHO ☐ SC ☐ |

COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | |
|---|---|---|---|---|---|---|
| | ▶ | | | | | |
| ☒ INCIDENT REPORT LOG NUMBER | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |
| FDP-05-01-0017 | ▶ | | | ▶ | | |

HEARING

| REFERRED TO ☐ CLASSIFICATION ☐ BPT/NAEA | | | | | |
|---|---|---|---|---|---|
| ACTION BY: (TYPED NAME) | | | SIGNATURE | DATE | TIME |
| | | | ▶ | | |
| REVIEWED BY: (SIGNATURE) | | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE | |
| ▶ | | | ▶ | | |
| | | BY: (STAFF'S SIGNATURE) | | DATE | TIME |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | | ▶ | | | |

CDC 115 (7/88)

DEPARTMENT OF CORRECTIONS

FORNIA
**...NCIDENT REPORT**
**...RT A - COVER SHEET**
CDC 837-A (Rev. 09/03)

PAGE 1 OF ___2___

| INCIDENT LOG NUMBER | INCIDENT DATE | INCIDENT TIME |
|---|---|---|
| SVP-FDP-05-01-0017 | 01/07/05 | 15:55 |

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | | USE OF FORCE |
|---|---|---|---|---|---|---|
| SVSP | D | ☐ I  ☐ II  ☐ III  ☒ IV | FACILITY D | PROGRAM OFFICE | ☐ ASU ☐ SHU ☐ PSU ☐ PHU  ☐ SNY ☒ GP ☐ CTC ☐ RC  SEG. YARD: ☐ CC ☐ WA ☐ RM | ☒ YES  ☐ NO |

SPECIFIC CRIME / INCIDENT
OBSTRUCTING A PEACE OFFICER/ USE OF PHYSICAL FORCE

☒ CCR  ☐ PC  ☐ N/A
NUMBER/SUBSECTION: 3005 (B)

| D. A. REFERRAL ELIGIBLE | SERT ACTIVATED | NMT ACTIVATED | MUTUAL AID REQUEST | PIO/AA NOTIFIED |
|---|---|---|---|---|
| ☐ YES  ☒ NO | ☐ YES  ☒ NO | ☐ YES  ☒ NO | ☐ YES  ☒ NO | ☒ YES  ☐ NO |

## RELATED INFORMATION (CHECK ALL THAT APPLY)

| DEATH | CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY | |
|---|---|---|---|---|
| ☐ INMATE | ☐ ACCIDENTAL ☐ SUICIDE | ☐ ON INMATE | ☐ BEATING | ☐ SPEARING |
| ☐ STAFF | ☐ EXECUTION ☐ NATURAL | ☐ ON STAFF | ☐ GASSING | ☐ STABBING |
| ☐ VISITOR | ☐ HOMICIDE | ☐ ON VISITOR | ☐ POISONING | ☐ STRANGLING |
| ☐ OTHER: | ☐ OVERDOSE | ☐ OTHER: | ☐ SEXUAL | ☐ OTHER: |
| | ☐ UNKNOWN | | ☐ SHOOTING | |
| ☒ N/A | ☒ N/A | ☒ N/A | ☐ SLASHING | ☒ N/A |

| SERIOUS INJURY | INMATE WEAPONS | | SHOTS FIRED / TYPE WEAPON / FORCE | | | | |
|---|---|---|---|---|---|---|---|
| | CHEMICAL SUBSTANCE | TYPE: | WEAPON: | WARNING # | EFFECT # | TYPE: | NO: |
| ☐ INMATE | ☐ CHEMICAL SUBSTANCE | | | | | BATON ROUND: | |
| ☐ STAFF | ☐ CLUB / BLUDGEON | ☐ COMMERCIAL WEAPON | ☐ MINI 14 | | | WOOD | |
| ☐ VISITOR | ☐ EXPLOSIVE | | ☐ 38 CAL. | | | RUBBER | |
| ☐ OTHER: | ☐ FIREARM | ☐ INMATE MANUFACTURED WEAPON | ☐ 9MM | | | FOAM | |
| | ☐ HANDS / FEET | | ☐ SHOTGUN | | | STINGER: | |
| ☒ N/A | ☐ KNIFE | | LAUNCHER: | | | .32 (A) | |
| | ☐ SAP/SLUNG SHOT | | ☐ 37MM | | | .60 (B) | |
| | ☐ PROJECTILE | | ☐ L8 | | | EXACTIMPACT: | |
| ESCAPES | ☐ SPEAR | | ☐ 40MM | | | CTS 4557 | |
| | ☐ SLASHING INSTRUMENT | | ☐ 40MM MULTI | | | XM 1006 | |
| ☐ W / FORCE | ☐ STABBING INSTRUMENT | | ☐ HFWRS | | | CHEMICAL: | |
| ☐ W/O FORCE | ☐ OTHER: _____ | | FORCE: | | | ☐ OC | |
| ☐ ATTEMPTED | | | ☐ SIDE-HANDLE BATON | | | ☐ CN | |
| | ☐ BODILY FLUID ☐ OTHER FLUID: _____ | | ☒ PHYSICAL FORCE | | | ☐ CS | |
| ☒ N/A | ☐ UNKNOWN LIQUID | | ☐ X10 | | | | |
| | ☒ N/A | | ☐ OTHER: _____ | | | | ☐ N/A |

| CONTROLLED SUBSTANCE / WEIGHT | | PROGRAM STATUS | EXCEPTIONAL ACTIVITY | |
|---|---|---|---|---|
| ☐ POSITIVE UA | ☐ CONTROLLED MEDS | ☐ MODIFIED PROGRAM | ☐ EMPLOYEE JOB ACTION | ☐ WEATHER |
| ☐ WITH PACKAGING | ☐ WITHOUT PACKAGING | ☐ LOCKDOWN | ☐ ENVIRONMENTAL HAZARD | ☐ SEARCH WARRANT |
| | PRELIMINARY      LAB | ☐ STATE OF EMERGENCY | ☐ EXPLOSION | ☐ ARREST |
| ☐ AMPHETAMINE | _____ _____ | | ☐ FIRE | ☐ OTHER: |
| ☐ BARBITURATES | _____ _____ | IF YES, LIST AFFECTED PROGRAMS: | ☐ GANG/DISRUPTIVE GROUP | |
| ☐ COCAINE | _____ _____ | | ☐ HOSTAGE | |
| ☐ CODEINE | _____ _____ | | ☐ INMATE STRIKE | EXTRACTION: |
| ☐ HEROIN | _____ _____ | | ☐ MAJOR DISTURBANCE | ☐ CONTROLLED |
| ☐ MARIJUANA/THC | _____ _____ | | ☐ MAJOR POWER OUTAGE | ☐ IMMEDIATE |
| ☐ METHAMPHETAMINE | _____ _____ | | ☐ NATURAL DISASTER | |
| ☐ MORPHINE | _____ _____ | | ☐ PUBLIC DEMONSTRATION | |
| ☐ OTHER: | _____ _____ | ☒ N/A | ☐ SPECIAL INTEREST I/M | ☒ N/A |
| ☒ N/A | | | | |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES):
On Friday, January 07, 2004, at approximately 15:55 hours in Facility "D" Program Office, Inmate JONES (K-09065, D5-115), committed an act of "Willfully Obstructing a Peace Officer" Necessitating Staff Use of Force – Physical.

COMPLETE SYNOPSIS / SUMMARY ON PART A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| J. J. Hughes | Lt | 286976 | 49316 |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) | DATE |
|---|---|---|
| _(signature)_ | 6702 | 01/08/05 |

| NAME OF WARDEN / AOD (PRINT/SIGN) | TITLE | DATE |
|---|---|---|
| Lummin, J  F(A)  _(signature)_ | FC(A) | 1/8/05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDC 837-A1 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE ___2___ OF __2__

| INCIDENT LOG NUMBER |
| SVP-FDP-05-A1-0017 |

| INSTITUTION | FACILITY | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|
| SVSP | D | 01/07/05 | 15:55 |

TYPE OF INFORMATION:
☒ SYNOPSIS/SUMMARY OF INCIDENT   ☐ SUPPLEMENTAL INFORMATION   ☐ AMENDED INFORMATION   ☐ CLOSURE REPORT

**NARRATIVE:**

On Friday, January 07, 2004, at approximately 15:55 hours in the Facility "D" Program Office, Sergeant T. Richardson was conducting an interview with Inmate JONES (K-09065, D5-115) (Disability Displacement Wheelchair) relative to housing. Sergeant L. Washington was present and noticed Inmate JONES wearing a ring (pierced) in his nose. Sergeant Washington then issued a direct verbal order for Inmate JONES to relinquish the ring. Inmate JONES refused to comply and stated that he wanted a receipt first. Inmate JONES then quickly utilized his right hand to reach into his right jacket pocket. Uncertain of Inmate JONES motive, Sergeant Washington grasped and maintained control of Inmate JONES left wrist. Inmate JONES then utilized his right hand to remove the ring from his left nostril and placed the ring in his mouth and swallowed it. Sergeant Washington then relinquished control of Inmate JONES left hand. Inmate JONES was then medically evaluated/examined and subsequently escorted to his assigned cell without incident.

Suspect(s): Inmate JONES (K-09065, D5-115).

Victim(s): N/A.

Use of Force: Sergeant L. Washington utilized physical force.

Escort: Officer's G. Mercado and L. Patino escorted JONES from Facility "D" Program Office to JONES assigned cell (D5-115).

Video Tape: N/A.

Crime Scene/Evidence: N/A.

Medical Mental Health Evaluation(s)/Treatment: Licensed Vocational Nurse C.F. Hopkins performed a medical evaluation/examination and completed a CDC-7219 medical report on JONES, "No injuries." MHSDS: CCCMS level of care.

Conclusion: JONES will be issued a Serious RVR (CDC-115) for the violation of CCR 3005(b), specifically, "Willfully Obstructing a Peace Officer", a Division "D(6)" offense.

Notifications: This incident will be not referred to the Monterey County District Attorney's office, as it will be best handled on the Administrative level. All appropriate Administrative Staff was notified of this incident. You will be apprised of any further developments in this matter via supplemental reports.

☐ CHECK IF NARRATIVE 'S CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| J. J. Hughes | Lt | 286976 | 49316 |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) | DATE |
|---|---|---|
| | 6702 | 01/08/05 |

| NAME OF WARDEN / AOD (PRINT/SIGN) | TITLE | DATE |
|---|---|---|
| Luman, J FC(A) | FC(A) | 1/8/05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B1 - INMATE**
CDC 837-B1 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __1__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| Salinas Valley State Prison | Facility D | SVP-FDP-05-01-0017 |

| INMATE (ENTIRE SHEET) |
|---|

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| JONES | ▓▓▓ | | K09065 | M | BLACK | ▓▓▓ | ▓▓▓ |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | 229 | ☐ YES | 05 / 28 / 96 | 08 / 15 / 01 | 01 / 13 / 13 | ☐ YES | 07 / 09 / 76 | D5-115 |
| ☒ SUSPECT | | ☒ NO | | | | ☒ NO | | |
| ☐ WITNESS | ☒ CCCMS ☐ EOP ☐ DPP ☐ DMH | COMMITMENT OFFENSE ▓▓▓ | | | | COUNTY OF COMMITMENT | | |
| | ☐ MHCB ☐ DDP ☐ N/A | | | | | | | |

DESCRIPTION OF INJURIES:

NONE

PRISON GANG / DISRUPTIVE GROUP

☐ N/A                    ☐ VALIDATED  ☐ ASSOCIATED  ☒ N/A

| ☐ HOSPITALIZED | ☒ TREATED & RELEASED | ☐ REFUSED TREATMENT | NAME/LOCATION OF HOSP./TREAT. FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | ☐ N/A  ☐ N/A | D5-117 |

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES | / / | / / | / / | ☐ YES | / / | |
| ☐ SUSPECT | | ☐ NO | | | | ☐ NO | | |
| ☐ WITNESS | ☐ CCCMS ☐ EOP ☐ DPP ☐ DMH | COMMITMENT OFFENSE | | | | COUNTY OF COMMITMENT | | |
| | ☐ MHCB ☐ DDP ☐ N/A | | | | | | | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☐ N/A                    ☐ VALIDATED  ☐ ASSOCIATED  ☐ N/A

| ☐ HOSPITALIZED | ☐ TREATED & RELEASED | ☐ REFUSED TREATMENT | NAME/LOCATION OF HOSP./TREAT. FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | ☐ N/A  ☐ N/A | |

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES | / / | / / | / / | ☐ YES | / / | |
| ☐ SUSPECT | | ☐ NO | | | | ☐ NO | | |
| ☐ WITNESS | ☐ CCCMS ☐ EOP ☐ DPP ☐ DMH | COMMITMENT OFFENSE | | | | COUNTY OF COMMITMENT | | |
| | ☐ MHCB ☐ DDP ☐ N/A | | | | | | | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☐ N/A                    ☐ VALIDATED  ☐ ASSOCIATED  ☐ N/A

| ☐ HOSPITALIZED | ☐ TREATED & RELEASED | ☐ REFUSED TREATMENT | NAME/LOCATION OF HOSP./TREAT. FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | ☐ N/A  ☐ N/A | |

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES | / / | / / | / / | ☐ YES | / / | |
| ☐ SUSPECT | | ☐ NO | | | | ☐ NO | | |
| ☐ WITNESS | ☐ CCCMS ☐ EOP ☐ DPP ☐ DMH | COMMITMENT OFFENSE | | | | COUNTY OF COMMITMENT | | |
| | ☐ MHCB ☐ DDP ☐ N/A | | | | | | | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☐ N/A                    ☐ VALIDATED  ☐ ASSOCIATED  ☐ N/A

| ☐ HOSPITALIZED | ☐ TREATED & RELEASED | ☐ REFUSED TREATMENT | NAME/LOCATION OF HOSP./TREAT. FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | ☐ N/A  ☐ N/A | |

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B2- STAFF**
CDC 837-B2 (09/03)

PAGE __1__ OF __2__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SALINAS VALLEY STATE PRISON | D | SVP-FDP-05-01-0017 |

**STAFF (ENTIRE SHEET)**

---

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| HUGHES | | | LIEUTENANT | M | WHT | S/M |

| CHECK ONE | BADGE # | ID # | POST ASSIGN # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | | | | FACILITY D PROGRAM LT. |
| ☐ RESPONDER | | | | |
| ☒ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES  ☒ NO | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | TYPE: _____ | ☐ YES  ☒ NO |
| ☐ DECEASED DATE: _____  ☒ N/A | ☒ N/A | | |

---

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| WASHINGTON | L | | SERGEANT | M | BLK | S/S |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☒ PRIMARY  ☐ CAMERA | | | | D1&D2 SERGEANT |
| ☐ RESPONDER | | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☒ YES  ☐ NO | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | TYPE: PHYSICAL | ☐ YES  ☒ NO |
| ☐ DECEASED DATE: _____  ☒ N/A | ☒ N/A | | |

---

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| RICHARDSON | | | SERGEANT | M | BLK | S/M |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | | | | FACILITY D PROGRAM SGT. |
| ☐ RESPONDER | | | | |
| ☒ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES  ☒ NO | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | TYPE: _____ | ☐ YES  ☒ NO |
| ☐ DECEASED DATE: _____  ☒ N/A | ☒ N/A | | |

---

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| MERCADO | | | OFFICER | M | MEX | M/T |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | | | | FACILITY D S&E #2 |
| ☒ RESPONDER | | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES  ☒ NO | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | TYPE _____ | ☐ YES  ☒ NO |
| ☐ DECEASED DATE: _____  ☒ N/A | ☒ N/A | | |

---

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| PATINO | | | OFFICER | F | MEX | T/W |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | | | | FACILITY D 2 YARD |
| ☐ RESPONDER | | | | |
| ☒ WITNESS | DESCRIPTION OF INJURIES: | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES  ☒ NO | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | TYPE: _____ | ☐ YES  ☒ NO |
| ☐ DECEASED DATE: _____  ☒ N/A | ☒ N/A | | |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B2- STAFF**
CDC 837-B2 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __2__ OF __2__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SALINAS VALLEY STATE PRISON | D | SVP-FDP-05-01-0017 |

**STAFF (ENTIRE SHEET)**

| NAME: LAST HOPKINS | FIRST ▓ | MI | TITLE LVN | SEX F | ETHNICITY BLK | RDO'S T/W |
|---|---|---|---|---|---|---|

CHECK ONE: ☐ PRIMARY RESPONDER ☐ CAMERA ☒ WITNESS ☐ VICTIM

| BADGE # | ID # ▓ | POST ASSIGN. # | POSITION FACILITY D MEDICAL |
|---|---|---|---|

DESCRIPTION OF INJURIES: ☒ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☐ DECEASED DATE: _____ ☒ N/A

NAME/LOCATION OF HOSP./TREAT. FACILITY ☒ N/A

USED FORCE ☐ YES ☒ NO TYPE:

PROCESSED EVIDENCE ☐ YES ☒ NO

---

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |

CHECK ONE: ☐ PRIMARY RESPONDER ☐ CAMERA ☐ WITNESS ☐ VICTIM

BADGE # | ID # | POST ASSIGN. # | POSITION
DESCRIPTION OF INJURIES: ☐ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☐ DECEASED DATE: ☐ N/A
NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A
USED FORCE ☐ YES ☐ NO TYPE: PHYSICAL
PROCESSED EVIDENCE ☐ YES ☐ NO

---

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |

CHECK ONE: ☐ PRIMARY RESPONDER ☐ CAMERA ☐ WITNESS ☐ VICTIM

BADGE # | ID # | POST ASSIGN. # | POSITION
DESCRIPTION OF INJURIES: ☐ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☐ DECEASED DATE: ☐ N/A
NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A
USED FORCE ☐ YES ☐ NO TYPE:
PROCESSED EVIDENCE ☐ YES ☐ NO

---

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |

CHECK ONE: ☐ PRIMARY ☒ RESPONDER ☐ CAMERA ☐ WITNESS ☐ VICTIM

BADGE # | ID # | POST ASSIGN. # | POSITION
DESCRIPTION OF INJURIES: ☐ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☐ DECEASED DATE: ☐ N/A
NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A
USED FORCE ☐ YES ☐ NO TYPE:
PROCESSED EVIDENCE ☐ YES ☐ NO

---

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |

CHECK ONE: ☐ PRIMARY RESPONDER ☐ CAMERA ☒ WITNESS ☐ VICTIM

BADGE # | ID # | POST ASSIGN. # | POSITION
DESCRIPTION OF INJURIES: ☐ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☐ DECEASED DATE: ☐ N/A
NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A
USED FORCE ☐ YES ☐ NO TYPE:
PROCESSED EVIDENCE ☐ YES ☐ NO

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE ___1___ OF ___1___

| INCIDENT LOG NUMBER |
|---|
| SVP-FDP-05-01-0017 |

| NAME: LAST | FIRST | | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|---|
| Washington | L. | | | 01/07/05 | 15:55 |

| POST # | POSITION | YEARS OF SERVICE | | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|---|
| 340376 | D1&D2 SERGEANT | 14 YR. | 2 MO. | 01/07/05 | FACILITY D PROGRAM |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|---|
| S/S | 1400-2200 | OBSTRUCTING A PEACE OFFICER/USE OF FORCE PHYSICAL | | 3005 (b) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☒ PRIMARY | T. Richardson (S) | Jones K-25609 (S) su |
| ☐ RESPONDER | | K-09005 |
| ☐ WITNESS | | |
| ☐ VICTIM | | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | | |
|---|---|---|---|---|---|---|
| | | | | TYPE: | NO: | NO: |
| ☐ WEAPON | ☐ MINI-14 | CHEM. TYPE: | | | | |
| ☒ PHYSICAL | ☐ 9 MM | ☐ OC | 37 MM | | | 9 MM |
| ☐ NONE | ☐ 38 CAL | ☐ CN | LB | | | 38 CAL |
| FORCE OBSERVED BY YOU | ☐ SHOTGUN | ☐ CS | 40 MM | | | MINI-14 |
| ☐ WEAPON | ☐ 37 MM  ☐ LB | ☐ OTHER: | | | | |
| ☐ PHYSICAL | ☐ 40 MM  ☐ 40 MULTI | ☒ N/A | 40 MULTI | | | ☒ N/A |
| ☒ NONE | ☐ HFWRS  ☐ BATON | | SHOTGUN | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY    ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: | |

**NARRATIVE:**

On January 7, 2005, at approximately 1555 hours, I gave Inmate Jones K-09065, FDB5-115L, a direct order to hand over the earring he had secreted in his left nostril area. I explained to Jones that earrings are considered contraband at Salinas Valley State Prison, Jones refused this order by stating, "No", "give me a receipt first." It was explained to Jones a receipt would be forthcoming as soon as he relinquished the earring. At this time, I had my right hand out in front of Jones awaiting the placement of the earring. I gave Jones several more orders to hand over the earring with negative results. Jones suddenly with a very quick motion, utilized his right hand and reached into his right jacket pocket. Fearing for the safety of staff and myself and not sure of what Jones was reaching for, I utilized my right hand and grabbed his left wrist and my left hand to maintain control of his left hand. At the same instance, Jones removed his right hand from his jacket pocket. Jones right hand was closed obstructing my ability to see the inner portion of his right hand. Jones then placed his right hand near his mouth as if he placed something within his mouth. At this time, I released Jones left hand and wrist. Jones then reached for the earring with his right hand and placed his right hand to his mouth area and stated, "I swallowed it." Jones is aware of this report and its specific charges. There was no use of force other than physical force utilized as a result of this incident. This completes my report.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| X. Washdfn M. | Sergeant | 44966 | 286188 | 01/07/05 |
| NAME AND TITLE OF REVIEWER (PRINT , SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
| Hughes J. Lt ~~~ | 1-7-05 | ☒YES ☐NO | ☐ YES ☒NO | 1-7-05 |

Distribution:  Original Incident Package   Copy Reporting Employee   Copy Reviewing Supervisor

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __1__

INCIDENT LOG NUMBER
SVP-FDP-05-01-0017

NAME: LAST RICHARDSON
FIRST T
MI

DATE OF INCIDENT 01/07/05
TIME OF INCIDENT 15:55

POST # 340340
POSITION FAC D HSG SGT.
YEARS OF SERVICE 9 YR 9 MO.
DATE OF REPORT 01/07/05
LOCATION OF INCIDENT

RDO's S/M
DUTY HOURS 1400-2200
DESCRIPTION OF CRIME / INCIDENT Obstructing A Peace Officer/Use of Physical Force
Facility D Program

CCR SECTION / RULE 3005(b)  ☐ N/A

## YOUR ROLE
☐ PRIMARY
☐ RESPONDER
☒ WITNESS
☐ VICTIM
☐ CAMERA

WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)
(S)SGT.L.WASHINGTON
(S)SGT.T.RICHARDSON

INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS)
(S)JONES K-25609
K-09005

## FORCE USED BY YOU
☐ WEAPON
☐ PHYSICAL
☒ NONE

## FORCE OBSERVED BY YOU
☐ WEAPON
☒ PHYSICAL
☐ NONE

WEAPONS USED BY YOU
☐ MINI-14
☐ 9 MM
☐ 38 CAL
☐ SHOTGUN
☐ 37 MM
☐ 40 MM
☐ HFWRS
☐ L8
☐ 40 MULTI
☐ BATON

CHEM. TYPE:
☐ OC
☐ CN
☐ CS
☐ OTHER:
☒ N/A

SHOTS FIRED BY YOU
TYPE: NO: NO:
37 MM
L8
40 MM
40 MULTI
SHOTGUN
9 MM
38 CAL
MINI-14
☒ N/A

## EVIDENCE COLLECTED BY YOU
☐ YES
☒ NO
EVIDENCE DESCRIPTION ☒ N/A

EVIDENCE DISPOSITION ☒ N/A

BIO HAZARD
☐ YES
☒ NO

PPE
☐ YES
☒ NO

REPORTING STAFF INJURED
☐ YES
☒ NO

DESCRIPTION OF INJURY ☒ N/A

LOCATION TREATED (HOSPITAL / CLINIC) ☒ N/A

FLUID EXPOSURE
☐ BODILY
☐ UNKNOWN
☐ OTHER:
☒ N/A

SCIF 3301 / 3067 COMPLETED
☐ YES
☒ NO

## NARRATIVE:

On January 07, 2005 at approximately 1555 hours while performing my duties as Facility D Housing Sergeant, I was conducting an interview with Inmate Jones ( K-25609,D5-115 ). Correctional Sergeant Washington gave Inmate Jones approximately three direct orders to remove his earring from his left nostril. Inmate Jones refused and replied he wanted a receipt first. Correctional Sergeant Washington informed Inmate Jones he will provide him with a receipt when he removes the earring. Inmate Jones made a sudden movement with his right hand into his right coat pocket, Correctional Sergeant Washington grabbed the left wrist of Inmate Jones to gain control. Inmate Jones placed his hands near his mouth and attempting to place something in it, when Sergeant Washington ordered Inmate Jones to surrender the earring, Inmate Jones said " I swallowed it ". Inmate Jones was escorted to his assigned housing without further incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

SIGNATURE OF REPORTING STAFF
TITLE SERGEANT
BADGE # 51417
ID # 2863352
DATE 01/07/05

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) Hughes J Lt
DATE RECEIVED 1-7-05
APPROVED ☒YES ☐NO
CLARIFICATION NEEDED ☐ YES ☒NO
DATE 1-7-05

Distribution   Original  Incident Package   Copy Reporting Employee   Copy Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __1__

INCIDENT LOG NUMBER  oc.16 ~
SVSP-FDP-05-01~~0017~~

| NAME: LAST  MERCADO | FIRST  G | MI  M | DATE OF INCIDENT  01/07/05 | TIME OF INCIDENT  15:55 |
|---|---|---|---|---|

| POST #  341456 | POSITION  FAC D S&E #2 | YEARS OF SERVICE  1  YR.  9  MO. | DATE OF REPORT  01/07/05 | LOCATION OF INCIDENT  FAC D Program |
|---|---|---|---|---|

| RDO's  M/T | DUTY HOURS  1400-2200 | DESCRIPTION OF CRIME / INCIDENT  *OBSTRUCTING* ~~willfully resisting~~ a p/o with use of physical force | CCR SECTION / RULE  3005 (b)  ☐ N/A |
|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | S. LT. HUGHES | JONES K-09065 (S) |
| ☒ RESPONDER | S. SGT. L WASHINGTON | |
| ☐ WITNESS | S. C/O L. PATINO | |
| ☐ VICTIM | S. C/O G. MERCADO | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | | |
|---|---|---|---|---|---|---|
| ☐ WEAPON | ☐ MINI-14 | CHEM. TYPE: | | TYPE: | NO: | NO: |
| ☐ PHYSICAL | ☐ 9 MM | ☐ OC _____ | 37 MM | _____ | _____ | 9 MM _____ |
| ☒ NONE | ☐ 38 CAL | ☐ CN _____ | L8 | _____ | _____ | 38 CAL _____ |
| **FORCE OBSERVED BY YOU** | ☐ SHOTGUN | ☐ CS _____ | 40 MM | _____ | _____ | MINI-14 _____ |
| ☐ WEAPON | ☐ 37 MM  ☐ L8 | ☐ OTHER:_____ | 40 MULTI | _____ | _____ | ☒ N/A |
| ☐ PHYSICAL | ☐ 40 MM  ☐ 40 MULTI | ☒ N/A | | | | |
| ☒ NONE | ☐ HFWRS  ☐ BATON | | SHOTGUN | _____ | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES  ☒ NO | ☒ N/A | ☒ N/A | ☐ YES  ☒ NO | ☐ YES  ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES  ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY  ☒ N/A  ☐ UNKNOWN  ☐ OTHER: | ☐ YES  ☒ NO |

**NARRATIVE:**

On Friday January 7 2005, at approximately 1555 hours while performing my duties a Facility D S&E # 2 I was instructed by Sgt. L. Washington to escort Inmate Jones to facility D5 cell 115 without any further incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE  C/O | BADGE #  67398 | ID #  2863049 | DATE  1/7/05 |
|---|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE)  L. Washington  M. Sgt Washington | DATE RECEIVED  1-7-05 | APPROVED  ☐YES  ☐NO | CLARIFICATION NEEDED  ☐ YES  ☐ NO | DATE  1-7-05 |
|---|---|---|---|---|

Distribution:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __1__ OF __1__

INCIDENT LOG NUMBER
SVSP-FDP-05-01-017

| NAME: LAST | | FIRST | | | M! M | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|---|---|---|
| PATINO | | L. | | | | 01/07/05 | 15:55 |

| POST # | POSITION | YEARS OF SERVICE | | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|---|
| 342492 | FAC D 2 Yard | 1 YR. 10 MO. | | 01/07/05 | FAC D Program |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | N/A |
|---|---|---|---|---|
| T/W | 1400-2200 | wilffully resisting a p/o with use of physical force | 3005 (b) | ☐ |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | S) LT. HUGHES | JONES K-09065 (S) |
| ☒ RESPONDER | S) SGT. L WASHINGTON | |
| ☐ WITNESS | S) C/O L. PATINO | |
| ☐ VICTIM | S) C/O G. MERCADO | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | | SHOTS FIRED BY YOU | | | |
|---|---|---|---|---|---|---|---|
| ☐ WEAPON | ☐ MINI-14 | CHEM. TYPE: | | | TYPE: | NO: | NO: |
| ☐ PHYSICAL | ☐ 9 MM | ☐ OC ____ | | 37 MM ____ | | 9 MM ____ | |
| ☒ NONE | ☐ 38 CAL | ☐ CN ____ | | L8 ____ | | 38 CAL ____ | |
| **FORCE OBSERVED BY YOU** | ☐ SHOTGUN | ☐ CS ____ | | 40 MM ____ | | MINI-14 ____ | |
| ☐ WEAPON | ☐ 37 MM ☐ L8 | ☐ OTHER: ____ | | 40 MULT! ____ | | ☒ N/A | |
| ☐ PHYSICAL | ☐ 40 MM ☐ 40 MULTI ☒ N/A | | | SHOTGUN ____ | | | |
| ☒ NONE | ☐ HFWRS ☐ BATON | | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY   ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: | |

**NARRATIVE:**

On Friday January 7, 2005, at approximately 1555 hours while performing my duties as Facility D 2 Yard Officer I was instructed by Sgt. L. Washington to escort inmate Jones to facility D, building 5, cell 115 without any further incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/O | 66674 | 2862805 | 1/7/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| L. Washington M. Sgt. Westlinski | 1-7-05 | ☒ YES ☐ NO | ☐ YES ☒ NO | 1-7-05 |

Distribution:   Original Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTION

## MEDICAL REPORT OF INJURY
## OR UNUSUAL OCCURRENCE

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| SVSP | D yard | USE OF FORCE    INJURY    (UNUSUAL OCCURRENCE) | | PRE AD/SEG ADMISSION | 1/7/05 |

| | NAME    *LAST* | *FIRST* | CDC NUMBER | HOUSING LOC. | NEW HOUSING LOC. |
|---|---|---|---|---|---|
| **THIS SECTION FOR INMATE ONLY** | Jones | Malik | K09065 | | |
| **THIS SECTION FOR STAFF ONLY** | NAME    *LAST*    FIRST | | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| **THIS SECTION FOR VISITOR ONLY** | NAME    *LAST*    FIRST    *MIDDLE* | | | DOB | OCCUPATION |
| | HOME ADDRESS    CITY    STATE    ZIP    HOME PHONE | | | | |

| PLACE OF OCCURRENCE: | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) | | | | |
|---|---|---|---|---|---|---|
| D yard | 1/7/05  1905 | | | | | |
| TIME NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL *(circle)* | AGE | RACE | SEX |
| 1900 | 1905 | | AMBULATORY    LITTER    WHEELCHAIR    (ON SITE) | 26 | B | M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE:

"No statement"

| INJURIES FOUND?    YES (NO) | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| | | |
|---|---|---|
| O.C. SPRAY EXPOSURE? | YES | (NO) |
| DECONTAMINATED? | YES | (NO) |
| Self-decontamination instructions given? | YES | (NO) |
| Refused decontamination? | YES | (NO) |
| Q 15 min checks | | |
| Staff issued exposure packet? | YES | (NO) |



| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| N/A | N/A |

| TIME/DISPOSITION | | REPORT COMPLETED BY/TITLE    *(PRINT AND SIGN)* | BADGE # | RDOs |
|---|---|---|---|---|
| 1905 | RTC | C F Hopkins    C/Hopkins LVN | 28603 | T/N |

*(Medical data is to be included in progress note or emergency care record filed in CHR)*

60% to Records:_____ Date:_____

STATE OF CALIFORNIA

## RULES VIOLATION REPORT

DEPARTMENT OF CORRECTIC

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| K-09065 | JONES | | | SVSP | D5-115 | FD-05-01-( |
| VIOLATED RULE NO(S). | SPECIFIC ACTS | | | LOCATION | DATE | TIME |
| CCR §3005(b) | Willfully Obstructing A Peace Officer | | | "D" PROGRAM | 01/07/05 | 1555 hou |
| CIRCUMSTANCES | | | | | | |

On January 7, 2005, at approximately 1555 hours, I gave Inmate JONES (K-09065, D5-115), a direct order to hand over the earring he had secrected in his left nostril area. I explained to JONES that earrings are considered contraband at Salinas Valley State Prison, JONES refused this order by stating, "NO", "give me a reciept first." It was explained to JONES that a reciept would be forthcoming as soon as he relinquished the earring. At this time, I had my right hand out in front of JONES awaiting the placement of the earring. I gave JONES several more orders to hand over the earring with negative results. JONES suddenly with a very quick motion, utilized his right hand and reached into his right jacket pocket. Fearing for the safety of staff and myself and not sure of what JONES was reaching for, I utilized my right hand and grabbed his left wrist and my left hand to maintain control of his left hand. At the same instance, JONES removed his right hand from his jacket pocket. JONES right hand was closed obstructing my ability to see the inner part of his right hand. JONES than placed his right hand near his mouth as if he placed something within his mouth. At this time, I released JONES left hand and wrist. JONES then reached for the earring with his right hand and placed his right hand to his mouth area and stated, "I swallowed it." Jones is aware of this report and it's specific charges. There was no use of force other than physical force utilized as a result of this incident. This completes my report. Inmate JONES is a participant in the Mental Health Delivery Services System at the CCCMS level of care.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ L. Washington, Correctional Sergeant | | D1 & D2 Sergeant | S/S |
| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
| ▶ | 1/12/05 | DATE _____ LOC. _____ | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE | D | 1-12-05 | ▶ ___ L Hughes | ☐ HO  ☒ SHO  ☐ SC  ☐ |
| ☒ SERIOUS | | | | |

COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | | |
|---|---|---|---|---|---|---|---|
| | ▶ | | | | | | |
| ☒ INCIDENT REPORT LOG NUMBER SVSP- | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | | DATE | TIME |
| FDP-05-01-0017 | ▶ | | | ▶ | | | |
| HEARING | | | | | | | |

REFERRED TO  ☐ CLASSIFICATION  ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | | SIGNATURE | | DATE | TIME |
|---|---|---|---|---|---|
| | | ▶ | | | |
| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | | DATE | |
| ▶ | | ▶ | | | |
| | | BY: (STAFF'S SIGNATURE) | | DATE | TIME |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | | ▶ | | | |

CDC 115 (7/88)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CRIME / INCIDENT REPORT
PART A1 - SUPPLEMENT
CDC 837-A1 (09/03)

| | | |
|---|---|---|
| PAGE 2 OF 2 | | INCIDENT LOG NUMBER
SVP-FDP-05-01-0017 |

| INSTITUTION
SVSP | FACILITY
D | DATE OF INCIDENT
01/07/05 | TIME OF INCIDENT
15:55 |
|---|---|---|---|

TYPE OF INFORMATION:

[X] SYNOPSIS/SUMMARY OF INCIDENT    [ ] SUPPLEMENTAL INFORMATION    [ ] AMENDED INFORMATION    [ ] CLOSURE REPORT

**NARRATIVE:**

On Friday, January 07, 2004, at approximately 15:55 hours in the Facility "D" Program Office, Sergeant T. Richardson was conducting an interview with Inmate JONES (K-09065, D5-115) (Disability Displacement Wheelchair) relative to housing. Sergeant L. Washington was present and noticed Inmate JONES wearing a ring (pierced) in his nose. Sergeant Washington then issued a direct verbal order for Inmate JONES to relinquish the ring. Inmate JONES refused to comply and stated that he wanted a receipt first. Inmate JONES then quickly utilized his right hand to reach into his right jacket pocket. Uncertain of Inmate JONES motive, Sergeant Washington grasped and maintained control of Inmate JONES left wrist. Inmate JONES then utilized his right hand to remove the ring from his left nostril and placed the ring in his mouth and swallowed it. Sergeant Washington then relinquished control of Inmate JONES left hand. Inmate JONES was then medically evaluated/examined and subsequently escorted to his assigned cell without incident.

Suspect(s): Inmate JONES (K-09065, D5-115).

Victim(s): N/A.

Use of Force: Sergeant L. Washington utilized physical force.

Escort: Officer's G. Mercado and L. Patino escorted JONES from Facility "D" Program Office to JONES assigned cell (D5-115).

Video Tape: N/A.

Crime Scene/Evidence: N/A.

Medical Mental Health Evaluation(s)/Treatment: Licensed Vocational Nurse C.F. Hopkins performed a medical evaluation/examination and completed a CDC-7219 medical report on JONES, "No injuries." MHSDS: CCCMS level of care.

Conclusion: JONES will be issued a Serious RVR (CDC-115) for the violation of CCR 3005(b), specifically, "Willfully Obstructing a Peace Officer", a Division "D(6)" offense.

Notifications: This incident will be not referred to the Monterey County District Attorney's office, as it will be best handled on the Administrative level. All appropriate Administrative Staff was notified of this incident. You will be apprised of any further developments in this matter via supplemental reports.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE)
J. J. Hughes | TITLE
Lt | ID #
286976 | BADGE #
49316 |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF
_Lt_ | | PHONE EXT. (INCIDENT SITE)
6702 | DATE
01/08/05 |
| NAME OF WARDEN / AOD (PRINT/SIGN)
Luman, J FC(A) | | TITLE
FC(A) | DATE
1/8/05 |

FORNIA
..NCIDENT REPORT
..RT A - COVER SHEET                                    DEPARTMENT OF CORRECTIONS
CDC 837-A (Rev. 09/03)

| | PAGE 1 OF 2 | INCIDENT LOG NUMBER SVP-FDP-05-01-0017 | INCIDENT DATE 01/07/05 | INCIDENT TIME 15:55 |

| INSTITUTION SVSP | FACILITY | FACILITY LEVEL ☐ I ☐ II ☐ III ☒ IV | INCIDENT SITE FACILITY D | LOCATION PROGRAM OFFICE | ☐ ASU ☐ SHU ☐ PSU ☐ PHU ☐ SNY ☒ GP ☐ CTC ☐ RC SEG. YARD: ☐ CC ☐ WA ☐ RM | USE OF FORCE ☒ YES ☐ NO |

SPECIFIC CRIME / INCIDENT
OBSTRUCTING A PEACE OFFICER/ USE OF PHYSICAL FORCE
☒ CCR ☐ PC ☐ N/A   NUMBER/SUBSECTION: 3005 (B)

| D. A. REFERRAL ELIGIBLE ☐ YES ☒ NO | SERT ACTIVATED ☐ YES ☐ NO | NMT ACTIVATED ☐ YES ☒ NO | MUTUAL AID REQUEST ☐ YES ☒ NO | PIO/AA NOTIFIED ☒ YES ☐ NO |

## RELATED INFORMATION (CHECK ALL THAT APPLY)

| DEATH | CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY |
|---|---|---|---|
| ☐ INMATE | ☐ ACCIDENTAL ☐ SUICIDE | ☐ ON INMATE | ☐ BEATING ☐ SPEARING |
| ☐ STAFF | ☐ EXECUTION ☐ NATURAL | ☐ ON STAFF | ☐ GASSING ☐ STABBING |
| ☐ VISITOR | ☐ HOMICIDE | ☐ ON VISITOR | ☐ POISONING ☐ STRANGLING |
| ☐ OTHER: | ☐ OVERDOSE | ☐ OTHER: | ☐ SEXUAL ☐ OTHER |
| | ☐ UNKNOWN | | ☐ SHOOTING |
| ☒ N/A | ☒ N/A | ☒ N/A | ☐ SLASHING ☒ N/A |

| SERIOUS INJURY | INMATE WEAPONS | | SHOTS FIRED / TYPE WEAPON / FORCE |
|---|---|---|---|
| ☐ INMATE | ☐ CHEMICAL SUBSTANCE | TYPE: | WEAPON: WARNING # EFFECT # TYPE: NO: |
| ☐ STAFF | ☐ CLUB / BLUDGEON | ☐ COMMERCIAL WEAPON | ☐ MINI 14 BATON ROUND: |
| ☐ VISITOR | ☐ EXPLOSIVE | | ☐ 38 CAL. WOOD |
| ☐ OTHER: | ☐ FIREARM | ☐ INMATE MANUFACTURED | ☐ 9MM RUBBER |
| | ☐ HANDS / FEET | WEAPON | ☐ SHOTGUN FOAM |
| ☒ N/A | ☐ KNIFE | | LAUNCHER: STINGER: |
| | ☐ SAP/SLUNG SHOT | | ☐ 37MM .32 (A) |
| | ☐ PROJECTILE | | ☐ L8 .60 (B) |
| ESCAPES | ☐ SPEAR | | ☐ 40MM EXACTIMPACT |
| | ☐ SLASHING INSTRUMENT | | ☐ 40MM MULTI CTS 4557 |
| ☐ W / FORCE | ☐ STABBING INSTRUMENT | | ☐ HFWRS XM 1006 |
| ☐ W/O FORCE | ☐ OTHER: | | FORCE: CHEMICAL: |
| ☐ ATTEMPTED | | | ☐ SIDE-HANDLE BATON ☐ OC |
| | ☐ BODILY FLUID ☐ OTHER FLUID: | | ☒ PHYSICAL FORCE ☐ CN |
| ☒ N/A | ☐ UNKNOWN LIQUID | | ☐ X10 ☐ CS |
| | ☒ N/A | | ☐ OTHER: ☐ N/A |

| CONTROLLED SUBSTANCE / WEIGHT | PROGRAM STATUS | EXCEPTIONAL ACTIVITY |
|---|---|---|
| ☐ POSITIVE UA ☐ CONTROLLED MEDS | ☐ MODIFIED PROGRAM | ☐ EMPLOYEE JOB ACTION ☐ WEATHER |
| ☐ WITH PACKAGING ☐ WITHOUT PACKAGING | ☐ LOCKDOWN | ☐ ENVIRONMENTAL HAZARD ☐ SEARCH WARRANT |
| PRELIMINARY LAB | ☐ STATE OF EMERGENCY | ☐ EXPLOSION ☐ ARREST |
| ☐ AMPHETAMINE | | ☐ FIRE ☐ OTHER: |
| ☐ BARBITURATES | IF YES, LIST AFFECTED | ☐ GANG/DISRUPTIVE GROUP |
| ☐ COCAINE | PROGRAMS: | ☐ HOSTAGE |
| ☐ CODEINE | | ☐ INMATE STRIKE EXTRACTION: |
| ☐ HEROIN | | ☐ MAJOR DISTURBANCE ☐ CONTROLLED |
| ☐ MARIJUANA/THC | | ☐ MAJOR POWER OUTAGE ☐ IMMEDIATE |
| ☐ METHAMPHETAMINE | | ☐ NATURAL DISASTER |
| ☐ MORPHINE | | ☐ PUBLIC DEMONSTRATION |
| ☐ OTHER: | ☒ N/A | ☐ SPECIAL INTEREST I/M ☒ N/A |
| ☒ N/A | | |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES):
On Friday, January 07, 2004, at approximately 15:55 hours in Facility "D" Program Office, Inmate JONES (K-09065. D5-115), committed an act of "Willfully Obstructing a Peace Officer" Necessitating Staff Use of Force – Physical.

COMPLETE SYNOPSIS / SUMMARY ON PART A1

| NAME OF REPORTING STAFF (PRINT/TYPE) J. J. Hughes | TITLE Lt | ID # 286976 | BADGE # 49316 |
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) 6702 | DATE 01/08/05 |
| NAME OF WARDEN / AOD (PRINT/SIGN) Cumon J  F(A) | | TITLE FC(A) | DATE 1/8/05 |

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION

ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF THE OMBUDSMAN**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



August 30, 2006

Malik Jones, CDC K09065
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dear Mr. Jones,

This is in response to your letter dated August 1, 2006, alleging you were forced to transfer to High Desert State Prison (HDSP), Officer Bailey mistreated you, you have not received x-rays that were ordered, and your property is missing. You wrote that you used the appeal process without results.

California Code of Regulations (CCR), Title 15, Article 8, Section 3084.1 (a) affords you the right to appeal any departmental decision, action, condition or policy that you can demonstrate as having an adverse effect upon you welfare. CCR, Section 3084.2 explains you are to use a CDC Form 602 (rev. 12-87), Inmate/Parolee Appeal Form, to describe the problem, action requested, and forward it to the appeals coordinator. Appeal time limits, which are in working days, are indicated in CCR, Section 3084.6 and begin when the appeals office receives the document. There are four levels of appeals as indicated in CCR Section 3084.5 Levels of Appeal Review and Disposition.

I spoke with the appeals staff at High Desert State Prison. Your appeal related to your transfer was denied on June 27, 2006. If you were not satisfied with you should have appealed to the next level. Your appeal related to x-ray was assigned on August 28, 2006. The property appeal was screened out August 11, 2006 to time constraints. The appeal regarding a staff issue has been received and is being reviewed.

Based to the information provided to this office, it appears that you have not exhausted all of your appeal remedies. This letter does not extend your window to appeal the matters described in your letter. This letter is not meant to prohibit or discourage you form taking any other action you feel appropriate on this matter.

Sincerely,

*Ralyn Conner*

RALYN CONNER
Ombudsman

cc:    file

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 7/7/06 | | | *(handwritten)* Roxicet tab ĪĪ now + tab ĪĪ in 6 hours — Methocarbamol 750mg PO BID — *(signature)* Bowmar |
| | | | *(handwritten)* noted 1004 7/7/6 |

ALLERGIES:

INSTITUTION  SVSP

ROOM/WING

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Jones
K 09065

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA    OSP 00 35617    DEPARTMENT OF CORRECTIONS