DEAR COURT Judge, And clerk,      C 07 4277 CW (PR)

prison officials lost or destroyed civil suit And 602 on what happen The Day of 7-7-06 when I was Assaulted And forced To High Desert State prison (HDSP) Under FAlse pretence. Well prison officials NeVeR found or gave legal mail And property back To me. Well Do To The on going continual retaliation And harrassment, I am constantly subjected To by prison officials. I sent copies To my family of All Documents I had on This issue/incident. And finally I got familly To send Them To me so now I am submitting civil complaint. Also "SEE" Attached 602 wherein plaintiff Attempted To, get 602 filed And To stasnate And staffle plaintiff's Litigation, Knowin plaintiff is/was @ speaking The Truth Plaintiff 602 was Treated with deliberate indifference. First claime was Time constraints not met, Also First level response was missing "TORE" off of 602 when I received it, "SEE Attached 602 plaintiff wrote on This issue. And plaintiff still havent been given These Documents of First level response. Then Second 602 plaintiff wrote on incident/Assault on him of 7-7-06 was sent back stating its a duplicate. SEE Attached 602 stated "Duplicate" Also Attached is a 602 plaintiff Didnt receive. back (like The Emergency 602 plaintiff wrote on not being Transfered To (HDSP) Due To it will put my safety And security in sevre severe Danger, And its An Adverse Transfer) Until After He (plaintiff) was Assaulted And Transfered To (HDSP) "Forcefully". This Also shows That this Assault And forced Transfer To (HDSP) was retaliation For plaintiff exercise-ing his First First Amendment right "SEE Attache 602 Dated 6-30-06 with SCREEN FORM Dated 7-17-06 with The 26 signatures, proven plaintiff was At (SVSP) in D-7-117 General population (G.P) And There was no reason For Defendants To Assault plaintiff And force plaintiff To (HDSP) "Except for retaliatoreol reasons And purposes" Also First claim was "No significant Adverse effect Demonstrated? Then "Time constraint not met" which was obviously Done to stiffle And stasnat 602.

P.S Apologies To court prison officials/officers wouldnt Allow me To get Documents Staple d Together

MALik Jones K-09065
DATE 8-9-07