IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
07 SEP 12 PM 2:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____  )
           Plaintiff,   )   CASE NO. C07-4277 CW
                        )
     v.                 )   PRISONER'S
                        )   IN FORMA PAUPERIS
                        )   APPLICATION
                        )
           Defendant.   )
_____  )

COPIED AT STATE EXPENSE
COPIER #00426

I, _____, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes \_\_\_\_\_   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____ N/A _____

rev. 11/97

2

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  "by PASS"  N/A

2. First formal level  "by PASS"  N/A

3. Second formal level  N/A

4. Third formal level  N/A

E. Is the last level to which you appealed the highest level of appeal available to you? YES ( )  NO ( )  N/A

F. If you did not present your claim for review through the grievance procedure, explain why. Sent To warden To have it properly filed havent got Answer

II. Parties

Write your name and your present address. Do the same for additional plaintiffs, if any.

A. Malik Jones K-09065 cell C-5-107, High Desert state prison, P.O. Box 3030, Susanville, CA 96127

Write the full name of each defendant, his or her official position, and his or her place of employment.

B. L. Washington sergeant of Transportation, D. Lang officer of transportation, E. Contrazs officer of Transportation, office Jane Doe of transportation, counselor Martines and M. Evans Warden of Salinas valley state prison. et al

COPIED AT STATE EXPENSE
COPIER #00426

2

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes ____ No ✓

    b. Income from stocks, bonds, or royalties?     Yes ____ No ✓

    c. Rent payments?     Yes ____ No ✓

    d. Pensions, annuities, or life insurance payments?     Yes ____ No ✓

    e. Federal or State welfare payments, Social Security or other government source?     Yes ____ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

_____

3. Are you married?     Yes ____ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $ _____ Net $ _____

4. a. List amount you contribute to your spouse's support:

$ _____

   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5. Do you own or are you buying a home?     Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?     Yes ____ No ____

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ _____

rev. 11/97

COPIED AT STATE EXPENSE
COPIER #00426

3

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____  No \_\_✓\_\_

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes \_\_\_\_\_ No \_\_\_\_\_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes \_\_\_\_\_ No \_\_\_\_\_

_____

8. What are your monthly expenses? N/A

Rent: $ _____  Utilities: _____

Food: $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

_____ none N/A _____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____       _____
    DATE                              SIGNATURE OF APPLICANT

rev. 11/97

COPIED AT STATE EXPENSE
COPIER #00426

4

Case Number:_____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____MAlik Jones_____ [prisoner name] for the last six months at

_____High Desert state prison_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $__20.83__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__21.07__.

Dated: 9/4/07

[signature]

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

5

```
                CALIFORNIA DEPARTMENT OF CORRECTIONS
                     HIGH DESERT STATE PRISON
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: MAR. 01, 2007 THRU SEP. 04, 2007

ACCOUNT NUMBER : K09065              BED/CELL NUMBER: FDB5T100000010%L
ACCOUNT NAME   : JONES, MALIK          ACCOUNT TYPE: I
PRIVILEGE GROUP: C
                         TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE DESCRIPTION  COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS   BALANCE
----- ---- ----------- ---------- ---------- --------- ------------ ----------

03/01/2007  BEGINNING BALANCE                                          1.39

03/01 W512 LEGAL POSTAGE 2929 01/29                       0.87         0.52
03/12 D300 CASH DEPOSIT  3073 4785            100.00                 100.52
03/15 FR01 CANTEEN RETUR 603150                          34.47-      134.99
03/15 W214 FEDERAL FILIN 3157 FFF                        20.00       114.99
03/15 FC01 DRAW-FAC 1    3165SEG2ND                      45.00        69.99
03/19 W512 LEGAL POSTAGE 3198 03/15                       0.39        69.60
03/22 W516 LEGAL COPY CH 3264 02/21                       2.00        67.60
04/10 W512 LEGAL POSTAGE 3503 04/04                       0.39        67.21
04/12 FR01 CANTEEN RETUR 603525                          45.00-      112.21
04/17 W516 LEGAL COPY CH 3586 04/08                       0.20       112.01
04/25 W512 LEGAL POSTAGE 3694 04/22                       0.63       111.38
05/10 FC01 DRAW-FAC 1    3847 D 2ND                     111.38         0.00
06/07 FR01 CANTEEN RETUR 604155                           0.01-        0.01
07/11 W516 LEGAL COPY CH 0099 06/15                       0.01         0.00
08/23*D300 CASH DEPOSIT  0800 3513             25.00                  25.00
08/24 W512 LEGAL POSTAGE 0860 07/24                       1.82        23.18
08/27 W512 LEGAL POSTAGE 0871 08/27                       0.97        22.21
08/30 W512 LEGAL POSTAGE 0917 08/30                       0.41        21.80


                        CURRENT HOLDS IN EFFECT
  DATE     HOLD
 PLACED    CODE      DESCRIPTION         COMMENT        HOLD AMOUNT
--------   ----   -------------------   -----------    -----------
08/09/2007 H109   LEGAL POSTAGE HOLD    0563 07/27         0.97
08/13/2007 H110   COPIES HOLD           0653COPIES         0.20
08/21/2007 H109   LEGAL POSTAGE HOLD    0757 08/21         4.90
08/21/2007 H109   LEGAL POSTAGE HOLD    0759 08/21         0.30
08/23/2007 H109   LEGAL POSTAGE HOLD    0806 08/23         0.84
08/23/2007 H109   LEGAL POSTAGE HOLD    0806 08/23         0.82
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
   TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 01, 2007 THRU SEP. 04, 2007

ACCT: K09065     ACCT NAME: JONES, MALIK          ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 1.39 | 125.00 | 104.59 | 21.80 | 8.03 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
13.77

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY_____
TRUST OFFICE