High Desert State Prison
Malik Jones K-09065
FC-D-5-109
P.O. Box 3030
Susanville, CA. 96127

Confidential Legal Mail

STATE PRISON

United States District Court
U.S. Cuthouse
450 Golden Gate Avenue
San Francisco, CA 94102