Case 4:07-cv-04277-CW   Document 4-2   Filed 09/24/2007   Page 1 of 1

High Desert State prison
Malik Jones K-09065
FC-D-5-109
P.O. Box 3030
Susanville, CA. 96127

RECEIVED
07 SEP 24 AM 1:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

D5 Confidential Legal Mail

United States District Court
Northern District
U.S. Courthouse
450 Golden Gate Ave
San Francisco, CA. 94102



US POSTAGE $00.970