Malik Jones K-09065
FC-D-5-109
P.O. Box 3030
High Desert State prison
Susanville, CA. 96127

**FILED**

NOV 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA

Malik Jones
plaintiff

vs.

Mike Evans, L. Washington etal.,

MOTION FOR TRO/
Preliminary in Junction

CASE NO: 07.CV-04277-CW

upon the supporting Affidavit of the plaintiff and accompanying
memoradum of Law, it is

ORDERED that Defendant mike Evans show cause in Room——
of the United States courthouse, Northern District of
California, 450 Golden Gate Avenue, San Francisco, CA
94102, on the ——— Day of ——— 2007, at ———
o'clock, why a preliminary injunction should not issue
pursuant to Rule 65(a), Fed. R. CIV. P., enjoining the said
Defendants their successors in office, agents and employees
and all other persons acting in concern and participation with
them, to provide an immediate emergency transfer out of
High Desert state prison to a Federal penitentiary in Southern
California, or to a state prison of plaintiff's choice.

It is further ordered that effective immediately, and pending the hearing and determination of this order to show cause, Defendants Mike Evans shall arrange for the plaintiff to be emergency transfered out of High Desert state Prison imediately.

It is further ordered that this to show cause, and all other papers attached to this application shall be served on Defendant Mike Evans by ———————— 2007 and the United States Marshals service is hereby directed to effectuate such service. Plaintiff also ask the court to refer to Exhibits plaintiff submitted with complaint filed 8-10-07 (August 10, 2007) case #4:07-CV-04277-CW and Due to on going retaliation from (HDSP) officials and plaintiff being told by officers, while being outside prison for medical appointment at outside hospital we will Kill you Jones and dump you on side of the road and no one will be able to prove anything, the federal marshals execute this emergency transfer.

———————————————
United State District Judge


Date ————————

2.