High Desert State Prison
Malik Jones K-09005
7-D-109
P.O. Box 3030
Susanville, CA 96127

STATE PRISON

Confidential Legal Mail



PRISON

Northern U.S. District
Court Clerk, 1301 Clay St. Suit 400S,
Oakland, CA. 94612

US POSTAGE
$01.140
Mailed From 96127
11/27/2007
neopost
049J82043358