Malik Jones K-09065
FC-D-5-109
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

IN THE NORTHERN DISTRICT COURT OF
The United States of California

C07-4277CW

"Letter of Notice to Court,
memo"

CASE NO.? It was submitted 8-10-07. The court filed it 8-20-07

Malik Jones
Plaintiff

v.

Mike Evans et al.
Defendants

1. Dear Judge Cludia Wilkan, Plaintiff submittes this (LON)/(memo) to inform the court he is in dier need (GRITRO) that plaintiff submitted the month of late november, 2007 to be granted. Plaintiff dosnt have case# or date. Due to he was placed in a illegally ran underground regulation called (BMU) unit.

2. This illegal unit was shut down "finally", and section of Building it was in D-5-A section was turned into (AD-seg) Administrative Segregation.

3. Well although prison officials knew due to prison officials on C-yard here at (HDSP) constantly retaliated against plaintiff "retaliation of all forms" to the point plaintiff had to be placed in (AD-seg) I.E. Administrative. Due to plaintiff safty/security and life being in sever danger of this ongoing retaliation so on 11-17-07 plaintiff was placed in (AD-seg), and it was stated plaintiff was never to be place on C-yard again.

1.

4. Well on 11-29-07 Officer name Marten came and stated to Plaintiff pack your shit your moving to C-Yard. Plaintiff informed officer of prior ly stated in pragraph (3) officer Marten left and never came back.

5. Then on 11-30-07 Plaintiff was made (AD-Seg) and prison officials took all of Plaintiff's property "what little propert he was finally allowed to have while in (BMU)", made Plaintiff (AD-seg) stating it was due to Plaintiff refusing to double cell. "Note" Plaintiff has an "S" in C-file for single cell status, and Plaintiff "never" agreed to give status up, and this status was given to Plaintiff by committee 7-12-01 for "many" reasons main one bein mental health sysmptoms Plaintiff has and still suffers from, which has also been made worse.

6. (Prison officials here at (HDSP) already set Plaintiff up, on two prior occasions by putting other prisoners in cell Plaintiff was while Plaintiff was gone, then forcefully push Plaintiff with these other prisoners so to be assaulted by these prisoners. First time was 5-5-07 or 5-6-07 after Plaintiff came back from (CTC) correctional treatment center from seeing ER nurse, prison officials put inmate name Green in cell Plaintiff neve seen this prisoner befor in his life" later on it out that this prisoner informed several officials he wanted to kill/hurt his self and other people, so this prisoner was obviously planted in cell Plaintiff was in to assault Plaintiff.

7. The second time was 5-25-07, Plaintiff called out of cell to office by prison officials claiming he was being place in (AD-Seg), then took back to cell and their was another prisoner in cell and Plaintiff was forcefully pushed in cell. At first this prisoner refuse to assault Plaintiff. Officers then took him out of cell threatened him with physical bodly harm, if he didnt go back in cell and assault Plaintiff, so prisoner name Jacobs had no choice but physically assault Plaintiff.)

-2-

8. Well, as stated plaintiff was made Ad-seg 11-30-07 plaintiff was then told by prison officials to strip out. At that time plaintiff explained to prison official, he will put him in shower as it is normal procedures here at (HDSP) to strip prisoners out that are being put in 5-building (Ad-seg), And due to nurse Lipton being present. Nurse that helped other prison officials cover up officers assaulting me 9-13-07 by not and refusing plaintiff medical treatment or mark down injuries, scraps a bruses after plaintiff and several other people informed nurse Lipton of this assault and incident, plaintiff need someone else to medically clear him.

9. And due to plaintiff's disibilities it's going to be impossible for plaintiff to squat/bend over so plaintiff will have to get an xray, plaintiff is not refusing (by this time A sergeant name Weaver arrived on scene and took part in treating plintiff with deliberate indeference, inhuman, inhumane.) Prison officials stated fuck that they will spread plaintiff ass cheeks thier selves. Then nurse Lipton cut plaintiff clothing wantonly and sadistically sticking and insserating plaintiff's body with sissors Then forcefully pulled and snatched T-shirt and boxers off. Plaintiff was completely naked, officers then snatched and pull off the arm rest of Plaintiff's wheelchair put plaintiff in head lock forced plaintiff down side ways so that his buttocks were in the air.

10. Plaintiff then explained to prison officials that they were hurting plaintiff, and cursing plaintiff's suffer sever pain. Plaintiff then explained to prison official they don't have to due this plaintiff is not refusing to xray. Prison officials already stated fuck xray, when the state to plain- will spread your ass cheeck ourselves, so this fell on deaf ears.

11. Sergeant name R. Stoval grabed plaintiff's buttocks and spread them apart and officer name L. Betti maliciouly put flashligh against/between plaintiffs

3.

buttocks wiggling it laughing stating I can't see anything.

All that ran through plaintiff's mind constantly were other prior incidents of inhumane, inhuman, undignifying assaults that prison officials subjected plaintiff to befor.

12. Although nurse Lipton witnessed officers assault plaintiff and seen where she stuck, scratch and lasserated plaintiff's body with sissors [plaintiff knows nurse Lipton seen where she stuck and lasserated plaintiff's body as plaintiff seen nurse Lipton eye get big when she viewed these injuries] nurse Lipton gave plaintiff no medical attention or treatment deliberately, although plaintiff informed her he was in severe pain from officers and her using unnecessary excessive force on plaintiff, and plaintiff knows she seen and sees where she lasserated and stuck plaintiff with sissors, plaintiff needs medical treatment for this, this fell on deaf ears, And once again to cover up her and other prison officials assaulting plaintiff denied plaintiff medical treatment with deliberate indifference.

13. (Luckily an inmate that suffered lasseration and poke woulnds had some triple antibiotic ointment/first aid ointment that he was given by medical for treatment. This prisoner gave plaintiff some of this ointment after plaintiff traded his supplies of soap, toilt paper etc for some)

14. Well the inhumane, inhuma, undignifying trement continued, prison official state Lets put his on potty watch, then refued to give plaintiff clothing knowing plaintiff was being tok out side of building And tempture was "frezzing" cold, prison officials stated fuck you, You can frezz. Then officer Betti volunteered to push plaintiff out of building so he could push plaintiff slow and further retaliate against plaintiff more, and while pushing plaintiff officer L. Betti jerked plaintiff's wheelchair around, poked plaintiff in back of neck and head with his finger stating to plaintiff no one is going to take your

4.

word over Duns Jones we can come in your cell and kick your ass any time we want. Then officer Betti spit on the back of plaintiff's neck and in plaintiff's hair.

15. Then after bringing plaintiff back to cell, prison officials refused plaintiff clothing again and put plaintiff in cell naked. Plaintiff was told by prison officials fuck your rights Jones we don't give a fuck about your rights cant see by all the 602s you submit they don't work and we do what we want. "important" The whole time of stated incident plaintiff was fully shackled in waist chain handcuff shackles.

16. Then on 12-3-07 a captain name ? plaintiff submitts written statement do to safety due to the ongoing retailation from (NDSP) officials, plaintiff will have some help putting it bether and write it a few day in advance, which is good as this day had just took prisoner out of cell next to plaintiff and forcefully push him around. The tower officer stated let him go I got a bullet for him. "note" written statemen plaintiff submited to captain 12-3-07 is attached to this memo. Other name of prison officials plaintiff remebers that were a part of inhuman, inhumane, undignifying treatment of plaintiff our Lieutenant J.L Bishop, Segeant Chatman, and officer G. Montgomery (inhuman, inhumane, undignifying treatment of 11-30-07) Also important captain didn't check didn't care or obvisouly wasn't told by officers as he release plaintiff to upon bed space

a Respectfully submitted

Malik Jones
K-09065

5.

- I need to be TRANSFERED OUT of (HDSP) immediately, due to the on going constan Rtaliation of all forms I'm continually subjected to from (HDSP) officials which will not stop long as I'm at (HDSP) and if I'm made to go or I'm put on (GP) mine line here at (HDSP) (HDSP) officials will seriously injure me again or worse or set me up to have this done to me "see 114Ds of 11-10-06, 11-17-06, 2-27-07 These or just a couple of the many incidents of Retaliation, of the ongoing constant retaliation of all forms. I explained this to comittee 2-2-07 that do to on going constant retaliation of all forms from (HDSP) officials if I'm put on any yard or forced to any yard here at (HDSP) and not immediately transfered out of (HDSP) from AD-seg (HDSP) officials will seriously injured or worse or (HDSP) official will set me up for this to happen to me. This fell on deaf ears and on 2-4-07 I was forced to B yard and on 2-14-07 (HDSP) officials attempted and almost killed causing me to have to under major sergery, from the unnessary excessive force that the used on me 2-14-07. Also to be note I was the firt person that was goin to be moved 11-30-07 and explained to officer Marten have (Lt) check my 114D of 11-17-07 c-file I was placed in (AD-seg) from c-yard prison officials that did 114D stated I was never to placed on c-yard again. S/s Marten left came back and move was stoped. As I didnt attend (GPT) review written statement for captain review and ICC/UCC/IDTT.

he obviously didnt know this or did want to know this

Malik Jones K-09065
12-2-07

Copy 1 of 5