

Stephone Brown C-23320
High Desert State Prison
PC-D-5-110
P.O. Box 3030
Susanville, CA. 96127

confidential legal mail

Northern District Court
450 Golden Gate
cisco
San Francisco, CA. 94104

con 4277cw