"ORIG"
MR. EDWARD THOMAS #P-64423
475-750 RICE CANYON Rd
P.O. BOX 3030 C-3-121
SUSANVILLE, CA. 96130
H.D.S.P

**FILED**

JAN 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In The United States District Court
For The Northern District of California

MALIK JONES,
    PLAINTIFF,

Vs.

MIKE EVANS, et, al,
SALINAS VALLEY STATE PRISON
    DEFENDANTS.

CASE No: C07-4277 CW

MOTION FOR SUMMARY JUDGEMENT
PURSUANT TO RULE #56(a)(e)(c) of FED. R.
CIV. P.

To The Honorable Judge Claudia Wilken:

I. EDWARD THOMAS #P-64423 DECLARE UNDER THE PENALTY OF PURJURY THE FOLLOWING.

*1.) DUE TO PRISONER MALIK JONES CONGINTAL FUNCTIONING HE HAS ALWAYS HAD TO RECEIVE SOME FORM OF ASSISTANCE IN THE WRITING AND UNDERSTANDING OF DOCUMENTS THAT HAS BEEN PRESENTED TO THIS COURT IN HIS BEHALF IN RELATIONS TO THE ABOVE ENTITLED CASE MATTER

#2.) I HAVE PERSONAL KNOWLEDGE OF THIS DUE TO MY BEING ONE OF SEVERAL PRISONERS PRISONER MALIK JONES HAS REQUESTED ASSISTANTS FROM WHILE AT SALINAS VALLEY STATE PRISON WITH PRISONER JONES #K-09065 AND HAD TO ASSIST MR. JONES ON A ONGOING BASIS WITH THE UNDERSTANDING AND WRITING OF LEGAL DOCUMENTS - DUE TO PRISONER MALIK JONES MOBILITY IMPAIRMENT AND DISABILITY OF HIS "ARM" AND WRITING HAND BARELY BEING FUNCTIONAL AND AT TIMES NOT FUNCTIONING AT ALL AND HIS LIMITED MOBILITY - AMBULATION.

*3) MR. JONES ASK THIS COURT FOR AND ORDER OF SUMMERY JUDGEMENT IN THIS CASE BASED ON THE FOLLOWING FACTS:
   A.) PRISONER JONES SUBMITTED THIS CASE MATTER ON 8-10-07
   B.) THE COURT RECEIVED / FILED THIS CASE ON 8-20-07
   C.) PRISONER JONES SUBMITTED WITH THIS COMPLAINT OVERWHELMING MERITIOUS CDC EVIDENCE TO THE FACTS OF HIS CLAIMS BEEN TRUE.

-1-

D) DEFENDANTS HAVE FAILED TO SUBMIT ANY FORM OF A RESPONSIVE PLEADING TO THIS CIVIL ACTION IN A TIMELY MANNER AS THEY ARE AWARE THAT THE FACTS ALLEGED WITHIN THIS CIVIL ACTION ARE TRUE

*4). DUE TO THE ABOVE STATED FACTS- PLAINTIFF MALIK JONES-K-09065 RESPECTFULLY ASK THIS COURT FOR AN <u>ORDER "GRANTING" SUMMARY JUDGEMENT</u> IN THIS MATTER AGAINST EACH LISTED DEFENDANT IN THIS CASE AS THE DEFENDANT AND THEIR ATTORNEY HAS FAILED TO FILE DISPOSITIVE/RESPONSIVE PLEADINGS-MOTIONS AS TO THIS MATTER DISPUTING ANY MATERIAL FACTS IN A TIMELY MANNER AND HE IS ENTITLED TO A RULING OF SUMMARY JUDGEMENT IN THIS CASE PURSUANT TO RULE#56 (a) (c)(e) OF FEDERAL RULES OF CIVIL PROCEDURES

*5) MR. JONES DISABILITIES OF LOW CONGINTAL FUNCTIONING REQUEST THE APPOINTMENT OF COUNSEL DUE TO EXCEPTIONAL CIRCUMSTANCES <u>WILBORN V. ESCALDERON</u>, 789 F.2d. 1328, 1331 (9th Cir 1986) TO RESOLVE THE REMAINDER OF THESE PROCEEDINGS

I, EDWARD THOMAS, #P-64423, DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT EXECUTED IN SUSANVILLE, CALIFORNIA ON THIS 17th DAY OF DECEMBER, 2007

RESPECTFULLY SUBMITTED: *M. Edward Thomas*
MR. EDWARD THOMAS #P-64423
475-750 RICE CANYON Rd
P.O. BOX 3030    C-3-121
SUSANVILLE, CA. 96130

_____  _____          _____  _____
DATE         SIGNATURE             DATE         SIGNATURE

_____  _____          _____  _____
DATE         SIGNATURE             DATE         SIGNATURE

-2-

ATTACHMENT F

Inmate Name: MALIK JONES     CDCR# K-09065
Housing: C-3-124
High Desert State Prison
P.O. Box
Susanville, CA 96130

**Clerk of the Court**
**Court Name** U.S. DIST. COURT N.D of CALIF
**Street Address** 450 GOLDEN GATE AVE
**City, State, Zip code** SAN FRANCISCO CA 94102

Date: 12-20-07

I am an Inmate current housed at    High Desert State Prison

_X_ I have a case pending in your court

____ I would like to file a case in your court regarding

Case Name _____ Number _____
(fill in reason for filing)

I claim to have a disability covered under the *Americans with Disabilities Act*. This disability makes it hard for me to read, write and/or understand material regarding my case(s). I ask the Court to provide me with LEGAL REPRESENTATION so I can proceed with my case.

Respectfully,

MALIK JONES     K-09065
Inmate Name    CDCR#

This Inmate was assisted in writing this letter by   PRISONER THOMAS  #P-64423
                                                      Staff Name        Position

This assistance was give to satisfy obligations of the California Department of Corrections and Rehabilitation and under the terms of two court ordered remedial plans, *Armstrong v. Schwarzenegger* and *Clark v. California* are federal civil rights actions brought pursuant to the American with Disabilities Act (ADA). Under the terms of the remedial plans, The Department of Corrections and Rehabilitation is obligated to advise the court that the above inmate is claiming a disability and is requesting a reasonable accommodation under the ADA. This letter satisfies the Department's obligation. The above inmate may be unable to effectively communicate with the court or fully prosecute this action due to their claimed disability.

**INMATE'S CLAIMED DISABILITY:** LOW COGNITIVE FUNCTION / MOBILITY IMPAIR
(Example: Low cognitive function, visually impaired)  MSY

**INMATE'S REQUESTED ACCOMMODATION:** _____
(Example: Assignment of Counsel, Large Print)

_____
Signature of Staff

_____
Printed Name and Title

PROOF OF SERVICE BY MAIL

I, Edward Thomas  _EDWARD THOMAS_ , do hereby declare:

I served a copy of the following documents on each of the parties as listed below by placing a true copy in the United States Mail at _SUSANVILLE_, California on _DECEMBER 20th 2007_.

1) MOTION FOR SUMMARY JUDGEMENT; DECLARATION OF EDWARD THOMAS FOR MAVIS JONES PURSUANT TO FED. R. CIV. P. 56 (E) EYES

Person or party served:

1) U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102

2) OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE AVE Ste# 11000
SAN FRANCISCO CA 94102-7004

I declare under penalty of perjury that the foregoing is true and correct.

Executed in _SUSANVILLE_, California on this the _20th_ day of _DECEMBER_, 20_07_.

Edward Thomas #P-64423  _/s/ Edward Thomas_
DECLARANT