Malik Jones K-09065
FE-C-3-173
High Desert State Prison
P.O. Box 3030
Susanville, CA. 96127

THE UNITED STATES DISTRICT COURT
The Northern District of California

Malik Jones
v.
Mike Evans

(CR)

MOTION FILED
"UNDER IMMINENT DANGER"
CASE NO. NA Court Filed
~~Filed~~ about August 20, 2007
CASE NO. CV-04277-CW
07-

RECEIVED
DEC 3 1 2007

1. Dear Court your Plaintiff Mr. Jones is in sever assistance of this Court to fully grant TRO/Pelimanary injunction He Submitted in the month of September, October, or November 2007, For the Following. Facts;

2. Mr. Jones, has been subjected to a ongoing retalution from (HDSP) High Desert State Prison. Officials since he has been at this Prison. This court knows this will not stop until Mr. Jones, is Immedately Transfered out of High Desert State Prison. (HDSP)

3. I have agreed to assist Mr. Jones, submit and understand Documents to the courts. Due to Mr. Jones, Low cogitive Functions And his other Disabilities, I have been witnessing The ongoing retaliation by High Desert Staff At Mr. Jones. Cell Door C3-123 C/o are coming by Kicking the cell Door with there Foot. Mr. Jones, Is Also on C-Status for no apparent reason.

4. C/O B. Pinneo, An Officer that Mr. Jones, had prior incident With At (SVSP) Is now here At High Desert State Prison. On 3/14/07, C/O B. Pinneo, Attacked Mr. Jones. From the Back while

1 of 2

MR. JONES, was returning inside his cell, now at (SVSP) c/o B. Pinneo Violated MR. JONES, constitional Rights at a previse STATE Prison. Upon intering the cell door c/o B. Pinneo, used unnessary excessive Force on MR. JONES. And other STAFF Helped Officer B. Pinneo, in Beating, MR. JONES, with their batons, breaking his Right ARM. Needing him to have Major sugery under going rebuilt right ARM, At ST. Mary Hospital in Reno.

Prison officials Falsified a CDC 115 STATING MR. JONES, was resisting staff to suppress and cover up this Assault on MR. JONES. C/o S. Well, And B. Pinneo, have been working C3-Building, And have been At MR. JONES, cell Door Harassing MR. JONES, on 12/26/07, While I was standing At my cell door 124, I was waiting on my lunch, I seen C/o B. Pinneo, Sit MR. JONES, Lunch on the Food Port, And When MR. JONES, Reached his hand out to get his lunch c/o B. Pinneo Pulled MR. JONES, by the Hand until MR. JONES, Broke Free, Then C/o B. Pinneo, threw MR. JONES, Milk & Lunch on the cell Floor

Wherefore your Plaintiff MR. JONES, is in severe need of this Courts Help in getting him An Immedate Transfered out of High Desert STATE Prison, (HDSP)

Court should know That your plaintiff MR. JONES, Doesn't Take Showers nor does MR. JONES, except Breakfast nor Dinner Trays. MR. JONES, HAS been in C3-123 since 12/8/07.

Respectfully
David Pringle C91680
David Pringle

Date 12/26/07

2 OF 2