Malik Jones K-09065
FC-C-3-123
High Desert State Prison
P.O. Box 3030
Susanville, CA. 96127

FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
~~For the Eastern District of Ca.~~
For the Northern District of California

Malik Jones
  Plaintiff
  vs.
Mike Evans, et al.,
  Defendants

Motion Moving for Default Judgment
CASE NO. CV-04277-CW

Plaintiff Malik Jones declares under penalty of perjury, deposes and states:

1. I am Pro se Plaintiff in above entitled matter.
2. The defendants were served a copy of summons, complaint, TRO/Peliminary injunction and summary judgment motion, as appears from the C and-ECF docket text on file by the court.
3. The defendants have not filed or served an answer or taken other action as may be permitted by law. Although more then 6 months has passed since complaint was filed on "8-20-07" for defendants to responed, more then 65 days has passed for defendants to responed to TRO/peliminary injunction "filed on 11-29-07", more then 30 days plus have passed for defendants to responed to motion for summary judgment and defendants have fialed to responed to summons, complaint or any of stated motions. And out of courtesy gave court discretion to act on fisrt two motions an' serve it on defendants to responed to the on a reasonable motion calander, and the motion for summary judgment plaintiff went a step further and sent defendants attorney a copy of motion.
4. Plaintiff Malik Jones moves the court to enter a defult judgment against "All" defendants in this case for failure to answer
5. Based on the facts of defendants constant work hours as officer at (SVSP) "Salinas Valley State Prison", plaintiff is convinced that defendants in entitled matter/case, are not in the military service of the united states.

1.

WHEREFORE PLAINTIFF RESPECTFULLY ASK THE COURT TO ENTER Defult Judgment with Prejudice:

1. Given Defendants 20 motion calander days to responed to motion for Defult in connection with sumon, complaint, Tro/Peliminary motion, and motion for summary Judgment. And their repeated fialures to responed.

2. For the court to order defendants to responed to Defult motion in 20 motion calander days after court files motion and defendants receive motion for Defult Judgment.

3. As Defendants have fialed and never filed a responsive pleading for the court to serve defendants "All" documents in connection with motion for Defult Judgment after court has received this motion to be filed.

2-18-08
DATE
Malik Jones
NAME

signature

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MALIK JONES
PLAINTIFF

v.

MIKE EVANS et al.,
DEFENDANTS

Case Number: CV-04277-CW

PROOF OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the above-entitled action.

On Feburary, 2008, I served a copy of MOTION MOVING for Defult Judgment, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States Mail:

(LIST ALL DEFENDANTS SERVED IN THIS ACTION)

U.S. District Court
Northern District of California
1301 Clay St., Suite 400s
Oakland, CA. 94612
AND AS Defendants in entiled matter have failed to serve a responsive Answer, plaintiff ask the court to serve "All" Defendants in state case as stated in motion moving for Defult.

I declare under penalty of perjury that the foregoing is true and correct.

DATE 2-18-08