HIGH DESERT STATE PRISON
NAME: M. Jones
DC#: K-09065  BED: C-3-123
P.O. BOX 3030 SUSANVILLE CA 96127 STATE PRISON

049J82046573
$00.41⁰
02/21/2008
Mailed From 96127
US POSTAGE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400s
OAKLAND, CA. 94612

"CONFIDENTIAL LEGAL MAIL"