Malik Jones K-09065
FC-D-7-107
High Desert State Prison, (H.D.S.P.)
P.O. Box 3030
Susanville, CA. 96127

**FILED**
JUN 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
In The Northern District of California

Malik Jones
    Plaintiff
vs.
L. Washington, D. Lang,
Mike Evans...et al.,
    Defendants

C07-4277CW

Letter of Notice
To The Court
Case #? Case sent to court 8-10-07
Court filed case 8-20-07

- Plaintiff has been subjected to be put in (Ad-seg) "lockup" comonly known as The Hole. Due to the continual retaliation of all form from (H.D.S.P) officials. Which Plaintiff has informed court about through several prior letter and motions to the court.

- As Plaintiff has been in "lockup" (Ad-seg) for a "month plus" now and is being refused his legal documents/property. He needs for "active" court cases and the case #'s or on this legal documents. Plaintiff ask the court to send him docket sheet of case stating the actions that have been taken in case and the Judge's ruling on them.

6-19-08
DATE

*signature*
Signed