IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES,<br><br>        Plaintiff,<br><br>  v.<br><br>M. EVANS, et al.,<br><br>        Defendants.        / | No. C 07-4277 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COURTESY COPIES OF DEFENDANT BAILEY'S DISPOSITIVE MOTION; AND GRANTING EXTENSION OF TIME TO FILE OPPOSITION |
| MALIK JONES,<br><br>        Plaintiff,<br><br>  v.<br><br>L. WASHINGTON, et al.,<br><br>        Defendants.        / | No. C 09-3003 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COURTESY COPIES OF DEFENDANTS' DISPOSITIVE MOTION; AND GRANTING EXTENSION OF TIME TO FILE OPPOSITION |

    Plaintiff has filed a request for courtesy copies of Defendants' dispositive motions. He also requests an extension of time in which to file his oppositions to Defendants' dispositive motions. Plaintiff claims that since being transferred to Salinas Valley State Prison, he has not had access to his legal property. He further claims that his legal property is currently at the prison library, and prison officials have indicated they will "post transit [his legal property] to him." (Jan. 27, 2011 Motion at 1.) Having read and considered Plaintiff's requests, and good cause appearing,

1    IT IS HEREBY ORDERED that Plaintiff's request for courtesy
2 copies of Defendants' dispositive motions and his request for an
3 extension of time in which to file his oppositions to Defendants'
4 dispositive motions are GRANTED.  The Clerk of the Court shall mail
5 Plaintiff a copy of Defendants' dispositive motions (eighteen pages
6 of Docket no. 85 in Case No. C 07-04277 CW (PR) and twenty-six
7 pages of Docket no. 38 in Case No. C 09-3003 CW (PR)), not
8 including any attached exhibits or declarations because they exceed
9 one hundred pages.  Defendants shall serve Plaintiff with another
10 copy of the aforementioned exhibits -- attached to Docket no. 85 in
11 Case No. C 07-04277 CW (PR) and to Docket no. 38 in Case No.
12 C 09-3003 CW (PR) -- no later than <u>three (3) days</u> from the date of
13 this Order.
14    Plaintiff may file his oppositions to Defendants' dispositive
15 motions up to <u>February 28, 2011</u>.
16    If Defendants wish to file reply briefs, they shall do so no
17 later than <u>fifteen (15) days</u> after the date Plaintiff's oppositions
18 are filed.
19    <u>No further extensions of time will be granted in this case
20 absent exigent circumstances</u>.
21    This Order terminates Docket no. 92 in Case No. C 07-04277 CW
22 (PR) and Docket no. 52 in Case No. C 09-3003 CW (PR).
23    IT IS SO ORDERED.
24 Dated: 2/1/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,

  v.

MIKE EVANS, WARDEN et al,

        Defendant.

Case Number: CV07-04277 CW
CV09-03003 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malik Jones K-09065
FC-O-3-116
P.O. Box 1050
Soledad, CA 93960

Dated: February 1, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk